## Resolution by the Members of J McCloud Realty LLC

**WHEREAS** the affairs of the business of this company have not been so successfully conducted in recent months as to permit continuing in the normal course of business without relief from creditor action, and

**WHEREAS** it appears that there is a reasonable possibility of rehabilitation of the business if such relief can be obtained,

**NOW, THEREFORE, BE IT RESOLVED** that this company file its voluntary petition for relief under chapter 11 of title 11 of the United States Code in the United States Bankruptcy Court, and

**BE IT FURTHER RESOLVED** that Jamirah N. McCloud-Ford be and is hereby authorized to prepare the necessary petition and by her single signature execute all necessary documents and bind this company thereby, and

**BE IT FURTHER RESOLVED** that Jamirah N. McCloud-Ford be and she is further authorized to bind this company in the maintenance of the proceedings including the preparation of a plan of reorganization or the consent to conversion to a chapter 7 should that appear necessary or desirable, and

**BE IT FURTHER RESOLVED** Jamirah N. McCloud-Ford is authorized to engage the services as shall appear necessary of any attorney, accountant or both to assist in said matter and to reimburse said person or persons out of the assets of the company.

**IN WITNESS WHEREOF** I have hereunto set my hand and the seal of this company.

Date: May 5, 2025                /s/ Jamirah N. McCloud-Ford
                                             Jamirah N. McCloud-Ford
                                             Sole Member

