**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| IN RE: | : | CHAPTER 11 | |
| **J. McCLOUD REALTY, LLC** | : | | |
| Debtor | : | No. 25-11788(amc) | |

## ENTRY of APPEARANCE and REQUEST for SERVICE of NOTICES

**TO THE CLERK:**

Kindly enter my appearance for Philadelphia Federal Credit Union in the above, and direct all notices intended for my client to me at the address appearing below.

**KAPLIN STEWART MELOFF REITER & STEIN, P.C.**

By:   <u>*/S/ William J. Levant, Esquire*</u>
William J. Levant, Esquire
**KAPLIN STEWART MELOFF REITER & STEIN, P.C.**
910 Harvest Drive
Post Office Box 3037
Blue Bell, PA 19422
(610)260-6000
(610)684-2020 – Telecopier
wlevant@kaplaw.com

Dated: May 6, 2025

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 11 |
| **J. McCLOUD REALTY, LLC** | : | |
| Debtor | : | No. 25-11788(amc) |

## CERTIFICATE of SERVICE

I hereby certify that on May 6, 2025, I caused true and correct copies of the foregoing Entry of Appearance to be sent to each of the persons named below, by First Class U.S. Mail, postage prepaid (except where noted), as follows:

J. McCloud Realty, LLC
 c/oJamirah N. McCloud-Ford
4607 Miller Street
Wahiawa, HI 96786

Office of the U.S. Trustee				(sent by ECF)

Brad Sadek, Esquire					(sent by ECF)
Debtor's attorney

**KAPLIN STEWART MELOFF REITER & STEIN, P.C.**

By:   */S/ William J. Levant, Esquire*
William J. Levant, Esquire
**KAPLIN STEWART MELOFF REITER & STEIN, P.C.**
910 Harvest Drive
Post Office Box 3037
Blue Bell, PA 19422
(610)260-6000
(610)684-2020 – Telecopier
wlevant@kaplaw.com