IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Chapter 11 (Subchapter V) |
| J MCCLOUD REALTY LLC,[1] | Case No. 25-11778 (AMC) |
| Debtor. | |

## NOTICE OF APPOINTMENT OF SUBCHAPTER V TRUSTEE

Pursuant to 11 U.S.C. § 1183(a), the United States Trustee has appointed the following qualified individual as Subchapter V trustee in the above captioned case.

Holly S. Miller, Esq.
Gellert Seitz Busenkell & Brown, LLC
901 Market Street, Suite 3020, 3rd Floor
Philadelphia, PA 19107
Telephone: (215) 238-0012
hsmiller@gsbblaw.com

The Subchapter V trustee's verified statement of disinterestedness and anticipated rate of compensation is attached to this notice.

Dated: May 6, 2025

**ANDREW R. VARA**
**UNITED STATES TRUSTEE, REGIONS 3 AND 9**

By: /s/ Hannah McCollum
Hannah McCollum, Esq.
Trial Attorney
United States Department of Justice
Office of the United States Trustee
Robert N.C. Nix Federal Courthouse
900 Market Street, Suite 320
Philadelphia, PA  19107
Telephone: (202) 573-3275
E-Mail: hannah.mccollum@usdoj.gov

---

[1] The last four digits of the Debtor's federal tax identification number are 2929. The Debtor's address is 4607 Miller St., Wahiawa, HI 96786.