*Form 130* (3/23)–doc 10

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
|    J McCloud Realty LLC ) | Case No. 25–11778–amc |
| ) | |
| ) | |
| Debtor(s). ) | Chapter: 11 |
| ) | |
| ) | |

## Order Requiring Documents

**AND NOW,** the debtor having failed to file or submit with the petition all of the documents required by Fed. R. Bankr. P. 1007,

It is hereby ORDERED that:

1. This case **MAY BE DISMISSED WITHOUT FURTHER NOTICE** if the documents listed below are not filed by deadline also listed below:

    Documents and Deadline

    20 Largest Unsecured Creditors Due 5/20/25
    Equity Security Holders Due 5/20/25
    Schedule A/B Due 5/20/25
    Schedule D Due 5/20/25
    Schedule E/F Due 5/20/25
    Schedule G Due 5/20/25
    Schedule H Due 5/20/25
    Small BusBalance Sheet Due 5/13/25
    Small Business Cash Flow Statement Due 5/13/25
    Small Business Statement of Operations Due 5/13/25
    Small Bus Tax Return Due 5/13/25
    Statement of Attorney Compensation Due 5/20/25
    Statement of Financial Affairs Due 5/20/25
    Summary of Assets and Liabilities Due 5/20/25

2. Any request for an extension of time must be filed prior to the expiration of the deadlines listed above in Paragraph 1.

Date: May 7, 2025                                                    By the Court

                                                                                     Ashely M. Chan
                                                                                     Chief Judge, United States Bankruptcy Court