**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 11 |
| **J. McCLOUD REALTY, LLC** | : | |
| Debtor | : | No. 25-11778(amc) |

**ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY**
**and PROHIBITING USE of CASH COLLATERAL**

**AND NOW**, this _____ day of _____, 2025, upon consideration of the Motion of Philadelphia Federal Credit Union (**"PFCU"**) pursuant to §§362(d) and (e) for Relief from the Automatic Stay under Section 362(a) and to Prohibit Use of Cash Collateral, pursuant to 11 U.S.C. §363 (the **"Motion"**), and notice and opportunity for hearing thereon, it is hereby

**ORDERED**, that the Motion be, and the same hereby is, granted, and it is further

**ORDERED**, that the Automatic Stay afforded by §362(a) be, and hereby is, **MODIFIED** to the extent necessary to permit PFCU to exercise its rights as a secured creditor of the Debtor, as more fully set forth in the Motion, pursuant to the Notes and Mortgages, and applicable non-bankruptcy law, by continuing its foreclosures against, and causing the Sheriff's Sales of, the Debtor's real properties located at 5909 Windsor Street, Philadelphia and 3125 North Marston Street, Philadelphia, and it is further

**ORDERED** that the Debtor shall <u>forthwith</u> cease the use of the Movant's cash collateral, and shall <u>forthwith</u> account to the Movant for all cash collateral it has received since this case was commenced; and it is further

**ORDERED** that the 14-day stay of Rule 4001(a)(3) shall not apply to this order, which shall be effective immediately upon entry.

**BY THE COURT:**

_____
ASHELY M. CHAN
Chief United States Bankruptcy Judge