**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 11 |
| **J. McCLOUD REALTY, LLC** | : | |
| Debtor | : | No. 25-11778(amc) |

### CERTIFICATE OF SERVICE

I, William J. Levant, Esq., hereby certify that on May 8, 2025, I did send a copy of the Motion of Philadelphia Federal Credit Union Pursuant to Section 362(d) and (e) of the Bankruptcy Code, for Relief from the Automatic Stay, and to Prohibit Use of Cash Collateral to the persons named below, by the means indicated :

J. McCloud Realty, LLC      First Class Mail and email
4607 Miller Street
Wahiawa, HI 96786
jmccloudrealty@gmail.com

Office of the U.S. Trustee      (sent by ECF)

Brad Sadek, Esquire       (sent by ECF)
Debtor's attorney

  (No "top 20" list filed as yet, and no committee appointed).

            **KAPLIN STEWART MELOFF REITER & STEIN, P.C.**

  By:  _/S/ William J. Levant, Esquire_
      WILLIAM J. LEVANT, ESQUIRE
      Attorneys for Philadelphia Federal Credit Union