**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| J McCloud Realty LLC,<br><br>*Debtor.* | Case No. 25-11778-amc<br>Chapter 11 |

**Debtor's Objection to Motion for Relief from the Automatic Stay Pursuant to 11 U.S.C. §§ 362(d) and (e) and to Prohibit Use of Cash Collateral Pursuant to 11 U.S.C. § 363 filed by Philadelphia Federal Credit Union**

Debtor J McCloud Realty LLC, through its proposed attorney, objects to the Motion for Relief from the Automatic Stay Pursuant to 11 U.S.C. §§ 362(d) and (e) and to Prohibit Use of Cash Collateral Pursuant to 11 U.S.C. § 363 filed by Philadelphia Federal Credit Union. In support of this Objection, the Debtor states as follows:

1. This case was filed under subchapter v of chapter 11 on May 6, 2025.

2. A motion to allow use of cash collateral was not filed with the petition because the Debtor did not have recollection of the rent assignment agreements referenced in the Motion at that time. In light of the Motion, the Debtor does not dispute that rents are PFCU's cash collateral.

3. The Debtor has filed a plan. The plan proposes that the Debtor will make monthly adequate protection payments in the amount of $1,460.00 each month beginning after confirmation and continuing each month until the property is sold.

4. To ensure continued protection of PFCU's interest, the Debtor is willing and able to begin making adequate protection payments in the same amount on the first day of each month beginning June 1, 2025, and continuing monthly thereafter through the effective date of a confirmed plan. A budget is attached as Exhibit A.

5. No grounds for relief from the automatic stay exist. The Debtor's properties are insured, and PFCU will be adequately protected if the Court enters relief in the Debtor's proposed form of order.

6. Proof of insurance is attached as Exhibit B.

For those reasons, the Court must enter relief in the form of order attached, and further in the Debtor's favor if necessary and proper under the law.

Date: May 8, 2025                        **SADEK LAW OFFICES, LLC**
*Proposed Attorney for Debtor*

By: _____
       Michael I. Assad
       1500 JFK Boulevard, Suite 220
       Philadelphia, PA 19102
       215-545-0008
       michael@sadeklaw.com

## Certificate of Service

I certify that on this date, I did cause a copy of this document and all attachments to be electronically served on all parties on the Clerk's service list that are registered to receive notices through the CM/ECF system. I did not serve anyone by mail.

Date: May 8, 2025                        /s/ Michael I. Assad
       Michael I. Assad