| Budget | |
|---|---:|
| Receipts | $3,000.00 |
| Adequate Protection Payments | ($1,460.00) |
| Insurance | ($225.00) |
| Property Tax | ($115.00) |
| Net Cash Flow | $1,200.00 |

