**EXHIBIT B**

**DECLARATIONS**

We will provide the insurance described in this policy in return for the premium and compliance with all applicable provisions of this policy.

Coverage afforded by provided by:

**STATE FARM FIRE AND C**
PO Box 88049
Atlanta GA 30356-9901

A Stock Company with Home Offices in Bloomington, Illinois.

98-J3-P894-8    **Policy Number**

**Named Insured and Mailing Address**
J MCCLOUD REALTY LLC
175 E ESSEX AVE
LANSDOWNE, PA 19050-1428

---

The Policy Period begins and ends at 12:01 a.m. Standard Time at the residence premises.

07/16/2024   **Effective Date**
             **12months-Policy Period**
07/16/2025   **Expiration of Policy Period**

**Limit of Liability - Section 1**
$  266,000    Dwelling (Coverage A)
Actual Loss   Loss of Rents (Coverage C)
Sustained-
12 months

**Policy Type**
Rental Dwelling Policy

**Location of Premises**
3125 N MARSTON ST
PHILADELPHIA PA      19132-1237

**Automatic Renewal** - If the **Policy Period** is shown as **12 months**, this policy will be renewed automatically subject to the premiums, rules and forms in effect each succeeding policy period.  If this policy is terminated, we will give you and the Mortgagee/Lienholder written notice in compliance with the policy provisions or as required by law.

**Deductibles - Section 1** 1%/$2660
ALL LOSSES    In case of loss under this policy, the deductible will be applied per occurrence and will be deducted from the amount of the loss.  Other deductibles may apply - refer to your policy.

**Policy Premium**    $1,187.00

---

**Forms, Options, & Endorsements**
FP-8103.3         SPECIAL FORM        FE-8238.3       AMENDATORY END
FE-7540           DEBRIS REMOVAL      FE-7783         LEAD POISON EX
FE-5722           FUNGUS EXCL         FE-5801         REPORTING END
FE-5610           RENTAL DWELL        FE-6999.3       TERRORISM NOTE
FE-7570           BLDG ORDINANCE

**Additional Insured**                        | **Agent Name & Address**
JOHN SCHANE, TRIAL ATTORNEY                   | CONNOLLY, JENNIFER L
OFFICE OF THE UNITED STATES                   | 263 E Broad St
TRSUTEE ROBERT N.C FIX FEDERAL                | QUAKERTOWN, PA
COURTHOUSE                                    | 18951        (267)490-5154
900 MARKET ST STE 320
PHILADELPHIA, PA 19107-4202
Loan Number:

Prepared:     May 07, 2025                                                    091E
                                                                       Agent's Code
559-916.5                                                           **MORTGAGEE COPY**

**PREMIUM NOTICE**
**STATE FARM INSURANCE COMPANIES**
**AGENT ISSUED DECLARATIONS**

```
----------------------------------------------------------------
| POLICY NUMBER | BILLING PERIOD                 | AGENT CODE |
| 98-J3-P894-8  | FROM 07/16/2024 | TO 07/16/2025 |   091E     |
----------------------------------------------------------------
```

**LOCATION**
3125 N MARSTON ST
PHILADELPHIA PA       19132-1237

| | |
|---|---|
| **INSURED** | **PREMIUM** $ 1,187.00 |
| J MCCLOUD REALTY LLC | |
| 175 E ESSEX AVE | **AMOUNT PAID**       SFPP |
| LANSDOWNE, PA 19050-1428 | |
| | **AMOUNT DUE**        SFPP |
| | |
| | **DATE DUE** |
| **ADDITIONAL INSURED** | **AGENT NAME & ADDRESS** |
| JOHN SCHANE, TRIAL ATTORNEY | CONNOLLY, JENNIFER L |
| OFFICE OF THE UNITED STATES | 263 E Broad St |
| TRSUTEE ROBERT N.C FIX FEDERAL | QUAKERTOWN, PA |
| COURTHOUSE | 18951         (267)490-5154 |
| 900 MARKET ST STE 320 | |
| PHILADELPHIA, PA 19107-4202 | |

This is the only notice you will receive.  Please make check payable
to **STATE FARM** and return it with this notice to the address shown below.
Your canceled check is your receipt.  Thanks for letting us serve you.

        **STATE FARM INSURANCE COMPANIES**
        PO Box 588002
        North Metro, GA 30029-8002

**DECLARATIONS**

We will provide the insurance described in this policy in return for the premium and compliance with all applicable provisions of this policy.

------------------------------------------
98-J3-P893-6         **Policy Number**
------------------------------------------

**Named Insured and Mailing Address**
J MCCLOUD REALTY LLC
175 E ESSEX AVE
LANSDOWNE, PA 19050-1428

| Coverage afforded by this policy is provided by:

**STATE FARM FIRE AND CASUALTY COMPANY**
PO Box 88049
Atlanta GA 30356-9901

A Stock Company with Home Offices in Bloomington, Illinois.

---

The Policy Period begins and ends at 12:01 a.m. Standard Time at the residence premises.

07/16/2024  **Effective Date**
            **12months-Policy Period**
07/16/2025  **Expiration of Policy Period**

**Limit of Liability - Section 1**
$   355,000    Dwelling (Coverage A)
Actual Loss    Loss of Rents (Coverage C)
Sustained-
12 months
**Policy Type**
Rental Dwelling Policy

**Location of Premises**
5909 WINDSOR AVE
PHILADELPHIA PA      19143-5221

**Automatic Renewal** - If the **Policy Period** is shown as **12 months**, this policy will be renewed automatically subject to the premiums, rules and forms in effect each succeeding policy period. If this policy is terminated, we will give you and the Mortgagee/Lienholder written notice in compliance with the policy provisions or as required by law.

**Deductibles - Section 1** 1%/$3550
ALL LOSSES    In case of loss under this policy, the deductible will be applied per occurrence and will be deducted from the amount of the loss. Other deductibles may apply - refer to your policy.

**Policy Premium**    $1,464.00

---

**Forms, Options, & Endorsements**
FP-8103.3         SPECIAL FORM          FE-8238.3         AMENDATORY END
FE-7540           DEBRIS REMOVAL        FE-7783           LEAD POISON EX
FE-5722           FUNGUS EXCL           FE-5801           REPORTING END
FE-5610           RENTAL DWELL          FE-6999.3         TERRORISM NOTE
FE-7570           BLDG ORDINANCE

---

**Additional Insured**                          | **Agent Name & Address**
JOHN SCHANE, TRIAL ATTORNEY                     | CONNOLLY, JENNIFER L
OFFICE OF THE UNITED STATES                     | 263 E Broad St
TRSUTEE ROBERT N.C FIX FEDERAL                  | QUAKERTOWN, PA
COURTHOUSE                                      | 18951         (267)490-5154
900 MARKET ST STE 320
PHILADELPHIA, PA 19107-4202
Loan Number:

---

Prepared:     May 07, 2025                                                    091E
                                                                       Agent's Code
559-916.5                                                          **MORTGAGEE COPY**

**PREMIUM NOTICE**
**STATE FARM INSURANCE COMPANIES**
**AGENT ISSUED DECLARATIONS**

```
 ---------------------------------------------------------------
| POLICY NUMBER | BILLING PERIOD                  | AGENT CODE |
| 98-J3-P893-6  | FROM 07/16/2024 | TO 07/16/2025 |   091E     |
 ---------------------------------------------------------------
```

**LOCATION**
5909 WINDSOR AVE
PHILADELPHIA PA      19143-5221

| | |
|---|---|
| **INSURED** | **PREMIUM** $ 1,464.00 |
| J MCCLOUD REALTY LLC | |
| 175 E ESSEX AVE | **AMOUNT PAID**      SFPP |
| LANSDOWNE, PA 19050-1428 | |
| | **AMOUNT DUE**       SFPP |
| | |
| | **DATE DUE** |
| **ADDITIONAL INSURED** | **AGENT NAME & ADDRESS** |
| JOHN SCHANE, TRIAL ATTORNEY | CONNOLLY, JENNIFER L |
| OFFICE OF THE UNITED STATES | 263 E Broad St |
| TRSUTEE ROBERT N.C FIX FEDERAL | QUAKERTOWN, PA |
| COURTHOUSE | 18951        (267)490-5154 |
| 900 MARKET ST STE 320 | |
| PHILADELPHIA, PA 19107-4202 | |

This is the only notice you will receive.  Please make check payable
to **STATE FARM** and return it with this notice to the address shown below.
Your canceled check is your receipt.  Thanks for letting us serve you.

>            **STATE FARM INSURANCE COMPANIES**
>            PO Box 588002
>            North Metro, GA 30029-8002