**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| J McCloud Realty LLC,<br><br>　　　　　　　　　　*Debtor*. | Case No. 25-11778-amc<br>Chapter 11 |

**ORDER**

**AND NOW**, upon consideration of the Motion for Relief from the Automatic Stay Pursuant to 11 U.S.C. §§ 362(d) and (e) and to Prohibit Use of Cash Collateral Pursuant to 11 U.S.C. § 363 filed by Philadelphia Federal Credit Union, the Debtor's objection thereto, and after notice and hearing, it is hereby **ORDERED** that:

1. The Debtor's objection is **SUSTAINED**.

2. The Motion is **DENIED**.

3. The Debtor is authorized to use cash collateral to pay ordinary and necessary operating expenses.

4. As adequate protection, the Debtor must make monthly payments to Philadelphia Federal Credit Union in the amount of $1,460.00. The first payment is due on June 1, 2025, and subsequent payments are due on the first day of each month thereafter, continuing until the effective date of a confirmed plan.

5. This order is effective May 6, 2025.

Date:　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　
　　　　　　　　　　　　　　　　　　　　　　　Ashely M. Chan
　　　　　　　　　　　　　　　　　　　　　　　Chief U.S. Bankruptcy Judge