IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 11 |
| **J. McCLOUD REALTY, LLC** | : | |
| Debtor | : | No. 25-11778(amc) |

### ORDER GRANTING EXPEDITED CONSIDERATION

**AND NOW**, this 9th day of May, 2025, upon consideration of the Motion of Philadelphia Federal Credit Union for Expedited Consideration of its Motion for relief and to Prohiiibit Use of Cash Collateral (the **"Motion"**) , and finding that good cause exists, it is hereby **ORDERED** that --

1. Expedited Consideration is **GRANTED**;

2. A hearing will be held on both of the above matters before the Honorable Ashely M. Chan, Chief U.S. Bankruptcy Judge, by telephone conference call, on May 14, 2025, at 11:00 a.m. ; and

3. Movant's counsel shall serve this Order on the Debtor (by first class mail and email) and on the Debtor's counsel (via ECF) within 24 hours of receipt from the Court and on all other parties entitled to notice via the ECF system.

BY THE COURT :

_____
Ashely M. Chan, Chief United States Bankruptcy Judge