**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| J McCloud Realty LLC, | Case No. 25-11778-amc |
| | Chapter 11 |
| *Debtor*. | |

**EXHIBIT A**

## Declaration of Brad J. Sadek in Support of
## Application to Employ Sadek Law Offices LLC as Attorney for Debtor

1. I am the sole member of Sadek Law Offices LLC and make this declaration on its behalf.

2. Debtor J McCloud Realty LLC engaged SLO as its bankruptcy attorney on May 5, 2025. The retainer agreement between the Debtor and SLO is attached as Exhibit B.

3. This declaration is made in support of the Debtor's application to approve SLO's employment as its attorney in this bankruptcy case.

4. Pursuant to Local Bankr. R. 2014-1, SLO makes the following disclosures with respect to payments received on behalf of the Debtor within the 90 days preceding the order for relief:

| Date Payment Received | Amount Received | Amount Applied to Services Rendered Before Receipt | Amount Applied to Services Rendered After Receipt | Amount Remaining on Petition Date |
|---|---|---|---|---|
| 05/02/2025 | $2,000.00 | $1,472.00 | $527.50 | $0.00 |
| 05/05/2025 | $3,000.00 | $3,000.00 | $0.00 | $0.00 |
| 05/06/2025 | $7,000.00 | $205.50 | $0.00 | $6,794.50 |
| **Total** | **$12,000.00** | **$4,677.50** | **$527.50** | **$6,794.50** |

5. Before filing this case, Jamirah N. McCloud-Ford, on behalf of the Debtor, paid SLO a retainer of $12,000.00 in preparation for filing the bankruptcy. SLO used $5,205.50 of that sum for prepetition services as follows: (i) advising the Debtor concerning its obligations

under chapter 11, (ii) preparing the bankruptcy petition and some related documents, including this retention application, and (iii) payment of the Court's $1,738.00 filing fee. Time records for pre-petition services rendered are attached as Exhibit C.

6. The balance remaining in the Debtor's retainer account is $6,794.50, which is being held by the firm in its escrow/trust account.

7. SLO has no connection with the Debtor, creditors, any other party in interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the office of the UST.

8. SLO is not a creditor of the Debtor.

9. SLO has represented many bankrupt Debtors and is able to perform services required by the debtor related to this case.

10. I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Date: May 9, 2025                             /s/ Brad J. Sadek
                                              Brad J. Sadek