| Date | Staff | Description | Hours | Fee |
|------|-------|-------------|-------|-----|
| February 24, 2025 | BJS | Initial consultation with Debtor's principal to discuss objectives of representation and possible legal solutions | 0.50 | $237.50 |
| February 25, 2025 | MIA | Phone conversation with associate of debtor to discuss possible legal solutions, gathered more information and explained potential paths forward. | 1.00 | $475.00 |
| April 29, 2025 | BJS | Phone conversation with associate of debtor to discuss upcoming sheriff sale and potential bankruptcy case. | 0.50 | $237.50 |
| April 30, 2025 | MIA | Phone conversation with associate of debtor to discuss potential bankruptcy case, answered questions and gathered information. | 0.60 | $285.00 |
| May 1, 2025 | MIA | Phone conversation with debtor's principal to discuss potential bankruptcy case, answered questions and gathered information. | 0.50 | $237.50 |
| May 5, 2025 | MIA | Phone conversation with associate of debtor to discuss upcoming sheriff sale of property. | 0.20 | $95.00 |
| May 5, 2025 | MIA | Phone conversation with debtor's principal and two of debtor's associates to discuss upcoming sheriff sale of property. | 0.50 | $237.50 |
| May 5, 2025 | BJS | Phone conversation with debtor's associate and principal to discuss potential bankruptcy case. | 1.50 | $712.50 |
| May 5, 2025 | MIA | Internal conference with BJS to discuss strategy for potential bankruptcy case. | 0.50 | $237.50 |
| May 5, 2025 | MIA | Internal conference with MA to discuss strategy for potential bankruptcy case. | 0.50 | $237.50 |
| May 5, 2025 | MIA | Prepared bankruptcy petition. | 1.00 | $475.00 |

**Total Fees**   **$3,467.50**

| Date | Staff | Description | Hours | Fee |
|------|-------|-------------|-------|-----|
| May 6, 2025 | | Chapter 11 Filing Fee | | $1,738.00 |

**Total Expenses**   **$1,738.00**



**Grand Total**   **$5,205.50**