UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| J McCloud Realty LLC,<br><br>*Debtor*. | Case No. 25-11778-amc<br>Chapter 11 |

## Certificate of Service

I, Brad J. Sadek, certify that on May 9, 2025, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Application to Employ Sadek Law Offices LLC as Debtor's Attorney

- Notice of Application to Employ Sadek Law Offices LLC as Debtor's Attorney

I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: May 9, 2025                           /s/ Brad J. Sadek
                                            Brad J. Sadek
                                            Sadek Law Offices, LLC
                                            1500 JFK Boulevard, Suite 220
                                            Philadelphia, PA 19102
                                            215-545-0008
                                            brad@sadeklaw.com

## Mailing List Exhibit

| Name and Address of Party Served | Relationship to Case | Mode of Service |
|---|---|---|
| Andrew R. Vara | U.S. Trustee | ☒ CM/ECF |
| Holly Smith Miller | Subchapter V Trustee | ☒ CM/ECF |
| Jamirah N. McCloud-Ford<br>4607 Miller Street<br>Wahiawa, HI 96786 | Debtor's Principal | ☒ First Class Mail |
| Philadelphia Federal Credit Union | Creditor | ☒ CM/ECF |
| City of Philadelphia<br>Tax & Revenue Unit<br>1401 John F. Kennedy Blvd.<br>Philadelphia, PA 19102 | Creditor | ☒ First Class Mail |