## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| J McCloud Realty LLC, | Case No. 25-11778-amc |
| *Debtor*. | Chapter 11 |

### ORDER SETTING DEADLINE TO FILE PROOFS OF CLAIM

> **NOTICE: Your rights may be affected.** The Debtor, J McCloud Realty LLC, filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code on May 6, 2025. This order sets the deadlines and procedures for filing proofs of claim. Failure to file a timely proof of claim may result in the loss of your right to vote on any proposed plan of reorganization and the right to share in any distribution of money or property from the Debtor's bankruptcy estate. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may want to consult one.

It is hereby **ORDERED** that:

1. **July 15, 2025**, is the **DEADLINE** for non-governmental creditors to file proofs of claim.

2. **November 3, 2025**, is the **DEADLINE** for governmental creditors to file proofs of claim.

3. Proofs of claim must be filed with the clerk of court electronically at www.paeb.uscourts.gov or on paper (by mail or in person) at U.S. Bankruptcy Court, 900 Market Street, Suite 400, Philadelphia, PA 19107.

4. Proofs of claim will be deemed timely filed only if actually received by the clerk on or before the deadline, regardless of whether a claim is filed electronically, by mail, or in person.

5. A creditor need not file a proof of claim if its claim:

    a. is listed on the schedule of liabilities filed under 11 U.S.C. § 521(a)(1)(B)(i), except if the claim is scheduled as disputed, contingent, or unliquidated; or

    b. asserts administrative fees or expenses under 11 U.S.C. §§ 330, 331, or 503(b)(1)-(8).

6. If a creditor's claim is listed on the schedule of liabilities but the creditor disagrees with the scheduled amount or classification, the creditor must file a proof of claim by the deadline to assert the correct amount or classification.

7. If the Debtor amends the schedule of liabilities to designate any claim as contingent, unliquidated, or disputed, or to reduce the amount or classification of a scheduled claim:

   a. the Debtor must promptly serve the creditor with a notice describing the amendment and the changes made; and

   b. the creditor will be allowed to file a proof of claim on or before the proof of claim deadline or the twenty-first day after service of the amendment notice, whichever is later.

8. All claims arising from the rejection of an executory contract or unexpired lease must be filed on or before the later of:

   a. the proof of claim deadline; or

   b. twenty-one days after the effective date of the rejection.

9. All deadlines and procedures above apply to equity security holders with respect to filing proofs of interest.

10. The clerk must promptly cause the Bankruptcy Noticing Center to serve this order on all parties listed on the creditor matrix.

Date:    May 9, 2025

Ashely M. Chan
Chief U.S. Bankruptcy Judge