United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 25-11778-amc |
| J McCloud Realty LLC | Chapter 11 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: May 09, 2025 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 11, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + J McCloud Realty LLC, 4607 Miller Street, Wahiawa, HI 96786-7520 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 11, 2025      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 9, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRAD J. SADEK | on behalf of Debtor J McCloud Realty LLC brad@sadeklaw.com bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;documents@sadeklaw.com |
| HOLLY SMITH MILLER, ESQ. | hsmiller@gsbblaw.com chsm11@trustesolutions.net |
| JOHN HENRY SCHANNE | on behalf of U.S. Trustee United States Trustee John.Schanne@usdoj.gov |
| MICHAEL I. ASSAD | on behalf of Debtor J McCloud Realty LLC michael@sadeklaw.com sadeklaw@recap.email;assad.michaelb140679@notify.bestcase.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM J LEVANT | |

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: May 09, 2025 | Form ID: pdf900 | Total Noticed: 1 |

on behalf of Creditor Philadelphia Federal Credit Union efile.wjl@kaplaw.com wlevant@gmail.com

TOTAL: 6

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: : CHAPTER 11
**J. McCLOUD REALTY, LLC** :
Debtor : No. 25-11778(amc)

## ORDER GRANTING EXPEDITED CONSIDERATION

**AND NOW**, this  9th  day of May, 2025, upon consideration of the Motion of Philadelphia Federal Credit Union for Expedited Consideration of its Motion for relief and to Prohiiibit Use of Cash Collateral (the **"Motion"**), and finding that good cause exists, it is hereby **ORDERED** that --

1. Expedited Consideration is **GRANTED**;

2. A hearing will be held on <u>both</u> of the above matters before the Honorable Ashely M. Chan, Chief U.S. Bankruptcy Judge, by telephone conference call, on  May 14, 2025 , at  11:00 a.m. ; and

3. Movant's counsel shall serve this Order on the Debtor (by first class mail and email) and on the Debtor's counsel (via ECF) within <u>24</u> hours of receipt from the Court and on all other parties entitled to notice via the ECF system.

BY THE COURT :

_____
Ashely M. Chan, Chief United States Bankruptcy Judge