UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | § | Chapter 11 |
| | § | |
| J MCCLOUD REALTY LLC, | § | BANKRUPTCY NO.: 25-11778-AMC |
| | § | |
| DEBTOR. | § | |

**NOTICE OF TELEPHONE NUMBER FOR SECTION 341(A) MEETING OF CREDITORS**

The Section 341(a) Meeting of Creditors will be held telephonically on **Monday, June 16, 2025, at 2:00 p.m. (ET).**

Any party wishing to participate may call the conference line at that time at **1-877-685-3103 authorization code 6249335.**

ANDREW R. VARA
United States trustee
for Regions 3 and 9

By:    _____*/s/ John Schanne*_____
John Schanne, Trial Attorney
Office of the United States Trustee
Robert N.C. Nix Sr. Federal Bldg.
900 Market Street, Room 320
Philadelphia, PA 19107
Telephone: (215) 597-4411
E-Mail: john.schanne@usdoj.gov

DATED:  May 12, 2025