### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
-------------------------------------------------------x
In re:                                    :
                                          :        Chapter 11
                                          :
        J McCloud Realty LLC              :
                                          :
                                          :        Case No. 25-11778 (AMC)
                            Debtor(s).    :
-------------------------------------------------------x
```

### ENTRY OF APPEARANCE OF THE CITY OF PHILADELPHIA
### COMBINED WITH DEMAND FOR SERVICE OF PAPERS

TO THE CLERK OF THE BANKRUPTCY COURT:

Kindly enter the appearance of MEGAN N. HARPER, Divisional Deputy City Solicitor as counsel of record for creditors The City of Philadelphia and/or Water Revenue Bureau, where applicable, in the above-captioned matter.

PLEASE TAKE NOTICE that the City of Philadelphia and/or Water Revenue Bureau, (the "City"), a creditor and party-in-interest in the above-captioned case, hereby appears in the above-captioned case by its counsel, Megan N. Harper, Divisional Deputy City Solicitor; such counsel hereby enters their appearance pursuant to Title 11 of the United States Code, 11 U.S.C. § 101 et seq. (the "Bankruptcy Code") and Fed. R. Bankr. P. 9010 (b), and such counsel hereby requests, pursuant to Fed. R. Bankr. P. 2002, 3017, 9007 and § 342 of the Bankruptcy Code, that copies of all notices and pleadings given or filed in the captioned case and served upon the City and to the attorney at the address and telephone number set forth below.

This Notice of Appearance and Demand for Notices and Papers shall not be deemed or construed to be a waiver of Creditor's rights: (1) to have final orders in noncore matters entered only after *de novo* review by a District Judge; (2) to trial by jury in any proceeding so triable in

this case or any case, controversy, or proceeding related to this case; (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) any other rights, claims, actions, setoffs, or recoupments to which Creditor is or may be entitled, in law or equity, all of which rights, claims, actions, defenses, setoffs and recoupments Creditor expressly reserves.

Respectfully submitted,

THE CITY OF PHILADELPHIA

Dated: May 12, 2025        By:    _/s/ Megan N. Harper_
                                  MEGAN N. HARPER
                                  Divisional Deputy City Solicitor
                                  PA Attorney I.D. 81669
                                  Attorney for the City of Philadelphia
                                  City of Philadelphia Law Department
                                  Municipal Services Building
                                  1401 JFK Boulevard, 5th Floor
                                  Philadelphia, PA  19102-1595
                                  215-686-0503 (phone)
                                  Email: Megan.Harper@phila.gov

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
------------------------------------------------------x
In re:                                      :
                                            :           Chapter 11
                                            :
      J McCloud Realty LLC                  :
                                            :
                                            :           Case No. 25-11778 (AMC)
                            Debtor(s).      :
------------------------------------------------------x
```

## ENTRY OF APPEARANCE OF THE CITY OF PHILADELPHIA COMBINED WITH DEMAND FOR SERVICE OF PAPERS CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Entry of Appearance of the City of Philadelphia was served by the means designated below, on the date set forth below, upon the following parties:

Via ECF Filing Notice:

| | |
|---|---|
| Chapter 13 Trustee | United States Trustee |
| MICHAEL I. ASSAD, ESQ. | Office of United States Trustee |
| Sadek Law Offices, LLC | Robert N.C. Nix Federal Building |
| 1500 JFK Boulevard – Suite 16th Floor | 900 Market Street – Suite 320 |
| Philadelphia, PA 19102 | Philadelphia, PA 19106 |

Debtor's Trustee:
HOLLY SMITH MILLER, ESQ.
Gellert Seitz Busenkell & Brown LLC
901 Market Street –Suite 3020 | Suite 1901
Philadelphia, PA 19107

Via USPS Mail Delivery:
J McCloud Realty LLC
4607 Miller Street
Wahiawa, HI 96786

THE CITY OF PHILADELPHIA

Dated: May 12, 2025          By:      _/s/ Megan N. Harper_
                                       MEGAN N. HARPER
                                       Divisional Deputy City Solicitor