U.S. Small Business Administration
Office of General Counsel
409 3rd St SW
Washington, DC 20416-0011

Michael Walker
5909 Windsor Street
Philadelphia, PA 19143

Katrina Case
3125 North Marston Street
Philadelphia, PA 19132