**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| J McCloud Realty LLC,<br><br>                      *Debtor*. | Case No. 25-11778-amc<br>Chapter 11 |

## Certificate of Service

    I, Brad J. Sadek, certify that on May 12, 2025, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Notice of Bankruptcy Case (ECF No. 17)

- Order Setting Proof of Claim Deadline (ECF No. 17)

    I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: May 12, 2025                              /s/ Brad J. Sadek
                                                        Brad J. Sadek
                                                        Sadek Law Offices, LLC
                                                        1500 JFK Boulevard, Suite 220
                                                        Philadelphia, PA 19102
                                                        215-545-0008
                                                        brad@sadeklaw.com

## Mailing List Exhibit

| Name and Address of Party Served | Relationship to Case | Mode of Service |
|---|---|---|
| U.S. Small Business Administration<br>Office of General Counsel<br>409 3rd St SW<br>Washington, DC 20416-0011 | Creditor | ☐ CM/ECF<br>☒ First Class Mail<br>☐ Certified Mail<br>☐ Email:<br>☐ Other: |
| Michael Walker<br>5909 Windsor Street<br>Philadelphia, PA 19143 | Executory Contract | ☐ CM/ECF<br>☒ First Class Mail<br>☐ Certified Mail<br>☐ Email:<br>☐ Other: |
| Katrina Case<br>3125 North Marston Street<br>Philadelphia, PA 19132 | Executory Contract | ☐ CM/ECF<br>☒ First Class Mail<br>☐ Certified Mail<br>☐ Email:<br>☐ Other: |