# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| J McCloud Realty LLC,<br><br>　　　　　　　　　　*Debtor*. | Case No. 25-11778-amc<br>Chapter 11 |

## Certificate of Service

　　　I, Brad J. Sadek, certify that on May 13, 2025, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Order Setting Proof of Claim Deadline (ECF No. 17)

　　　I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: May 13, 2025　　　　　　　　　　/s/ Brad J. Sadek
　　　　　　　　　　　　　　　　　　　Brad J. Sadek
　　　　　　　　　　　　　　　　　　　Sadek Law Offices, LLC
　　　　　　　　　　　　　　　　　　　1500 JFK Boulevard, Suite 220
　　　　　　　　　　　　　　　　　　　Philadelphia, PA 19102
　　　　　　　　　　　　　　　　　　　215-545-0008
　　　　　　　　　　　　　　　　　　　brad@sadeklaw.com

## Mailing List Exhibit

| Name and Address of Party Served | Relationship to Case | Mode of Service |
|---|---|---|
| City of Philadelphia Law Department<br>Tax Litigation & Collections Unit<br>1401 JFK Blvd., 5th Fl.<br>Philadelphia, PA 19102 | Interested Party | ☒ First Class Mail |
| Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101 | Interested Party | ☒ First Class Mail |
| PECO<br>Attn: Bankruptcy<br>2301 Market Street<br>Philadelphia, PA 19103 | Interested Party | ☒ First Class Mail |
| Pennsylvania Department of Revenue<br>Attn: Bankruptcy Division<br>Department 280946<br>Harrisburg, PA 17128 | Interested Party | ☒ First Class Mail |
| Pennsylvania Office of Attorney General<br>Attn: Financial Enforcement Section<br>Strawberry Square, 15th Floor<br>Harrisburg, PA 17120 | Interested Party | ☒ First Class Mail |
| Pennsylvania Office of General Counsel<br>333 Market St Fl 17<br>Harrisburg, PA 17101 | Interested Party | ☒ First Class Mail |
| Philadelphia Gas Works<br>800 W. Montgomery Avenue<br>Philadelphia, PA 19122 | Interested Party | ☒ First Class Mail |
| U.S. Attorney's Office<br>615 Chestnut Street, 12th Floor<br>Philadelphia, PA 19106 | Interested Party | ☒ First Class Mail |
| U.S. Department of Justice<br>950 Pennsylvania Ave NW<br>Washington, DC 20530 | Interested Party | ☒ First Class Mail |