**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 11 |
| **J. McCLOUD REALTY, LLC** | : | |
| Debtor | : | No. 25-11778(amc) |

## CERTIFICATE OF SERVICE

I, William J. Levant, Esq., hereby certify that on May 9, 2025, I did send a copy of the Order scheduling a hearing on the Motion of Philadelphia Federal Credit Union Pursuant to Section 362(d) and (e) of the Bankruptcy Code, for Relief from the Automatic Stay, and to Prohibit Use of Cash Collateral to the persons named below, by the means indicated :

J. McCloud Realty, LLC                                First Class Mail and email
4607 Miller Street
Wahiawa, HI 96786
jmccloudrealty@gmail.com

Brad Sadek, Esquire                                   (sent by ECF and email to brad@sadeklaw.com)
Debtor's attorney

**KAPLIN STEWART MELOFF REITER & STEIN, P.C.**

By:    */S/ William J. Levant, Esquire*
        WILLIAM J. LEVANT, ESQUIRE
        Attorneys for Philadelphia Federal Credit Union