**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 11 |
| **J. McCLOUD REALTY, LLC** | : | |
| Debtor | : | No. 25-11778(amc) |

## ORDER PROHIBITING USE of CASH COLLATERAL

**AND NOW**, this 15th day of May, 2025, upon consideration of the Motion of Philadelphia Federal Credit Union (**"PFCU"**) pursuant to §§362(d) and (e) for Relief from the Automatic Stay under Section 362(a) and to Prohibit Use of Cash Collateral, pursuant to 11 U.S.C. §363 (the **"Motion"**), and notice and opportunity for hearing thereon, it is hereby

**ORDERED**, that the Motion be, and the same hereby is, granted in part, and it is further

**ORDERED** that the Debtor shall forthwith cease the use of the Movant's cash collateral, until **May 21, 2025** and shall forthwith account to the Movant for all cash collateral it has received since this case was commenced; and it is further

**ORDERED** that a continued hearing on the motion will be held on **May 21, 2025 at 11 a.m.** in Courtroom #4 or by Zoom audio by calling 1-646-828-7666 and entering Meeting ID 160 6807 8081.

BY THE COURT:

_____
ASHELY M. CHAN
Chief United States Bankruptcy Judge