# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | § | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| J McCloud Realty LLC, | § | Case No. 25-11778-AMC |
| | § | |
| Debtor. | § | |

## ORDER EXPEDITING CONSIDERATION OF THE MOTION OF THE UNITED STATES TRUSTEE TO DISMISS DEBTOR'S CASE OR CONVERT TO CHAPTER 7

Upon the *Motion for Expedited Consideration of the United States Trustee to Dismiss Debtor's Case or Convert to Chapter 7* (the "Motion to Shorten"),[1] and the Court having considered the Motion to Shorten, all related filings, and the record as a whole, and this Court possessing jurisdiction over this matter and venue being proper, and notice of the Motion having been sufficient and no further notice is required, and upon the record herein, and after due deliberation thereon, and good and sufficient cause appearing therefore; it is hereby:

ORDERED, ADJUDGED AND DECREED THAT:

1. The Motion to Shorten is GRANTED as set forth herein.

2. A hearing to consider the Motion is hereby scheduled for May 21, 2025 at 11:00 am. The hearing will be held both (i) in person in Courtroom 4, 2nd Floor, 900 Market Street, Philadelphia, PA 19107 and (ii) by telephonic conference call.

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Motion to Shorten.

1

3.      Written objections or other responsive pleadings to the Motion are not required but may be filed up to the time of the hearing and any objection will be considered at the hearing.

4.      Within 24 hours of receipt of notice of entry of this Order, the U.S. Trustee shall provide notice of this Order by email service on counsel to the Debtor, the Subchapter V Trustee, and counsel to Philadelphia Federal Credit Union.

Dated: May 15, 2025

The Honorable Ashely M. Chan
United States Chief Bankruptcy Judge

2