**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re: | § § § | Chapter 11 |
| J McCloud Realty LLC, | § § | Case No. 23-13585-AMC |
| Debtor. | § § § | |

**NOTICE OF MOTION, RESPONSE DEADLINE**
**AND IN-PERSON HEARING DATE**

*Motion of the United States Trustee to Dismiss Debtor's Case or Convert to Chapter 7*

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney).**

1. A hearing to consider the Motion is hereby scheduled for **May 21, 2025 at 11:00** am. **The hearing will be held both (i) in person in Courtroom 4, 2nd Floor, 900 Market Street, Philadelphia, PA 19107 and (ii) by telephonic conference call.** Unless the court orders otherwise, the hearing on this contested matter will be an evidentiary hearing. Requests for participation other than in person must be made pursuant to Local Bankruptcy Rule 9076-1.

2. **Written objections or other responsive pleadings to the Motion are not required but may be filed up to the time of the hearing and any objection will be considered at the hearing**.

3. You may contact the Bankruptcy Clerk's Office for Philadelphia cases at (215) 408-2800 and for Reading cases at 610-208-5040 to find out whether the hearing has been canceled because no one filed a response.

4. If a copy of the Motion is not enclosed, a copy of the Motion will be provided to you if you request a copy from the attorney whose name and address is listed on the next page of this Notice.

## **Filing Instructions**

1. If you are required to file documents electronically by Local Bankruptcy Rule 5005-2, you must file your response electronically.

2. If you are not required to file electronically, you must file your response at

    **United States Bankruptcy Court**
    **Eastern District of Pennsylvania**
    **Robert N.C. Nix Sr. Federal Building**
    **900 Market Street, Suite 400**
    **Philadelphia, PA 19107**
    **Telephone: (215)408-2840**

3. If you mail your response to the Bankruptcy Clerk's Office for filing, you must mail it early enough so that it will be received on or before the date stated in Paragraph 2 on the previous page of this Notice.

4. On the same day that you file or mail your Response to the Motion, you must mail or deliver a copy of the Response to the movant's attorney:

    By: /s/ *John Schanne*
    John Schanne, Trial Attorney
    Office of The United States Trustee
    Robert NC Nix, Sr. Federal Building
    900 Market Street, Suite 320
    Philadelphia, PA 19107
    Phone: 202.934.4154
    John.Schanne@usdoj.gov

Date: May 15, 2025