# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | § | CHAPTER |
| | § | |
| J MCCLOUD REALTY LLC, | § | CASE NO. 25-11778-AMC |
| | § | |
| DEBTOR. | § | |

## CERTIFICATION OF SERVICE

I, Hannah Deininger, certify that on May 15, 2025, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Motion of the United States Trustee to Dismiss Debtor's Case or Convert to Chapter 7 and attachments thereto

- Order Scheduling Expedited Hearing

- Notice of Hearing

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated.

Date: May 15, 2025

By: /s/ *Hannah Deininger*
Paralegal Specialist
Office of The United States Trustee
Robert NC Nix, Sr. Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107
Phone: 202.280.8512
Hannah.Deininger@usdoj.gov

Mailing List Exhibit: (Check all that apply. If via e-mail, include e-mail address. Continue to the next page if necessary.)

MICHAEL I. ASSAD
**Sadek Law Offices, LLC**
1500 JFK Boulevard
Ste 220
Philadelphia, PA 19102
Email: michael@sadeklaw.com
**Debtor**
Via:    X CM/ECF __ 1st Class Mail    ___ Certified Mail  X e-mail    ___ Other

HOLLY SMITH MILLER, ESQ.
**Gellert Seitz Busenkell & Brown LLC**
901 Market Street
Suite 3020
Suite 1901
Philadelphia, PA 19107
hsmith@gsbblaw.com
Via:    X CM/ECF __ 1st Class Mail    ___ Certified Mail  X e-mail    ___ Other:

William J. Levant, Esquire
**KAPLIN STEWART MELOFF REITER & STEIN, P.C.**
910 Harvest Drive
Post Office Box 3037
Blue Bell, PA 19422
wlevant@kaplaw.com
Via:    X CM/ECF __ 1st Class Mail    ___ Certified Mail  X e-mail    ___ Other:

MEGAN N. HARPER
Divisional Deputy City Solicitor
Attorney for the City of Philadelphia
City of Philadelphia Law Department
Municipal Services Building
1401 JFK Boulevard, 5th Floor
Philadelphia, PA 19102-1595
Email: Megan.Harper@phila.gov
Via:    X CM/ECF __ 1st Class Mail    ___ Certified Mail  X e-mail    ___ Other:

Pamela Thurmond
Senior Attorney
City of Philadelphia
1401 JFK Blvd., 5th Floor
Philadelphia, PA 19102-1595
Pamela.Thurmond@Phila.gov
Via:    X CM/ECF __ 1st Class Mail    ___ Certified Mail  X e-mail    ___ Other:

**END OF DOCUMENT**