**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 11 |
| **J. McCLOUD REALTY, LLC** | : | |
| Debtor | : | No. 25-11778(amc) |

**ORDER GRANTING *IN REM* RELIEF FROM THE AUTOMATIC STAY**

**AND NOW**, this 22nd day of May, 2025, upon consideration of the Motion of Philadelphia Federal Credit Union (**"PFCU"**) for Relief from the Automatic Stay, and after hearing thereon, no opposition arising, it is hereby **ORDERED** that:

1. The Motion is **GRANTED**;

2. The Automatic Stay of 11 U.S.C. §362(a) is hereby **VACATED** to the extent necessary to permit PFCU to continue with its state court proceedings to foreclose its mortgages on (a) 5909 Windsor Street and (b) 3125 North Marston Street, both Philadelphia, and to cause the Sheriff's Sale of either or both properties;

3. No future bankruptcy filing by (or against) the Debtor, or in the name of any transferee of the Debtor's real property shall operate to stay PFCU's state court foreclosure actions, or any Sheriff's Sale(s) scheduled therein; and

4. The 14-day stay of 11 U.S.C. §362(a)(4) is waived, and this Order shall take effect immediately.

BY THE COURT:

_____
Ashely M. Chan, Chief U.S. Bankruptcy Judge