**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| J McCloud Realty LLC, | Case No. 25-11778-amc |
| *Debtor*. | Chapter 7 |

## Motion to Withdraw as Attorney for Debtor

**AND NOW**, Movant Sadek Law Offices LLC moves this Court for an order under Local Bankr. R. 9091-1 withdrawing its appearance as attorney for Debtor J McCloud Realty LLC. In support of this Motion, the Movant states as follows:

1. The Movant is the attorney of record for the Debtor.

2. The Debtor filed this case under subchapter v of chapter 11 on May 6, 2025.

3. Upon motion of the United States Trustee, the Court entered an order converting this case to chapter 7 on May 22, 2025.

4. Throughout its representation, the Movant has advised the Debtor in good faith and in accordance with its experience and knowledge of the Bankruptcy Code.

5. Despite the Movant's efforts, the Debtor has been hostile, uncooperative, and has disregarded the Movant's legal advice.

6. The Debtor's conduct has made continued representation unreasonably difficult, obstructed the proper administration of this case, and caused the case to be converted to chapter 7.

7. For those reasons, the Movant hereby requests leave to withdraw as attorney for the Debtor.

8. Grounds for relief exist under Pa. R. Prof'l. Cond. 1.16(b)(6) and (7).

2

**NOW, THEREFORE**, the Movant respectfully requests that the Court enter an order granting the Movant leave to withdraw as attorney for the Debtor and granting such further relief in its favor as may be necessary and proper under the law.

Date: May 22, 2025                       **SADEK LAW OFFICES, LLC**

                                                 By: /s/ Michael I. Assad
                                                     Michael I. Assad
                                                     1500 JFK Boulevard, Suite 220
                                                     Philadelphia, PA 19102
                                                     215-545-0008
                                                     michael@sadeklaw.com