**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| J McCloud Realty LLC,<br><br>　　　　　　　　　*Debtor*. | Case No. 25-11778-amc<br>Chapter 7 |

**ORDER**

**AND NOW**, upon consideration of the Motion to Withdraw as Attorney for Debtor filed by Sadek Law Offices LLC, after notice and hearing, and for good cause shown, it is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. Sadek Law Offices LLC's appearance as attorney for Debtor J McCloud Realty LLC is **WITHDRAWN**.

Date:　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　Ashely M. Chan
　　　　　　　　　　　　　　　　　　　　　　Chief U.S. Bankruptcy Judge