**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| J McCloud Realty LLC,<br><br>*Debtor*. | Case No. 25-11778-amc<br>Chapter 7 |

**Motion to Expedite Hearing on Motion to Withdraw as Attorney for Debtor**

Movant Sadek Law Offices LLC respectfully moves this Court for expedited consideration of its Motion to Withdraw as Attorney for Debtor. In support of this Motion, the Movant states as follows:

1. The Movant filed a Motion to Withdraw as Attorney for Debtor (the "substantive Motion") concurrently with the instant Motion.

2. Under the Court's current hearing calendar, the earliest date on which the substantive Motion can be heard is July 2, 2025.

3. The Movant respectfully requests that the Court schedule the substantive Motion for a hearing on June 11, 2025, at 10:30 a.m.

4. Good cause exists for expedited consideration. As explained in the substantive Motion, the Debtor has rendered continued representation unreasonably difficult, which impedes the Movant's ability to provide representation compliant with its professional obligations.

5. Under Local Bankr. R. 9014-3(h), the substantive Motion and notice thereof must be served more than fourteen days before a hearing.

6. Because there are more than fourteen days before the requested hearing date, ordinary service of the substantive Motion under Local Bankr. R. 9014 is appropriate.

**NOW, THEREFORE**, the Movant respectfully requests that the Court enter relief in the form of order attached, and further in the Movant's favor if may be necessary and proper under the law.

Date: May 22, 2025                         SADEK LAW OFFICES, LLC

                                                By: /s/ Michael I. Assad
                                                  Michael I. Assad
                                                  1500 JFK Boulevard, Suite 220
                                                  Philadelphia, PA 19102
                                                  215-545-0008
                                                  michael@sadeklaw.com

## Certificate of Service

I certify that on this date, I did cause a copy of this document and all attachments to be electronically served on all parties on the Clerk's service list that are registered to receive notices through the CM/ECF system. I did not serve anyone by mail.

Date: May 22, 2025                         /s/ Michael I. Assad
                                                  Michael I. Assad