## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| J McCloud Realty LLC, | Case No. 25-11778-amc |
| --- | --- |
| *Debtor.* | Chapter 7 |

### Order Scheduling Hearing on Motion to Withdraw as Attorney for Debtor

**AND NOW**, upon consideration of the Motion to Withdraw as Attorney for Debtor filed at ECF No. 44 ("the Motion") filed by Movant Sadek Law Offices LLC, and the request for an expedited hearing thereon, and sufficient cause being shown, it is hereby **ORDERED** that:

1. The request for an expedited hearing is **GRANTED**.

2. A hearing to consider the Motion shall be held on **June 11, 2025, at 10:30 a.m.** The hearing will be held by phone and can be accessed by dialing 646-828-7666 and entering Meeting ID 160 6807 8081.

3. The Movant must serve the Motion, this order, and notice of the Motion in the manner ordinary required by Local Bankr. R. 9014-3 and certify service thereof as ordinarily required by Local Bankr. R. 9014-4.

Date:  May 23, 2025

_____
Ashely M. Chan
Chief U.S. Bankruptcy Judge