## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| J McCloud Realty LLC,<br><br>*Debtor*. | Case No. 25-11778-amc<br>Chapter 7 |

## Certificate of Service

I, Michael I. Assad, certify that on May 23, 2025, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Motion to Withdraw as Attorney for Debtor (ECF No. 44)

- Order Scheduling Hearing (ECF No. 47)

- Notice of Motion (ECF No. 48)

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated.

Date: May 23, 2025

/s/ Michael I. Assad
Michael I. Assad
Sadek Law Offices, LLC
1500 JFK Boulevard, Suite 220
Philadelphia, PA 19102
215-545-0008
michael@sadeklaw.com

2

## Mailing List Exhibit

| Name and Address of Party Served | Relationship to Case | Mode of Service |
|---|---|---|
| U.S. Trustee | U.S. Trustee | ☒ CM/ECF |
| Robert H. Holber | Trustee | ☒ CM/ECF |
| Jamirah N. McCloud-Ford<br>607 Miller Street<br>Wahiawa, HI 96786-7520<br>jmccloudrealty@gmail.com | Debtor's Principal | ☒ First Class Mail<br>☒ Email |
| City of Philadelphia | Creditor | ☒ CM/ECF |
| Philadelphia Federal Credit Union | Creditor | ☒ CM/ECF |