United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                                    Case No. 25-11778-amc
J McCloud Realty LLC                                                                                      Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: May 23, 2025 | Form ID: 309C | Total Noticed: 24 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 25, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | J McCloud Realty LLC, 4607 Miller Street, Wahiawa, HI 96786-7520 |
| aty | + | JOHN HENRY SCHANNE, DOJ-Ust, Office of The United States Trustee, Robert N.C. Nix Federal Building, 900 Market Street, Suite 320 Philadelphia, PA 19107-4202 |
| aty | + | MICHAEL I. ASSAD, Sadek Law Offices, LLC, 1500 JFK Boulevard, Ste 220, Philadelphia, PA 19102-1754 |
| 15005497 | + | Jamirah N. McCloud-Ford, 4607 Miller Street, Wahiawa, HI 96786-7520 |
| 15005498 | + | Kaplin Stewart, 910 Harvest Drive, Suite 200, Blue Bell, PA 19422-1916 |
| 15007487 | + | Katrina Case, 3125 North Marston Street, Philadelphia, PA 19132-1237 |
| 15007486 | + | Michael Walker, 5909 Windsor Street, Philadelphia, PA 19143-5221 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: brad@sadeklaw.com | May 24 2025 00:35:00 | BRAD J. SADEK, Sadek Law Offices, LLC, 1500 JFK Boulevard, Ste 220, Philadelphia, PA 19102 |
| tr | + | EDI: QRHHOLBER.COM | May 24 2025 04:24:00 | ROBERT H. HOLBER, Robert H. Holber PC, 41 East Front Street, Media, PA 19063-2911 |
| smg | | Email/Text: megan.harper@phila.gov | May 24 2025 00:44:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | EDI: PENNDEPTREV | May 24 2025 04:24:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| ust | + | Email/Text: ustpregion03.ph.ecf@usdoj.gov | May 24 2025 00:36:00 | United States Trustee, Office of United States Trustee, Robert N.C. Nix Federal Building, 900 Market Street, Suite 320, Philadelphia, PA 19107-4202 |
| 15007424 | | Email/Text: megan.harper@phila.gov | May 24 2025 00:44:00 | City of Philadelphia Law Department, Tax Litigation & Collections Unit, 1401 JFK Blvd., 5th Fl., Philadelphia, PA 19102 |
| 15005496 | | Email/Text: megan.harper@phila.gov | May 24 2025 00:44:00 | City of Philadelphia, Tax & Revenue Unit, 1401 John F. Kennedy Blvd., Philadelphia, PA 19102 |
| 15005490 | + | EDI: IRS.COM | May 24 2025 04:24:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 15005499 | + | Email/Text: bankruptcygroup@peco-energy.com | May 24 2025 00:36:00 | PECO, Attn: Bankruptcy, 2301 Market Street, Philadelphia, PA 19103-1380 |
| 15005493 | | Email/Text: fesbank@attorneygeneral.gov | May 24 2025 00:36:00 | Pennsylvania Office of Attorney General, Attn: Financial Enforcement Section, Strawberry Square, 15th Floor, Harrisburg, PA 17120 |
| 15005500 | | Email/Text: CollectionsDept@PFCU.COM | May 24 2025 00:36:00 | Philadelphia Federal Credit Union, 12800 Townsend Road, Philadelphia, PA 19154 |

District/off: 0313-2 | User: admin | Page 2 of 2
Date Rcvd: May 23, 2025 | Form ID: 309C | Total Noticed: 24

| 15005491 | + EDI: PENNDEPTREV | May 24 2025 04:24:00 | Pennsylvania Department of Revenue, Attn: Bankruptcy Division, Department 280946, Harrisburg, PA 17128-0001 |
| 15005494 | ^ MEBN | May 24 2025 00:22:37 | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 15005501 | ^ MEBN | May 24 2025 00:22:16 | Philadelphia Gas Works, 800 W. Montgomery Avenue, Philadelphia, PA 19122-2898 |
| 15005495 | + Email/Text: usapae.bankruptcynotices@usdoj.gov | May 24 2025 00:36:00 | U.S. Attorney's Office, 615 Chestnut Street, 12th Floor, Philadelphia, PA 19106-4404 |
| 15005492 | ^ MEBN | May 24 2025 00:22:21 | U.S. Department of Justice, 950 Pennsylvania Ave NW, Washington, DC 20530-0009 |
| 15007485 | Email/Text: bankruptcynotices@sba.gov | May 24 2025 00:35:00 | U.S. Small Business Administration, Office of General Counsel, 409 3rd St SW, Washington, DC 20416-0011 |

TOTAL: 17

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 15007625 | *+ | Katrina Case, 3125 North Marston Street, Philadelphia, PA 19132-1237 |
| 15007624 | *+ | Michael Walker, 5909 Windsor Street, Philadelphia, PA 19143-5221 |
| 15007623 | * | U.S. Small Business Administration, Office of General Counsel, 409 3rd St SW, Washington, DC 20416-0011 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 25, 2025 | Signature: | /s/Gustava Winters

| Information to identify the case: | | |
|---|---|---|
| Debtor | **J McCloud Realty LLC** | EIN: 30–1202929 |
| | Name | |
| United States Bankruptcy Court   Eastern District of Pennsylvania | | Date case filed in chapter:   11    5/6/25 |
| Case number:   **25–11778–amc** | | Date case converted to chapter:   7    5/22/25 |

## Official Form 309C (For Corporations or Partnerships)

## Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline          10/20

**For the debtor listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

| | | | |
|---|---|---|---|
| 1. | **Debtor's full name** | J McCloud Realty LLC | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 4607 Miller Street<br>Wahiawa, HI 96786 | |
| 4. | **Debtor's attorney**<br>Name and address | BRAD J. SADEK<br>Sadek Law Offices, LLC<br>1500 JFK Boulevard<br>Ste 220<br>Philadelphia, PA 19102 | Contact phone 215–545–0008<br><br>Email:  brad@sadeklaw.com |
| 5. | **Bankruptcy trustee**<br>Name and address | ROBERT H. HOLBER<br>Robert H. Holber PC<br>41 East Front Street<br>Media, PA 19063 | Contact phone (610) 565–5463<br><br>Email:  trustee@holber.com |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | 900 Market Street<br>Suite 400<br>Philadelphia, PA 19107 | Hours open:<br>Philadelphia Office –– 9:00 A.M. to 4:00 P.M; Reading Office –– 9:00 A.M. to 4:00 P.M.<br><br>Contact phone (215)408–2800<br><br>Date: 5/23/25 |
| 7. | **Meeting of creditors**<br>The debtor's representative must attend the meeting to be questioned under oath. Creditors may attend, but are not required to do so. | **June 25, 2025 at 02:30 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location: **The meeting is by Zoom. Go to Zoom.us, Click on JOIN or call 1 (267) 635–2353, Enter Meeting ID 553 798 0544, and Passcode 9076919462**<br>For additional meeting info. go to https://www.justice.gov/ust/moc |
| 8. | **Proof of claim**<br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now.<br><br>If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| 9. | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |