# EXHIBIT A



Federal EIN: 46-0997626

Wiring Instructions:
Bank: Wilmington Savings Fund Society, F.S.B.
500 Delaware Ave., Wilmington, DE 19801
Account #: 208910437
Routing #: 031100102
Account Name: Gellert Seitz Busenkell & Brown LLC
Reference: 860072.001

Attn: Holly S. Miller
Holly S. Miller Subchapter V Trustee

| | |
|---|---|
| Invoice Date: | May 22, 2025 |
| Invoice No. | 50293 |
| Account No. | 860072.001 |
| Page: | 1 |

RE: J McCloud Realty LLC, 25-11778-amc (Bankr. E.D. Pa)

**DRAFT BILL**

INVOICE FOR PERIOD THROUGH 05/22/2025

**Fees**

| Date | Atty | Task | Act | Description | Hours | Amount |
|---|---|---|---|---|---|---|
| 05/07/2025 | HSM | B210 | A104 | Review/analyze and respond to email from J. Gannone regarding IDI | 0.20 | 90.00 |
| 05/08/2025 | HSM | B210 | A104 | Review/analyze email from J. Gannone regarding insurance policy payments | 0.10 | 45.00 |
| | HSM | B210 | A104 | Review/analyze Motion to Prohibit Use of Cash Collateral, Motion for Relief from Stay Filed by Philadelphia Federal Credit Union | 0.20 | 90.00 |
| | HSM | B210 | A104 | Review/analyze Motion to Expedite Hearing regarding Motion to Prohibit Cash Collateral | 0.10 | 45.00 |
| 05/09/2025 | HSM | B320 | A104 | Review/analyze Plan | 0.10 | 45.00 |
| | HSM | B210 | A104 | Review/analyze Objection to Motion to Prohibit Cash Collateral filed by Creditor Philadelphia Federal Credit Union, Motion for Relief From Stay Filed by J McCloud Realty LLC | 0.10 | 45.00 |
| | HSM | B310 | A104 | Review/analyze Philadelphia Federal Credit Union proof of claim | 0.10 | 45.00 |
| | HSM | B150 | A104 | Review/analyze and respond to email from United States Trustee regarding scheduling 341 | 0.20 | 90.00 |
| | HSM | B210 | A104 | Review/analyze Order Granting Motion Expedite Hearing on Motion to Prohibit Use of Cash Collateral | 0.10 | 45.00 |
| | HSM | B190 | A104 | Review/analyze Application to Employ Sadek Law Offices LLC as Debtor's Attorney | 0.10 | 45.00 |

1201 NORTH ORANGE STREET
SUITE 300
WILMINGTON, DE 19801
P: 302.425.5800 | F: 302-425-5814

WWW.GSBBLAW.COM

901 NORTH MARKET STREET
SUITE 3020, 3RD FLOOR
PHILADELPHIA, PA 19107
P: 215.238.0010 F: 302.425.5814

| | | | | | | |
|---|---|---|---|---|---|---|
| Holly S. Miller Subchapter V Trustee | | | | | Invoice Date: | 05/22/2025 |
| Account No. 860072.001 | | | | | Invoice No. | 50293 |
| RE: J McCloud Realty LLC, 25-11778-a | | | | | Page No. | 2 |

| Date | TK | Task | Act | Description | Hours | Amount |
|---|---|---|---|---|---|---|
| | HSM | B150 | A104 | Review/analyze notice of meeting of creditors | 0.10 | 45.00 |
| | HSM | B210 | A107 | Communicate (other outside counsel) with United States Trustee and counsel to the debtor regarding general background, first day motions | 0.20 | 90.00 |
| | HSM | B310 | A104 | Review/analyze Order Granting Motion to Set Last Day to File Proofs of Claim | 0.10 | 45.00 |
| 05/12/2025 | HSM | B310 | A104 | Review/analyze City of Philadelphia proof of claim | 0.10 | 45.00 |
| 05/14/2025 | HSM | B210 | A109 | Appear for/attend hearing on motion to prohibit use of cash collateral | 0.70 | 315.00 |
| | HSM | B210 | A104 | Review/analyze and respond to email from United States Trustee regarding expedited consideration of motion to dismiss | 0.20 | 90.00 |
| | HSM | B210 | A104 | Review/analyze email from W. Levant regarding cash collateral issues | 0.10 | 45.00 |
| | HSM | B210 | A104 | Review/analyze Motion to Dismiss Debtor Filed by United States Trustee and Motion to Expedite | 0.20 | 90.00 |
| 05/15/2025 | HSM | B210 | A104 | Review/analyze Order Prohibiting use of Cash Collateral | 0.10 | 45.00 |
| | HSM | B210 | A104 | Review/analyze Order Scheduling EXPEDITED Hearing regarding United States Trustee motion to dismiss | 0.10 | 45.00 |
| 05/19/2025 | HSM | B210 | A104 | Review/analyze email from J. Gannone regarding IDI | 0.10 | 45.00 |
| 05/20/2025 | HSM | B190 | A104 | Review/analyze email from United States Trustee regarding motion to convert | 0.10 | 45.00 |
| | HSM | B190 | A107 | Communicate (other outside counsel) with United States Trustee regarding hearing on motion to convert or dismiss | 0.20 | 90.00 |
| | HSM | B190 | A104 | Review/analyze email from debtor's counsel regarding hearing on motion to dismiss or convert | 0.10 | 45.00 |
| 05/21/2025 | HSM | B190 | A109 | Appear for/attend hearing on United States Trustee motion to dismiss/convert | 1.00 | 450.00 |
| | HSM | B210 | A104 | Review/analyze email from J. Gannone canceling IDI | 0.10 | 45.00 |
| | HSM | B140 | A104 | Review/analyze draft order on motion for relief, email debtor's counsel regarding same | 0.20 | 90.00 |
| 05/22/2025 | HSM | B140 | A104 | Review/analyze Order Granting *In Rem* Relief from the Automatic Stay with the Philadelphia Federal Credit Union | 0.10 | 45.00 |
| | HSM | B210 | A104 | Review/analyze Order converting case to chapter 7 | 0.10 | 45.00 |
| | | | | For Current Services Rendered | 5.20 | 2,340.00 |

Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Holly S. Miller | 5.20 | $450.00 | $2,340.00 |

1201 NORTH ORANGE STREET
SUITE 300
WILMINGTON, DE 19801
P: 302.425.5800 | F: 302-425-5814

WWW.GSBBLAW.COM

901 NORTH MARKET STREET
SUITE 3020, 3RD FLOOR
PHILADELPHIA, PA 19107
P: 215.238.0010 F: 302.425.5814

| | | |
|---|---|---|
| Holly S. Miller Subchapter V Trustee | Invoice Date: | 05/22/2025 |
| Account No.  860072.001 | Invoice No. | 50293 |
| RE:  J McCloud Realty LLC, 25-11778-a | Page No. | 3 |

| | |
|---|---:|
| Total Current Work | 2,340.00 |
| Balance Due | $2,340.00 |

### Task Code Summary

| Code | Description | Fees | Expenses |
|---|---|---:|---:|
| B140 | Relief from Stay/Adequate Protection Proceedings | 135.00 | 0.00 |
| B150 | Meetings of and Communications with Creditors | 135.00 | 0.00 |
| B190 | Other Contested Matters (excluding assumption/rejection motions) | 675.00 | 0.00 |
| B100 | Administration | 945.00 | 0.00 |
| B210 | Business Operations | 1215.00 | 0.00 |
| B200 | Operations | 1,215.00 | 0.00 |
| B310 | Claims Administration and Objections | 135.00 | 0.00 |
| B320 | Plan and Disclosure Statement (including Business Plan) | 45.00 | 0.00 |
| B300 | Claims and Plan | 180.00 | 0.00 |

Payments received after 05/22/2025 will appear your next invoice.

Please send all payments to Delaware address below including invoice number and/or account number on payment.  Thank You.

1201 NORTH ORANGE STREET
SUITE 300
WILMINGTON, DE 19801
P: 302.425.5800 | F: 302-425-5814

WWW.GSBBLAW.COM

901 NORTH MARKET STREET
SUITE 3020, 3RD FLOOR
PHILADELPHIA, PA 19107
P: 215.238.0010 F: 302.425.5814

Draft Statement Run Totals 05/22/2025

| | |
|---|---|
| Statements Printed: | 1 |
| Hours: | 5.20 |
| Fees: | 2,340.00 |