IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| In re: | ) | |
|---|---|---|
| | ) | Chapter 7 |
| **J MCCLOUD REALTY LLC,** | ) | |
| | ) | |
| Debtor. | ) | Case No. 25-11778-amc |
| | ) | |

## **ORDER**

Upon consideration of the First and Final Application for Compensation and Reimbursement of Expenses of Holly S. Miller, Esquire as Subchapter V Trustee for the Period of 5/06/2025 through 5/22/2025 (the "Application"), it is hereby ORDERED that:

The Application shall be approved and compensation to Holly S. Miller, Esquire shall be allowed and authorized as a Chapter 11 administrative expense claim for services rendered in the amount of $2,340.00 and reimbursement of actual expenses in the amount of $0.00 incurred by Holly S. Miller, Esquire in rendering said services as Subchapter V Trustee.

Date: _____

ASHELY M. CHAN
UNITED STATES BANKRUPTCY JUDGE