**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| J McCloud Realty LLC,<br><br>            *Debtor*. | Case No. 25-11778-amc<br>Chapter 7 |

**Debtor's Motion to Extend Time to File Notice of Appeal**

Debtor J McCloud Realty LLC, through its attorney, moves this Court for an extension of time to file a notice of appeal. In support of this Motion, the Debtor states as follows:

1. On May 22, 2025, the Court entered two orders: the first granted relief from the automatic stay (ECF No. 42), and the second converted the case to chapter 7 (ECF No. 43) (together, the "Orders").

2. Under Fed. R. Bankr. P. 8002(a)(1), the deadline to file a notice of appeal of either Order is June 5, 2025.

3. The Court may grant an extension for cause. *See* Fed. R. Bankr. P. 8002(d)(1)(A).

4. The Debtor's attorney recently filed a motion to withdraw as attorney for the Debtor and has counseled the Debtor to seek new representation.

5. The Debtor's attorney does not believe it is appropriate to file a notice of appeal before the Court rules on the motion to withdraw.

6. The Debtor respectfully requests an extension through and including June 19, 2025, to file a notice of appeal of either or both Orders.

The Debtor respectfully requests that the Court grant relief in the form of order attached, and further in its favor if necessary and proper under the law.

Date: June 2, 2025                               **SADEK LAW OFFICES, LLC**
                                                 *Attorney for Debtor*

                                                 By: /s/ Michael I. Assad
                                                    Michael I. Assad
                                                    1500 JFK Boulevard, Suite 220
                                                    Philadelphia, PA 19102
                                                    215-545-0008
                                                    michael@sadeklaw.com


## Certificate of Service

I certify that on this date, I did cause a copy of this document and all attachments to be electronically served on all parties on the Clerk's service list that are registered to receive notices through the CM/ECF system. I did not serve anyone by mail.

Date: June 2, 2025                               /s/ Michael I. Assad
                                                 Michael I. Assad