## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| J McCloud Realty LLC,<br><br>                              *Debtor*. | Case No. 25-11778-amc<br>Chapter 7 |

### Order Extending Time to File Notice of Appeal

**AND NOW**, upon consideration of the Motion to Extend Time to File Notice of Appeal filed by Debtor J McCloud Realty LLC, with proper service and for good cause shown, it is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The deadline for the Debtor to file a notice of appeal from the Court's order granting relief from the automatic stay (ECF No. 42) is extended through and including **June 19, 2025**.

3. The deadline for the Debtor to file a notice of appeal from the Court's order converting the case to chapter 7 (ECF No. 43) is extended through and including **June 19, 2025**.


Date: _____           _____
                                         Ashely M. Chan
                                         Chief U.S. Bankruptcy Judge