B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Eastern District of Pennsylvania

In re  **J McCloud Realty LLC**                                    Case No.  **25-11778-amc**
_____Debtor(s)_____            Chapter  **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept and received a retainer of............................  $  **12,000.00**
   The undersigned shall bill against the retainer at an hourly rate of................................  $  **475.00**

   The debtor has agreed to pay all court-approved fees and expenses exceeding the amount of the retainer.

2. $ **1,738.00** of the filing fee has been paid.

3. The source of the compensation paid to me was:

   ☐ Debtor        ☒ Other (specify):    **Jamirah McCloud-Ford**

4. The source of compensation to be paid to me is:

   ☒ Debtor        ☐ Other (specify):

5. ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof; and,
   d. Representation of the debtor in adversary proceedings and other contested bankruptcy matters.

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**June 4, 2025**                                 **/s/ Brad Sadek**
_Date_                                          **Brad Sadek**
                                                _Signature of Attorney_
                                                **Sadek Law Offices**
                                                **1500 JFK Blvd. Ste 220**
                                                **Philadelphia, PA 19102**
                                                **(215) 545-0008   Fax: (215) 545-0611**
                                                **brad@sadeklaw.com**
                                                _Name of law firm_

---