**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| J McCloud Realty LLC,<br><br>　　　　　　　　　*Debtor*. | Case No. 25-11778-amc<br>Chapter 7 |

**First and Final Application for Compensation and Reimbursement of Expenses of Sadek Law Offices LLC as Debtor's Attorney for the Period of 05/06/2025 through 05/22/2025**

  **AND NOW**, Applicant Sadek Law Offices LLC hereby applies under 11 U.S.C. § 330 for an award of compensation and reimbursement of actual, necessary expenses, and represents as follows:

1. The Applicant is the attorney for Debtor J McCloud Realty LLC.

2. The Applicant respectfully requests that the Court enter an award of compensation in the amount of $6,779.50, and reimbursement of costs in the amount of $15.00, for a total award of $6,794.50.

3. An itemization of the fees and costs incurred is attached as Exhibit A.

4. All services rendered and expenses incurred for which compensation or reimbursement is requested were performed or incurred for or on behalf of the Debtor, the services and expenses were actual and necessary, and the compensation requested for those services is reasonable.

5. None of the compensation paid to the Applicant will be shared with any person other than a member or regular associate of Applicant's law firm unless 11 U.S.C. §504(c) applies.

  **NOW, THEREFORE**, the Applicant requests that the Court enter an order allowing this Application in the form of order attached, and for such other relief in the Applicant's favor as may be necessary and proper under the law.

Date: June 4, 2025　　　　　　　　　　/s/ Brad J. Sadek
　　　　　　　　　　　　　　　　　　Brad J. Sadek
　　　　　　　　　　　　　　　　　　Sadek Law Offices, LLC
　　　　　　　　　　　　　　　　　　1500 JFK Boulevard, Suite 220
　　　　　　　　　　　　　　　　　　Philadelphia, PA 19102
　　　　　　　　　　　　　　　　　　215-545-0008
　　　　　　　　　　　　　　　　　　brad@sadeklaw.com