| Date | Staff | Description | Hourly Rate | Hours | Fee |
|---|---|---|---|---|---|
| May 6, 2025 | MIA | Prepared email to lender to stop sheriff sale. | $475.00 | 0.10 | $47.50 |
| May 6, 2025 | MIA | Prepared chapter 11 requirements letter | $475.00 | 0.50 | $237.50 |
| May 6, 2025 | MIA | Prepared email to debtor's principal re: chapter 11 requirements and insurance | $475.00 | 0.20 | $95.00 |
| May 7, 2025 | MIA | Reviewed order requiring documents filed by clerk of court. | $475.00 | 0.10 | $47.50 |
| May 7, 2025 | MIA | Reviewed IDI email from UST | $475.00 | 0.10 | $47.50 |
| May 7, 2025 | MIA | Prepared email to UST re IDI | $475.00 | 0.10 | $47.50 |
| May 7, 2025 | MIA | Prepared email to Debtor re IDI | $475.00 | 0.10 | $47.50 |
| May 7, 2025 | MIA | Searched various public record sources including court dockets, water lien database, property tax database, etc. for lawsuits, liens, etc. | $475.00 | 1.00 | $475.00 |
| May 7, 2025 | MIA | Drafted suggestions of bankruptcy for state court cases | $475.00 | 0.50 | $237.50 |
| May 7, 2025 | MIA | Prepared email to UST and client re: noticing party address for UST on insurance. | $475.00 | 0.10 | $47.50 |
| May 7, 2025 | MIA | Reviewed proofs of insurance provided by debtor. | $475.00 | 0.10 | $47.50 |
| May 7, 2025 | MIA | Research re: subchapter v plan of liquidation | $475.00 | 1.30 | $617.50 |
| May 8, 2025 | MIA | Email to UST re: insurance | $475.00 | 0.10 | $47.50 |
| May 8, 2025 | MIA | Reviewed mortgage foreclosure documents. | $475.00 | 1.00 | $475.00 |
| May 8, 2025 | MIA | Phone call with Khalilah to discuss rental income. | $475.00 | 0.20 | $95.00 |
| May 8, 2025 | MIA | Reviewed motion for relief from stay filed by mortgage company. | $475.00 | 0.50 | $237.50 |
| May 8, 2025 | MIA | Phone call with debtor to discuss MFR. | $475.00 | 0.30 | $142.50 |
| May 9, 2025 | MIA | Prepared email to UST re: scheduling of 341 meeting. | $475.00 | 0.10 | $47.50 |
| May 8, 2025 | MIA | Prepared chapter 11 plan | $475.00 | 3.00 | $1,425.00 |
| May 9, 2025 | MIA | Prepared application to employ attorney | $475.00 | 1.00 | $475.00 |
| May 9, 2025 | MIA | Phone conversation with UST and SubV trustee | $475.00 | 0.30 | $142.50 |
| May 12, 2025 | MIA | Email to debtor's principal re: motion for relief and plan. | $475.00 | 0.30 | $142.50 |
| May 12, 2025 | MIA | Prepared email to UST re: proof of insurance. | $475.00 | 0.20 | $95.00 |
| May 12, 2025 | MIA | Prepared email to debtor re: info needed for schedules. | $475.00 | 0.30 | $142.50 |
| May 12, 2025 | MIA | Phone call with debtor re: information for schedules | $475.00 | 0.30 | $142.50 |
| May 12, 2025 | MIA | Phone call with debtor's principal re: motion for relief | $475.00 | 0.60 | $285.00 |
| May 12, 2025 | MIA | Prepared amended matrix | $475.00 | 0.20 | $95.00 |
| May 12, 2025 | MIA | Prepared email to debtor's principal re: mortgage payments and DIP accounts. | $475.00 | 0.30 | $142.50 |
| May 13, 2025 | MIA | Prepared email to debtor's principal re: defense of motion | $475.00 | 0.30 | $142.50 |
| May 14, 2025 | MIA | Represented debtor at hearing on motion for relief. | $475.00 | 0.50 | $237.50 |

EXHIBIT A

| Date | Staff | Description | Hourly Rate | Hours | Fee |
|---|---|---|---|---|---|
| May 14, 2025 | MIA | In-person discussion with UST re: potential motion to dismiss | $475.00 | 0.10 | $47.50 |
| May 14, 2025 | MIA | Reviewed motion to dismiss filed by UST | $475.00 | 0.20 | $95.00 |
| May 14, 2025 | MIA | Reviewed emails from UST, lender, and SubV trustee | $475.00 | 0.10 | $47.50 |
| May 14, 2025 | MIA | Prepared email to debtor's principal re: motion to dismiss. | $475.00 | 0.50 | $237.50 |
| May 15, 2025 | MIA | Prepared email to debtor's principal re: motion to dismiss. | $475.00 | 0.30 | $142.50 |
| May 15, 2025 | MIA | Prepared email to debtor's principal re: motion to dismiss. | $475.00 | 0.30 | $142.50 |
| May 15, 2025 | BJS | Phone call with debtor's principal re: motion to dismiss | $475.00 | 0.20 | $95.00 |
| May 15, 2025 | MIA | Prepared email to debtor's principal re: motion to dismiss. | $475.00 | 0.20 | $95.00 |
| May 15, 2025 | BJS | Phone call with MA to discuss case strategy | $475.00 | 0.50 | $237.50 |
| May 15, 2025 | MIA | Phone call with BJS to discuss case strategy | $475.00 | 0.50 | $237.50 |
| May 16, 2025 | MIA | Reviewed email from Debtor re: motion to dismiss | $475.00 | 0.10 | $47.50 |
| May 19, 2025 | MIA | Reviewed email from Debtor re: motion to dismiss | $475.00 | 0.10 | $47.50 |
| May 20, 2025 | MIA | Prepared email to Debtor re: motion to dismiss | $475.00 | 0.10 | $47.50 |
| May 21, 2025 | MIA | Reviewed email from Debtor re: motion to dismiss | $475.00 | 0.10 | $47.50 |
| May 21, 2025 | MIA | Prepared email to UST re: motion to dismiss | $475.00 | 0.10 | $47.50 |
| May 21, 2025 | MIA | Represented Debtor at hearing on motion to dismiss/convert case | $475.00 | 0.30 | $142.50 |
| May 21, 2025 | MIA | Prepared email to Debtor re: conversion of case to chapter 7 | $475.00 | 1.00 | $475.00 |

Timekeepers: (BJS) Brad J. Sadek, Attorney; (MIA) Michael I. Assad, Attorney

**Total Fees**    **$8,740.00**

Total Hours    15.60

| | | Postage | | | $15.00 |
|---|---|---|---|---|---|

**Total Expenses**    **$15.00**

**Grand Total**    **$8,755.00**

**Reduction**    **$1,960.50**

**Total Award Request**    **$6,794.50**