# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| J McCloud Realty LLC,<br><br>                             *Debtor*. | Case No. 25-11778-amc<br>Chapter 7 |

## ORDER

**AND NOW**, upon consideration of the First and Final Application for Compensation and Reimbursement of Expenses of Sadek Law Offices LLC (the "Applicant") as Debtor's Attorney for the Period of 05/06/2025 through 05/22/2025, and after notice and opportunity for hearing, it is hereby **ORDERED** that:

1. The Application is **APPROVED**.

2. Compensation in the amount of $6,779.50 and reimbursement of expenses in the amount of $15.00 are approved, for a total award in favor of the Applicant in the amount of **$6,794.50**.

3. The Applicant is authorized to draw the approved fees and expenses from the pre-petition retainer paid by the Debtor.


Date: _____  _____
                                                                  Ashely M. Chan
                                                                  Chief U.S. Bankruptcy Judge