**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| J McCloud Realty LLC,<br><br><br>                                    *Debtor*. | Case No. 25-11778-amc<br>Chapter 7 |

**NOTICE**

**Your rights may be affected.** **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one).**

**NOTICE IS HEREBY GIVEN** that Sadek Law Offices LLC, attorney for the Debtor in this bankruptcy case, has filed a **First and Final Application for Compensation and Reimbursement of Expenses of Sadek Law Offices LLC as Debtor's Attorney for the Period of 05/06/2025 through 05/22/2025** with the court requesting a total award of fees and costs in the amount of $6,794.50 from the bankruptcy estate of the above debtor. A copy of the Application is enclosed.

**If you do not want the court to allow the relief sought in the Application** or if you want the court to consider your views, then on or before **June 18, 2025**, you or your attorney must file an objection. **If you do not file an objection**, the Court may enter an order allowing the relief requested in the Application.

If you are required to file documents electronically under Local Bankruptcy Rule 5005-2, you must file your objection electronically. If you are not required to file electronically, you must file your objection at U.S. Bankruptcy Court, Robert N.C. Nix Sr. Federal Courthouse, 900 Market Street, Suite 400 Philadelphia, PA 19107. If you mail your objection, you must mail it early enough so that it will be received on or before the deadline above.

Date: June 4, 2025

Brad J. Sadek
Sadek Law Offices, LLC
1500 JFK Boulevard, Suite 220
Philadelphia, PA 19102
215-545-0008
brad@sadeklaw.com