Case Name: J McCloud Realty LLC
Case No: 25-11778-amc

My name is Khalilah Boyd on behalf of J McCloud Realty LLC. This letter is to inform the court that J McCloud Realty LLC does not want the court to grant the relief sought in the Motion to Withdraw as Attorney for Debtor. If SADEK Law withdraws at this stage it would severely harm the interests in the company and compromise our ability to move forward in this case. SADEK Law is familiar with the facts, filings, and outstanding issues and removal would create an immediate gap in legal representation especially while key matters remain unresolved, including:

- filing a motion to appeal conversion from CH11 to CH7
- Trustee communications post-conversation
- Review of your final fee application
- Return or accounting of retainer funds
- Potential legal consequences regarding remaining creditors

For these reasons, I am requesting the court to consider our views on the Motion and deny Motion to Withdraw as Attorney for J McCloud Realty LLC

FILED
JUN - 5 2025
TIMOTHY McGRATH, CLERK
JR

Case Name: J McCloud Realty LLC
Case No: 25-11778-amc

Please allow J McCloud Realty LLC to proceed to court Wednesday, June 11, 2025 at 10:30 am. Unless the court orders otherwise. Thank you for your consideration.

Sincerely

Khalilah Boyd on behalf of J McCloud Realty LLC
175 E. Essex Ave.
Lansdowne PA 19050
610-931-8519
JMCCLOUDREALTY@GMAIL.COM