**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| J McCloud Realty LLC,<br><br>                              *Debtor*. | Case No. 25-11778-amc<br>Chapter 7 |

**Order Extending Time to File Notice of Appeal**

**AND NOW**, upon consideration of the Motion to Extend Time to File Notice of Appeal filed by Debtor J McCloud Realty LLC, with proper service and for good cause shown, it is hereby **ORDERED** that:

1. The Motion is **GRANTED** in part.

2. The deadline for the Debtor to file a notice of appeal from the Court's order converting the case to chapter 7 (ECF No. 43) is extended through and including **June 13, 2025**.

Date:  June 10, 2025

Ashely M. Chan
Chief U.S. Bankruptcy Judge