# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| J McCloud Realty LLC,<br><br>                        *Debtor*. | Case No. 25-11778-amc<br>Chapter 7 |

## ORDER

**AND NOW**, upon consideration of the Motion to Withdraw as Attorney for Debtor filed by Sadek Law Offices LLC, after notice and hearing, and for good cause shown, it is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. Sadek Law Offices LLC's appearance as attorney for Debtor J McCloud Realty LLC is **WITHDRAWN**.

Date: June 12, 2025

_____
Ashely M. Chan
Chief U.S. Bankruptcy Judge