**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: <br><br> J MCCLOUD REALTY LLC, <br><br>                Debtor. | Chapter 7 <br><br> Case No: 25-11778-amc |

**CERTIFICATE OF NO RESPONSE REGARDING FIRST AND FINAL FEE APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF HOLLY S. MILLER, ESQUIRE AS SUBCHAPTER V TRUSTEE FOR THE PERIOD 5/06/2025 THROUGH 5/22/2025**

On May 28, 2025, Holly S. Miller, Esquire, as Subchapter V Trustee (the "Applicant"), filed the *First and Final Fee Application for Compensation and Reimbursement of Expenses of Holly S. Miller, Esquire as Subchapter V Trustee for the Period 5/06/2025 through 5/22/2025* (the "Motion").  On May 28, 2025, Applicant also filed the Notice of the Motion. Responses to the Motion were due on or before June 11, 2025.  This Court's docket reflects that no objections were filed to the Motion. Additionally, no objections to the Motion have been received by the Applicant. Accordingly, the Applicant respectfully requests that the Order attached to the Motion be entered at the Court's earliest convenience.

Dated:  June 13, 2025

By: /s/  Holly S. Miller
Holly S. Miller, Esquire
901 Market Street, Suite 3020
Philadelphia, PA 19107
Telephone: (215) 238-0010
Facsimile: (215) 238-0016
Email: hsmiller@gsbblaw.com

*Subchapter V Trustee*