UNITED STATES BANKRUPTCY COURT EASTERN DISTRICT OF PENNSYLVANIA

IN re:                                           CASE NO. 25-11778-amc

J MCCLOUD REALTY LLC                             CH 7

            DEBTOR            ORDER

IT IS HEREBY ORDERED:

1. THE MOTION IS GRANTED;

2. THE ORDER GRANTING RELIEF FROM AUTOMATIC STAY ENTERED ON _____ AT DOCKET NO _____ IS VACATED;

3. THE AUTOMATIC STAY PURSUANT TO 11 U.S.C 362(a) IS REINSTATED AS TO 5909 WINDSOR & 3125 N MARSTON S EFFECTIVE AS OF DATE OF THIS ORDER.

IT IS SO ORDERED.

DATE _____

                        _____
                        ASHELY M. CHAN
                        CHIEF U.S BANKRUPTCY JUDGE