UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

## ORDER

IN re:                                    CASE NO 25-11778-amc
J MCCLOUD REALTY LLC  DEBTOR     CHAPTER 7

ORDER GRANTING MOTION TO VACATE ORDER GRANTING RELIEF FROM ~~STAY~~ THE AUTOMATIC STAY

UPON CONSIDERATION OF THE MOTION TO VACATE ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY MOTION FOR RECONSIDERATION OF REL FROM STAY. FILED BY AMIRAH MCCLOUD-FORD AND NOTICE HAVE BEEN PROPERLY GIVEN TO ALL INTERESTED PARTIES, AND NO OBJECTION HAVE BEEN FILED AFTER HEARING GOOD CAUSE.

THE COURT FINDS THAT:

1. THE MOTION WAS PROPERLY SERVED ON ALL INTERESTED PARTIES
2. GOOD CAUSE EXISTS TO VACATE THE PRIOR ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY ENTERED ON MAY 21, 2025 AND
3. VACATING THE PRIOR ORDER IS IN THE BEST INTERESTS OF THE ESTATE AND ALL THE PARTIES.