J McCloud Realty LLC | Case No 25-11778-amc
DEBTOR | CHAPTER 7

# ORDER

This motion came before the Court on the following motions and objections

1. Motion for Reconsideration filed by Jamirah McCloud-Ford on June 13, 2025

2. Objection to Attorney Compensation filed by Jamirah McCloud-Ford on June 13, 2025

3. Motion to Appeal Chapter 7 or in Alternative dismiss Chapter 7 filed by Jamirah McCloud-Ford

4. Motion for Sanctions Due to Attorney Misconduct filed by Jamirah McCloud-Ford on June 13th 2025

The Court having reviewed the pleadings considered any responses and objections filed, heard oral arguements (if applicable), and for good cause appearing, IT IS HEREBY ORDERED as follows:

The Motion for Reconsideration is (GRANTED/DENIED)

☐ if Granted: The Court Hereby vacates its prior order on May 21, 2025

☐ if Denied: The movant has not demonstrated sufficient grounds under Federal Rule of Bankrupty Procedure 9023 or 9024

The Objection to Attorney Compensation to the compensation requested by Brad J. Sadek is [Sustained/Overruled]

☐ if Sustained the applicatio is denied as requested or reduced

☐ if overruled the attorney compensation request is approved as filed

The motion to convert this case from Chapter 7 to Chapter 11 is [Granted/Denied]

] if granted: The Chapter 7 is hereby converted to a case under Chapter 11, effective immediately

] if denied: The alternative request to dismiss the Chapter 7 case is [Granted/Denied]

] if both denied: The case shall remain a Chapter 7 proceeding

The Motion for Sanctions against SADEK LAW for Alleged Misconduct is (GRANTED/DENIED)

] if Granted sanctions are imposed in the amount of $_____ or as otherwise detailed below

] if ~~Granted~~ denied: The movant has not shown ~~significa~~ Sufficient evidence of misconduct warranting sanctions under the applicable standards.

IT IS SO ORDERED
   DATED:
                                          _____
                                          Honorable Judge Ashley M. Chan
                                          Chief U.S. Bankruptcy Judge