June
Case 25-11778-amc    Doc 68    Filed 06/13/25    Entered 06/13/25 16:10:38    Desc Main
Document    Page 1 of 1
CASE NO 25-11778
AMC
CH7

HONORABLE ASHELY M CHAN
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

RE: REQUEST FOR EXPEDITED HEARING ON MOTION FOR RELIEF FROM STAY CASE NO 25-11778 amc

In re J MCCLOUD REALTY LLC
CASE NO: 25-11778 amc   CH 7

DEAR JUDGE CHAN

I AM WRITING TO RESPECTFULLY REQUEST THAT THE COURT SCHEDULE AN EXPEDITED HEARING ON THE PENDING MOTION FOR RELIEF FROM THE AUTOMATIC STAY GRANTED ON May 21, 2025 ~~FILED ON JUNE 13, 2025~~ IN THE ABOVE REFERENCED CASE. THE MOTION SEEKS PERMISSION to stop the foreclosure sale of the properties

5909 ~~Marston St~~ Windsor Ave Philadelphia PA 19143
3125 N. Marston St. Philadelphia PA 19132

The next available court date appears to be July 2, 2025 which is after the scheduled sale without a hearing and ruling before July 1 I risk irreparable harm including the potential loss of my ~~tena~~ properties

I respectfully request that the court schedule an expedited hearing on my motion as soon as possible before July 1, 2025 and shorten any applicable notice periods pursuant to Federal Rule of Bankruptcy Procedure 9006(c)

Thank you for your time and consideration on this matter

Jamirah McCloud Ford
175 Essex Ave
Lansdowne PA
610-931-8519 / 215-888-3198  JMcCloudrealty@gmail.com