L.B.F. 9014-4

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                    :    Chapter  7

J McCLOOD REALTY LLC
                                          :    Bky. No.
         Debtor
                                               25-11778 amc

* * * * * *

CERTIFICATION OF SERVICE

I, Khalilah Boyd, certify that on 6/16/25 did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Document 1  Motion For Reconsideration of Relief From Stay
- Document 2  Request For Expedited Hearing on Relief From Stay
- Document 3  Motion For Reconsideration, Objection To Attorney Compensation, Request For Conversion 11 CH 11 and Motion For Sanctions Due To Attorney Misconduct

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated.

Date: 6/16/2025

Signature: [signature]
Name and Attorney ID (if applicable)
Firm Name: KHALILAH BOYD
Address: 6111 INDEPENDENCE WAY
City, State, Zip: GROVETOWN, GA 30813
Phone Number: 410-931-5519
Email: JMCCLOODREALTY@GMAIL.COM

Mailing List Exhibit: (Check all that apply. If via e-mail, include e-mail address. Continue to the next page if necessary.)

Name: SADEK LAW OFFICES ATTENTION BRAD J SADEK, MICHAEL I ASSAD
Address: 1500 JFK BLVD PHILA, PA 19102 SUITE 220
Relationship of Party: Former Counsel of JMcClood Realty LLC
Via: ☒CM/ECF  ☐1st Class Mail  ☐Certified Mail  ☒e-mail:
☒Other: UPS

FILED
JUN 17 2025

Mailing List Exhibit: (Check all that apply. If via e-mail, include e-mail address. Continue to the next page if necessary.)

Name: Robert Holber
Address: 205 E Front St Media PA 19063
Relationship of Party: CH 7 Trustee
Via: ☐ CM/ECF  ☐ 1st Class Mail  ☐ Certified Mail  ☐ e-mail:
☑ Other: UPS

Name: William J Levant Esquire
Address: 910 Harvest Drive Suite 200 Blue Bell, PA 19422
Relationship of Party: Counsel for PECO
Via: ☑ CM/ECF  ☐ 1st Class Mail  ☐ Certified Mail  ☐ e-mail:
☑ Other: UPS

Name: John Henry Schanne
Address: 900 Market St Suite 320 Phila PA 19107
Relationship of Party: CH 11 Trustee
Via: ☑ CM/ECF  ☐ 1st Class Mail  ☐ Certified Mail  ☐ e-mail:
☑ Other: UPS

Name: Holly Smith Miller, ESQ Gellert Scali Busenkell & Brown LLC
Address: 901 Market St Suite 1902 Phila PA 19107
Relationship of Party: Trustee
Via: ☑ CM/ECF  ☐ 1st Class Mail  ☐ Certified Mail  ☐ e-mail:
☑ Other: UPS

Name:
Address:
Relationship of Party:
Via: ☐ CM/ECF  ☐ 1st Class Mail  ☐ Certified Mail  ☐ e-mail:
☐ Other:

Name:
Address:
Relationship of Party:
Via: ☐ CM/ECF  ☐ 1st Class Mail  ☐ Certified Mail  ☐ e-mail:
☐ Other: