# U.S. BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:     J McCloud Realty LLC,     :     CHAPTER 13

           Debtor     :     BANKRUPTCY NO. 25-11778AMC

## O R D E R

**AND NOW**, upon consideration of the Motion to Reconsider Order Granting Relief from the Stay filed at document #66 *("the Motion"),* and the request for an expedited hearing thereon, and sufficient cause being shown, it is hereby **ORDERED** that:

1. The Request For an Expedited Hearing **GRANTED.**

2. A hearing to consider the Motion shall be held on  June 25, 2025 **at 12:30 p.m. in Courtroom #4 in the Robert N.C. Nix Federal Building, 900 Market Street Philadelphia PA 19107 or via Zoom audio** by dialing 1-646-828-7666 with Meeting ID 160 6807 8081. No participant code is necessary.

3. Written objections or other responsive pleadings to the Motion (while not required) may be filed up to the time of the hearing and all objections will be considered at the hearing.

4. The Movant shall serve the Motion and this Order on the U.S. Trustee, the case Trustee (if any), the individual Respondent(s) (if any), counsel to the Official Committee of Unsecured Creditors (if any), all secured creditors and all priority creditors by overnight mail, facsimile transmission or e-mail transmission **no later than 5:00 p.m. on** June 18, 2025. If the hearing is scheduled less than 48 hours after the Movant receives this Order, Movant shall give immediate telephonic notice of the hearing to the above as well.

5. The Movant shall serve this Order and the Notice of the Motion in conformity with Local Bankruptcy Form 9014-3 on all other parties in interest, including all creditors, by regular mail no later than 5:00 p.m. on June 18, 2025.

6. Prior to the hearing, the Movant shall file a Certification setting forth compliance with the service requirements of Paragraphs 4 and 5 above as applicable.

Date: June 17, 2025

_____
HONORABLE ASHELY M. CHAN
U.S. BANKRUPTCY JUDGE