L.B.F. 9014-4

## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re: J MCCLOUD REALTY LLC    :    Chapter 7

Debtor    :    Bky. No. 25-11778 amc

\* \* \* \* \* \* \*

### CERTIFICATION OF SERVICE

I, KHAYLAH BOYD, certify that on 6/16/2025, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Document 1 MOTION FOR RECONSIDERATION OF RELIEF FROM STAY
- Document 2 REQUEST FOR EXPEDITED HEARING ON RELIEF FROM STAY
- Document 3 MOTION FOR RECONSIDERATION, OBJECTION TO ATTORNEY COMPENSATION, REQUEST FOR CONVERSION TO CH 11 AND MOTION FOR SANCTIONS DUE TO ATTORNEY MISCONDUCT

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated.

Date: 6/16/2025

Signature: [signed]
Name and Attorney ID (if applicable)
Firm Name: KHAYLAH BOYD
Address: 6111 INDEPENDENCE WAY
City, State, Zip: GROVETOWN, GA 30813
Phone Number: 610-931-8519
Email: JMCCLOUDREALTY@GMAIL.COM

Mailing List Exhibit: (Check all that apply. If via e-mail, include e-mail address. Continue to the next page if necessary.)

Name: SADEK LAW OFFICES ATTENTION: BRAD SADEK, MICHAEL I ASSAD
Address: 1500 JFK BLVD PHILA, PA 19102 SUITE 220
Relationship of Party: FORMER COUNSEL
Via: ☒ CM/ECF ☐ 1st Class Mail ☐ Certified Mail ☒ e-mail
☒ Other: GROUND MAIL UPS

FILED JUN 18 2025 TIMOTHY MCGRATH, CLERK DEP CLK

Mailing List Exhibit: (Check all that apply. If via e-mail, include e-mail address. Continue to the next page if necessary.)

Name Robert Holber
Address 41 East Front St Media, PA 19063
Relationship of Party CH 7 Trustee
Via:   ☑ CM/ECF   ☐ 1st Class Mail   ☐ Certified Mail   ☐ e-mail:
       ☐ Other: Ground Mail UPS

Name William J Levant, Esquire
Address 910 Harvest Drive Suite 200 Blue Bell, PA 19422
Relationship of Party Counsel of PFCU
Via:   ☑ CM/ECF   ☐ 1st Class Mail   ☐ Certified Mail   ☑ e-mail:
       ☑ Other: Ground Mail UPS

Name John Henry Schanne
Address 900 Market St. Suite 320 Phila, PA 19107
Relationship of Party CH 11 Trustee
Via:   ☑ CM/ECF   ☐ 1st Class Mail   ☐ Certified Mail   ☑ e-mail:
       ☑ Other: Ground Mail UPS

Name Holly Smith Miller, Esq — Gellert Seitz Busenkell & Brown LLC
Address 901 Market St Suite 3020 Suite 1901 Phila, PA 19107
Relationship of Party Trustee
Via:   ☑ CM/ECF   ☐ 1st Class Mail   ☐ Certified Mail   ☐ e-mail:
       ☐ Other: Ground Mail UPS

Name
Address
Relationship of Party
Via:   ☐ CM/ECF   ☐ 1st Class Mail   ☐ Certified Mail   ☐ e-mail:
       ☐ Other:

Name
Address
Relationship of Party
Via:   ☐ CM/ECF   ☐ 1st Class Mail   ☐ Certified Mail   ☐ e-mail:
       ☐ Other: