L.B.F. 9014-4

# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re: J McCloud Realty LLC

Chapter 7

Debtor

Bky. No. 25-11778 amc

\* \* \* \* \* \*

## CERTIFICATION OF SERVICE

I, Khalilah Boyd, certify that on 6/17/25 I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Document 1 ORDER GRANTING EXPEDITED HEARING
- Document 2
- Document 3

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated.

Date: 6/17/2025

Signature: [signed]
Name and Attorney ID (if applicable)
Firm Name: Khalilah Boyd
Address: 6111 Independence Way
City, State, Zip: Grovetown GA 30813
Phone Number: 610-931-8515
Email: JMCCLOUDREALTY@GMAIL.COM

Mailing List Exhibit: (Check all that apply. If via e-mail, include e-mail address. Continue to the next page if necessary.)

Michael Assad

Name: SADEK LAW OFFICES ATTENTION: BRAD J SADEK
Address: michael@sadeklaw.com  brad@sadeklaw.com
Relationship of Party: FORMER COUNSEL OF J MCCLOUD REALTY LLC
Via: ☐ CM/ECF   ☐ 1st Class Mail   ☐ Certified Mail   ☒ e-mail:
     ☐ Other:

Mailing List Exhibit: (Check all that apply. If via e-mail, include e-mail address. Continue to the next page if necessary.)

Name ROBERT HOLBER
E-MAIL Address RHOLBER@HOLBER.COM & TRUSTEE@HOLBER.COM
6/17/25 Relationship of Party TRUSTEE
6/18/25 Via: ☒ CM/ECF  ☐ 1st Class Mail  ☐ Certified Mail  ☒ e-mail:
☐ Other:

Name WILLIAM J LEVANT ESQ
E-MAIL Address WLEVANT@KAPLAW.COM
6/17/25 Relationship of Party COUNSEL FOR PFCU
Via: ☒ CM/ECF  ☐ 1st Class Mail  ☐ Certified Mail  ☒ e-mail:
☐ Other:

Name JOHN HENRY SCHANNE
EMAIL Address JOHN.SCHANNE@USDOJ.GOV
6/17/25 Relationship of Party TRUSTEE
Via: ☒ CM/ECF  ☐ 1st Class Mail  ☐ Certified Mail  ☒ e-mail:
☐ Other:

Name HOLLY SMITH MILLER ESQ
EMAIL Address HSMILLER@GSBBLAW.COM
6/18/25 Relationship of Party TRUSTEE
Via: ☒ CM/ECF  ☐ 1st Class Mail  ☐ Certified Mail  ☒ e-mail:
☐ Other:

Name
Address
Relationship of Party
Via: ☐ CM/ECF  ☐ 1st Class Mail  ☐ Certified Mail  ☐ e-mail:
☐ Other:

Name
Address
Relationship of Party
Via: ☐ CM/ECF  ☐ 1st Class Mail  ☐ Certified Mail  ☐ e-mail:
☐ Other: