**Date:** 2025-05-06 11:58



EXHIBIT
**A**

**From:** michael@sadeklaw.com

**To:** jmccloudrealty@gmail.com

**CC:** brad@sadeklaw.com

**Subject: Very Important: Chapter 11 Bankruptcy Requirements**

Hello Jamirah,

The chapter 11 bankruptcy case for J McCloud Realty LLC has been filed. Attached is the official notice of bankruptcy issued by the clerk of the bankruptcy court. We have notified the mortgage lender about the bankruptcy and confirmed that the sheriff sale has been stayed.

Also attached is the chapter 11 requirements letter. It explains all of the information we need you to provide to us to prepare additional documents that must be filed with the court. It also explains your obligations and responsibilities during the chapter 11.

There are three very important requirements that I will emphasize:

**1. On or before May 21, you must provide me with proof of insurance coverage for both properties so that I can provide it to the U.S. Trustee.** If the U.S. Trustee is not provided proof of insurance on or before May 21, they will file a motion to dismiss the case. Below is a recitement of the insurance requirements in the attached letter:

*The debtor is required to maintain the following insurance coverage, as appropriate: general comprehensive liability; property loss from fire, theft, water, or other extended coverage; workers' compensation; vehicle, products liability; fidelity bonds for employees; and such other coverage as is customary in the debtor's business.*

*Within 15 days after the filing of the petition, the debtor shall provide to the United States Trustee proof of its insurance coverage. Such proof of coverage shall consist of certificates of insurance or other verified documents showing that each policy of insurance required for the estate is in full force and effect, and shall disclose the type and extent of coverage, effective dates, name of insurance carrier, and name, address, and telephone number of agent. The debtor is responsible for including the address of the United States Trustee on the cancellation notice for each insurance policy. Upon the expiration or other termination of any coverage, the debtor shall immediately provide the United States Trustee with proof of replacement coverage.*

**2. You must open a special bank account known as a DIP Account** at a bank approved by the United States Trustee. A list of approved banks is listed in Exhibit C of the attached letter. On or before May 21, you must provide proof to me that this account has been opened.

**3. All mortgage payments that become due after today must be paid in full and on time.** If these payments are not made, the lender may file a motion for relief from the automatic stay, which would allow them to move forward with the sheriff sale.

Please read the attached documents carefully, and let me know if you have any questions.

Thanks,
Mike

Mike Assad
Attorney at Law
Sadek Law Offices, LLC
Phone (PA): 215-545-0008
Phone (NJ): 856-890-9003

### Sadek Law Offices, LLC

May 6, 2025

Jamirah N. McCloud-Ford
J McCloud Realty LLC
Via Email: jmccloudrealty@gmail.com

Re:    Chapter 11 Requirements

Dear Ms. McCloud-Ford:

### Introduction

This letter is designed to provide J McCloud Realty LLC (the "Debtor") with an overview and explanation of the requirements that must be met by an entity in order to commence a chapter 11 reorganization case and some of the other requirements that must be complied with by a debtor in possession throughout such a case. Please review this letter carefully. In the event of a chapter 11 filing by the Debtor, it is important that the Debtor, at all times, remain in complete compliance with the requirements discussed in this letter and the requirements set forth in detail in the enclosures included with this letter.

Upon the filing of its chapter 11 petition, the Debtor will become a debtor in possession and will be subject to certain duties, obligations, responsibilities and prohibitions set forth in the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), the United States Trustee guidelines, and the Bankruptcy Code. The Bankruptcy Rules set certain requirements with regard to the documentation that must be filed in order to commence and shortly following the commencement of a chapter 11 case. The Bankruptcy Code also sets forth a number of requirements and prohibitions which must be observed by the Debtor. Some of the more important requirements and prohibitions are briefly discussed below. The discussion below is a summary and is not intended to be a detailed description of all applicable requirements.

The Office of the United States Trustee is part of the United States Department of Justice. The role of the United States Trustee is to monitor and supervise the administration of bankruptcy cases. The United States Trustee has numerous requirements that must be met by the Debtor at the initiation of and throughout the chapter 11 case. These requirements are also discussed below.

### A.  Summary of Certain Important Bankruptcy Rule Requirements

The requirements of the Bankruptcy Rules with respect to the commencement of the Debtor's chapter 11 case include:

1.  **Bankruptcy Petition.** In order to commence a chapter 11 case, a bankruptcy petition and certain other documents must be filed. In preparing the petition, we need the following information (see Exhibit A hereto):

    (1)    Names, if any, besides J McCloud Realty LLC under which the Debtor does or has done business in the last eight (8) years;

(2)     The Debtor's tax identification number;

(3)     The Debtor's mailing address, which I am informed is 4607 Miller Street, Wahiawa, HI 96786.

(4)     A brief summary of the Debtor's current financial condition, including estimated number of creditors, estimated value of total assets, estimated amount of total liabilities, estimated number of employees, estimated number of equity holders, estimated secured debt, and estimated other liabilities, excluding contingent or unliquidated claims;

(5)     A brief description of the Debtor's business;

(6)     A list of all of the Debtor's creditors, including names, addresses, telephone numbers (if available), and estimated amounts of claims (if available).

(7)     A list of all corporate entities that, directly or indirectly, own 10% or more of any class of equity interests of the debtor.

(8)     A list of all of the Debtor's equity security holders of each class showing the number and kind of interests registered in the name of each holder, and the last known address or place of business of such equity holder.

(9)     A list of all pending bankruptcy cases filed by partner or affiliate of the debtor.

(10)    A list of all property to the debtor that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety.

(11)    Articles of incorporation and bylaws (or operating agreement if an LLC).

2.  **Bankruptcy Schedules and Statement of Affairs.** Because of time constraints, the Debtor may elect to make a "face sheet" filing in this case. The documents required for a "face sheet" filing are included in Exhibit A hereto. If a "face sheet" filing is made, the Debtor's Bankruptcy Schedules and Statement of Affairs will be due to be completed and filed with the Clerk of the Bankruptcy Court within fourteen (14) days following the filing of the Debtor's chapter 11 petition. Enclosed as Exhibit 2 hereto are forms of the additional documents required to commence a chapter 11 case without the use of a "face-sheet" filing, including the Bankruptcy Schedules and Statement of Affairs. Again, if a "face-sheet" filing is made, these documents are generally required to be filed within fourteen (14) days following the commencement of the case.

To properly prepare the Bankruptcy Schedules and Statement of Affairs, we need you to provide following information:

(1)     Balance sheets, income statements, cash flow reports, and general ledgers for the past 12 months.

(2)     List of real estate holdings and most recent appraisals.

(3)    List of vehicles, including make, model, and mileage.

(4)    List of business personal property inventory (equipment, fixtures, furniture).

(5)    Bank account statements for all accounts for the past 12 months, even if they are now closed.

(6)    List of accounts receivable, including aging reports.

(7)    Inventory reports (including cost basis and retail value).

(8)    Intangible assets: trademarks, patents, goodwill, domain names.

(9)    Life insurance policies owned by the company.

(10)   Prepaid expenses and deposits (e.g., utility deposits, leases).

(11)   Copies of all security agreements, mortgages, and UCC-1 financing statements.

(12)   Current loan statements showing balances and payment history.

(13)   Accounts payable ledger or detailed list of all trade creditors.

(14)   Tax account statements from the IRS and state taxing authorities.

(15)   Copies of any lawsuits, judgments, garnishments, or collection letters.

(16)   Employee payroll records showing unpaid wages, benefits, or reimbursements during the past 12 months.

(17)   List of vendors or service providers with unpaid balances.

(18)   Copies of all current leases (real estate and equipment).

(19)   Contracts for ongoing services, customer agreements, or vendor agreements.

(20)   Employment contracts, non-compete agreements, licensing agreements.

(21)   Federal, state, and local tax returns for the past two years.

(22)   List of all lawsuits, administrative proceedings, and governmental audits within the past year.

(23)   Details of any property transferred, sold, or surrendered in the last two years.

(24)   List of business locations occupied, leased, or owned within the past three years.

(25)   Information about any gifts or charitable contributions made in the last two years.

3

(26)    Information on any losses from theft, fire, or other casualty within the past year.

**B. United States Trustee Guidelines**

The Debtor must maintain adequate insurance coverage appropriate for the nature of its operations, including general liability, property, workers' compensation, and any other customary policies. Proof of insurance must be provided to the United States Trustee within fifteen (15) days after the bankruptcy is filed, and must include certificates disclosing the policy type, coverage limits, effective dates, and insurer contact information. The United States Trustee must be listed as a party to receive notice of cancellation.

Immediately after the bankruptcy is filed, the Debtor must close all existing bank accounts and open new Debtor in Possession (DIP) accounts at a financial institution insured by the FDIC. These accounts must be properly designated as DIP accounts and include a separate account for payroll and tax obligations. If the aggregate balances exceed FDIC insurance limits, the Debtor must coordinate with the United States Trustee to ensure compliance with Bankruptcy Code section 345 regarding collateralization of funds. The Debtor must also close its pre-petition books and records as of the filing date and establish new books to reflect post-petition operations. These new records must clearly distinguish between pre- and post-petition activity and be maintained in a complete and accurate manner throughout the pendency of the chapter 11 case.

The Debtor is required to file Monthly Operating Reports (MORs) using the standardized UST Form 11-MOR for each calendar month from the petition date through confirmation, dismissal, or conversion of the case. These reports must be timely filed and accurately completed.

The full U.S. Trustee operating guidelines, including a list of approved banks for the DIP account, are enclosed hereto as Exhibit C. Failure to comply with these guidelines may result in dismissal or conversion of the case.

**C. Certain Bankruptcy Code Requirements**

1. **Employment of Professionals.** The Debtor's employment of professional persons, including any attorney, accountant, appraiser, auctioneer or other professional person, is subject to court approval. Failure to obtain such approval may result in the professional person not being allowed to be compensated by the estate. Please contact me if you have any doubt whether a particular person or entity the Debtor desires to employ is a professional person.

2. **Use, Sale or Lease of Property of the Estate.** The Debtor must obtain court approval for any use, sale or lease of property of the estate outside of the ordinary course of the Debtor's business. The Debtor is permitted to operate its business in the ordinary course and to engage in such activities without court involvement to the extent that they are in the ordinary course of the Debtor's business. If there is any question with regard to what is or isn't in the ordinary course of the Debtor's business, please contact me.

3. **Use of Cash Collateral.** The Debtor may not use any "cash collateral," including generally, proceeds, products, offspring, rents and profits of property subject to security interests, without the secured creditor's consent or, if consent is refused, authorization of the bankruptcy court.

4. **Obtaining Credit.** The Debtor may not obtain credit or incur unsecured debt other than in the ordinary course of business without prior court authorization. The obtaining of secured debt or the incurring of debt with priority over certain administrative expenses can only be accomplished with court authorization.

5. **Executory Contracts and Unexpired Leases.** The Bankruptcy Code provides the Debtor with the power to assume, assign or reject executory contracts and unexpired leases if the Debtor can meet the necessary requirements. With respect to all nonresidential real property leases under which the Debtor is the lessee, the Debtor must bring a motion to assume such leases within 120 days after the filing of the petition or within such additional time as the court, for cause, extends, but not more than an additional ninety (90) days unless the lessor agrees in writing. Failure to take timely action to assume such leases will result in the automatic rejection of such leases as a matter of law. We need a list of all nonresidential real property leases with respect to which the Debtor is the lessee. Other types of executory contracts can be assumed or rejected at any time until confirmation of a plan, unless the court sets an earlier deadline or the case is converted to chapter 7.

6. **Utility Service.** The Debtor may be required to furnish adequate assurance of payment to utilities in the form of a deposit or other security for service after the filing of the chapter 11 petition. Please let me know if the Debtor has any outstanding obligations to any utilities so that we can discuss this matter.

7. **Payment of Prepetition Unsecured Obligations.** Without special court authorization, the Debtor is prohibited from paying or otherwise honoring any prepetition unsecured obligations of the Debtor. These claims can only be satisfied through a plan of reorganization unless the court issues an order directing earlier payment. In the event that the Debtor's employees are not fully paid for services rendered during the payroll period immediately preceding the filing of the petition, we may be able to obtain court authorization to pay such employees to the extent that such payment is limited to amounts less than $10,950 per employee for services rendered within 180 days prior to the commencement of the chapter 11 case in order to avoid interruption of the Debtor's business operations and maintain necessary employee morale. However, authorization for the Debtor to make such payments would be at the discretion of the Court.

8. **Automatic Stay.** Upon the filing of the Debtor's chapter 11 petition, an automatic stay will go into effect, prohibiting the commencement or continuation of any judicial, administrative or other action or proceeding against the Debtor that was or could have been commenced before the commencement of the chapter 11 case, or to recover any claim against the Debtor that arose before the commencement of the case, without the Bankruptcy Court first such action by modifying or terminating the stay. Among other things, the automatic stay also prohibits any act to obtain possession of property of the estate or of property from the estate or to exercise

5

control over property of the estate, and any act to create, perfect, or enforce any lien against property of the estate. If you become aware of any party taking any action against the Debtor or the estate, without first bringing a motion in the Bankruptcy Court for relief from the automatic stay, please contact me.

## Conclusion

If you have any questions, comments or concerns regarding any of the above, please let me know. It is important that the Debtor comply, at all times, with all of the requirements of the Bankruptcy Rules, United States Trustee Guidelines, and the Bankruptcy Code. Failure to comply could result in the dismissal of the Debtor's chapter 11 case, the conversion of the case to a chapter 7 liquidation case, or the appointment of a trustee who would take control over the Debtor's assets and manage the Debtor's affairs. Please let us know if you require any assistance with regard to compiling the information and documentation required by the Bankruptcy Rules, the Bankruptcy Code, and the Office of the United States Trustee. If you have any questions, please do not hesitate to contact me.

Sincerely,

**SADEK LAW OFFICES, LLC**

Mike Assad
Attorney at Law

Enclosures

6

# Exhibit A

**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____ District of _____
(State)

Case number (*if known*): _____ Chapter _____

❑ Check if this is an
amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**

   _____

2. **All other names debtor used in the last 8 years**

   Include any assumed names, trade names, and *doing business as* names

   _____
   _____
   _____
   _____

3. **Debtor's federal Employer Identification Number (EIN)**

   __ __ – __ __ __ __ __ __ __

4. **Debtor's address**

   **Principal place of business**

   _____
   Number        Street

   _____

   _____
   City                        State      ZIP Code

   _____
   County

   **Mailing address, if different from principal place of business**

   _____
   Number        Street

   _____
   P.O. Box

   _____
   City                        State      ZIP Code

   **Location of principal assets, if different from principal place of business**

   _____
   Number        Street

   _____

   _____
   City                        State      ZIP Code

5. **Debtor's website (URL)**

   _____

Debtor _____     Case number *(if known)*_____
       Name

**6.  Type of debtor**

☐ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding  LLP)

☐ Other. Specify: _____

**7.  Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☐ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C.  NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

___  ___  ___  ___

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply:*

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☐ No

☐ Yes.  District _____  When _____  Case number _____
                                          MM / DD / YYYY

           District _____  When _____  Case number _____
                                          MM / DD / YYYY

Debtor _____    Case number *(if known)* _____
          Name

---

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

❏ No

❏ Yes.  Debtor _____    Relationship _____

District _____    When _____
                                                                                                      MM  /  DD  / YYYY

Case number, if known _____

---

**11. Why is the case filed in *this district*?**

*Check all that apply:*

❏ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

❏ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

❏ No

❏ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

❏ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

❏ It needs to be physically secured or protected from the weather.

❏ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

❏ Other _____

**Where is the property?** _____
                                          Number          Street

_____

_____    _____
City                                                                    State ZIP Code

**Is the property insured?**

❏ No

❏ Yes. Insurance agency _____

Contact name _____

Phone _____

---

◼ **Statistical and administrative information**

---

**13. Debtor's estimation of available funds**

*Check one:*

❏ Funds will be available for distribution to unsecured creditors.

❏ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

---

**14. Estimated number of creditors**

❏ 1-49
❏ 50-99
❏ 100-199
❏ 200-999

❏ 1,000-5,000
❏ 5,001-10,000
❏ 10,001-25,000

❏ 25,001-50,000
❏ 50,001-100,000
❏ More than 100,000

---

Debtor _____    Case number (*if known*)_____
        Name

| | | | |
|---|---|---|---|
| **15. Estimated assets** | ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |
| **16. Estimated liabilities** | ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
             MM  / DD / YYYY

✗ _____         _____
Signature of authorized representative of debtor         Printed name

Title _____

**18. Signature of attorney**

✗ _____         Date  _____
Signature of attorney for debtor                              MM    / DD  / YYYY

_____
Printed name

_____
Firm name

_____
Number        Street

_____    _____    _____
City                                          State       ZIP Code

_____          _____
Contact phone                               Email address

_____    _____
Bar number                                    State

**Fill in this information to identify the case:**

Debtor name _____

United States Bankruptcy Court for the: _____ District of _____
                                                                                (State)

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | | | | | | | |
| 2 | | | | | | | |
| 3 | | | | | | | |
| 4 | | | | | | | |
| 5 | | | | | | | |
| 6 | | | | | | | |
| 7 | | | | | | | |
| 8 | | | | | | | |

Debtor _____    Case number *(if known)*_____
        Name

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | | | | | | | |
| 10 | | | | | | | |
| 11 | | | | | | | |
| 12 | | | | | | | |
| 13 | | | | | | | |
| 14 | | | | | | | |
| 15 | | | | | | | |
| 16 | | | | | | | |
| 17 | | | | | | | |
| 18 | | | | | | | |
| 19 | | | | | | | |
| 20 | | | | | | | |

# Exhibit B

**Fill in this information to identify the case:**

Debtor name _____

United States Bankruptcy Court for the:_____ District of _____
(State)

Case number (If known): _____

☐ Check if this is an
amended filing

## Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☐ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |

2. **Cash on hand**                                                                                            $_____

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- |
| 3.1. _____ | _____ | ____ ____ ____ ____ | $_____ |
| 3.2. _____ | _____ | ____ ____ ____ ____ | $_____ |

4. **Other cash equivalents** *(Identify all)*

   4.1. _____          $_____
   4.2. _____          $_____

5. **Total of Part 1**                                                                                         $_____

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| Part 2: | Deposits and prepayments |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.
   ☐ Yes. Fill in the information below.

|  | Current value of debtor's interest |
| --- | --- |

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit
   7.1. _____          $_____
   7.2. _____          $_____

Debtor _____    Case number (if known)_____
         Name

---

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

   Description, including name of holder of prepayment

   8.1._____    $_____

   8.2._____    $_____

9. **Total of Part 2.**

   Add lines 7 through 8. Copy the total to line 81.    $_____

---

**Part 3:    Accounts receivable**

10. **Does the debtor have any accounts receivable?**

   ☐ No. Go to Part 4.

   ☐ Yes. Fill in the information below.

   | | Current value of debtor's interest |
   |---|---|

11. **Accounts receivable**

   11a. 90 days old or less:    _____ – _____ = ........➔    $_____
                                face amount          doubtful or uncollectible accounts

   11b. Over 90 days old:       _____ – _____ = ........➔    $_____
                                face amount          doubtful or uncollectible accounts

12. **Total of Part 3**

   Current value on lines 11a + 11b = line 12. Copy the total to line 82.    $_____

---

**Part 4:    Investments**

13. **Does the debtor own any investments?**

   ☐ No. Go to Part 5.

   ☐ Yes. Fill in the information below.

   | | Valuation method used for current value | Current value of debtor's interest |
   |---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**

   Name of fund or stock:

   14.1. _____    _____    $_____

   14.2. _____    _____    $_____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

   Name of entity:                                   % of ownership:

   15.1. _____    _____%    _____    $_____

   15.2._____    _____%    _____    $_____

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

   Describe:

   16.1._____    _____    $_____

   16.2._____    _____    $_____

17. **Total of Part 4**

   Add lines 14 through 16. Copy the total to line 83.    $_____

---

Debtor _____    Case number *(if known)* _____
        Name

---

## Part 5:   Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

    ☐ No. Go to Part 6.

    ☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** <br> _____ | _____ <br> MM / DD / YYYY | $_____ | _____ | $_____ |
| 20. **Work in progress** <br> _____ | _____ <br> MM / DD / YYYY | $_____ | _____ | $_____ |
| 21. **Finished goods, including goods held for resale** <br> _____ | _____ <br> MM / DD / YYYY | $_____ | _____ | $_____ |
| 22. **Other inventory or supplies** <br> _____ | _____ <br> MM / DD / YYYY | $_____ | _____ | $_____ |

23. **Total of Part 5**

    Add lines 19 through 22. Copy the total to line 84.

    $_____

24. **Is any of the property listed in Part 5 perishable?**

    ☐ No

    ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

    ☐ No

    ☐ Yes. Book value _____   Valuation method_____   Current value_____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

    ☐ No

    ☐ Yes

---

## Part 6:   Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

    ☐ No. Go to Part 7.

    ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** <br> _____ | $_____ | _____ | $_____ |
| 29. **Farm animals** *Examples:* Livestock, poultry, farm-raised fish <br> _____ | $_____ | _____ | $_____ |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) <br> _____ | $_____ | _____ | $_____ |
| 31. **Farm and fishing supplies, chemicals, and feed** <br> _____ | $_____ | _____ | $_____ |
| 32. **Other farming and fishing-related property not already listed in Part 6** <br> _____ | $_____ | _____ | $_____ |

Debtor _____    Case number *(if known)* _____
       Name

33. **Total of Part 6.**

    Add lines 28 through 32. Copy the total to line 85.

    $_____

34. **Is the debtor a member of an agricultural cooperative?**

    ☐ No

    ☐ Yes. Is any of the debtor's property stored at the cooperative?

       ☐ No

       ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

    ☐ No

    ☐ Yes. Book value $_____  Valuation method _____  Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

    ☐ No

    ☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

    ☐ No

    ☐ Yes

---

**Part 7:**  **Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

    ☐ No. Go to Part 8.

    ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| _____ | $_____ | _____ | $_____ |
| 40. **Office fixtures** | | | |
| _____ | $_____ | _____ | $_____ |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| _____ | $_____ | _____ | $_____ |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1_____ | $_____ | _____ | $_____ |
| 42.2_____ | $_____ | _____ | $_____ |
| 42.3_____ | $_____ | _____ | $_____ |

43. **Total of Part 7.**

    Add lines 39 through 42. Copy the total to line 86.

    $_____

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

    ☐ No

    ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

    ☐ No

    ☐ Yes

---

Debtor _____    Case number (if known)_____
          Name

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☐ Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| 47.1 _____ | $_____ | _____ | $_____ |
| 47.2 _____ | $_____ | _____ | $_____ |
| 47.3 _____ | $_____ | _____ | $_____ |
| 47.4 _____ | $_____ | _____ | $_____ |

48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

| 48.1 _____ | $_____ | _____ | $_____ |
| 48.2 _____ | $_____ | _____ | $_____ |

49. **Aircraft and accessories**

| 49.1 _____ | $_____ | _____ | $_____ |
| 49.2 _____ | $_____ | _____ | $_____ |

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| _____ | $_____ | _____ | $_____ |

51. **Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.

$_____

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No

☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☐ No

☐ Yes

Debtor _____    Case number *(if known)*_____
       Name

---

| **Part 9:** | **Real property** |
|---|---|

54. **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

☐ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1_____ | _____ | $_____ | _____ | $_____ |
| 55.2_____ | _____ | $_____ | _____ | $_____ |
| 55.3_____ | _____ | $_____ | _____ | $_____ |
| 55.4_____ | _____ | $_____ | _____ | $_____ |
| 55.5_____ | _____ | $_____ | _____ | $_____ |
| 55.6_____ | _____ | $_____ | _____ | $_____ |

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$_____

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

☐ No

☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☐ No

☐ Yes

---

| **Part 10:** | **Intangibles and intellectual property** |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets**<br>_____ | $_____ | _____ | $_____ |
| 61. **Internet domain names and websites**<br>_____ | $_____ | _____ | $_____ |
| 62. **Licenses, franchises, and royalties**<br>_____ | $_____ | _____ | $_____ |
| 63. **Customer lists, mailing lists, or other compilations**<br>_____ | $_____ | _____ | $_____ |
| 64. **Other intangibles, or intellectual property**<br>_____ | $_____ | _____ | $_____ |
| 65. **Goodwill**<br>_____ | $_____ | _____ | $_____ |

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$_____

---

Debtor _____     Case number *(if known)* _____
       Name

---

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?

   ☐ No

   ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

   ☐ No

   ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

   ☐ No

   ☐ Yes

**Part 11:   All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**

   Include all interests in executory contracts and unexpired leases not previously reported on this form.

   ☐ No. Go to Part 12.

   ☐ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

71. **Notes receivable**

   Description (include name of obligor)

   _____   _____ − _____ = ➡   $_____
                                     Total face amount   doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

   Description (for example, federal, state, local)

   _____   Tax year _____   $_____
   _____   Tax year _____   $_____
   _____   Tax year _____   $_____

73. **Interests in insurance policies or annuities**

   _____                         $_____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

   _____                         $_____

   Nature of claim        _____

   Amount requested       $_____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

   _____                         $_____

   Nature of claim        _____

   Amount requested       $_____

76. **Trusts, equitable or future interests in property**

   _____                         $_____

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

   _____                         $_____
   _____                         $_____

78. **Total of Part 11.**

   Add lines 71 through 77. Copy the total to line 90.               $_____

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

   ☐ No

   ☐ Yes

Debtor _____    Case number *(if known)*_____
         Name

| **Part 12:** | **Summary** |

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|

80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.*    $_____

81. **Deposits and prepayments.** *Copy line 9, Part 2.*    $_____

82. **Accounts receivable.** *Copy line 12, Part 3.*    $_____

83. **Investments.** *Copy line 17, Part 4.*    $_____

84. **Inventory.** *Copy line 23, Part 5.*    $_____

85. **Farming and fishing-related assets.** *Copy line 33, Part 6.*    $_____

86. **Office furniture, fixtures, and equipment; and collectibles.**
    *Copy line 43, Part 7.*    $_____

87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.*    $_____

88. **Real property.** *Copy line 56, Part 9. .* ...................................................➔    $_____

89. **Intangibles and intellectual property.** *Copy line 66, Part 10.*    $_____

90. **All other assets.** *Copy line 78, Part 11.*    **+** $_____

91. **Total.** Add lines 80 through 90 for each column............................. 91a.    $_____ **+** 91b. $_____

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ...........................................................    $_____

**Fill in this information to identify the case:**

Debtor name _____

United States Bankruptcy Court for the: _____ District of _____
(State)

Case number (If known): _____

☐ Check if this is an
amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☐ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|

**2.1**  Creditor's name

Describe debtor's property that is subject to a lien

$_____    $_____

Creditor's mailing address

Describe the lien

Creditor's email address, if known

Is the creditor an insider or related party?
☐ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

Date debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Do multiple creditors have an interest in the same property?
☐ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.

**2.2**  Creditor's name

Describe debtor's property that is subject to a lien

$_____    $_____

Creditor's mailing address

Describe the lien

Creditor's email address, if known

Is the creditor an insider or related party?
☐ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

Date debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Do multiple creditors have an interest in the same property?
☐ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines ____

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**          $_____

**Fill in this information to identify the case:**

Debtor _____

United States Bankruptcy Court for the: _____ District of _____
(State)

Case number _____
(If known)

☐ Check if this is an
amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B*)* and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☐ No. Go to Part 2.
   ☐ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** | **Priority creditor's name and mailing address** _____ _____ _____ | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $_____ $_____ |
| | **Date or dates debt was incurred** _____ | **Basis for the claim:** _____ | |
| | **Last 4 digits of account number** ___ ___ ___ ___ | **Is the claim subject to offset?** ☐ No ☐ Yes | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____) | | |

| | | | |
|---|---|---|---|
| **2.2** | **Priority creditor's name and mailing address** _____ _____ _____ | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $_____ $_____ |
| | **Date or dates debt was incurred** _____ | **Basis for the claim:** _____ | |
| | **Last 4 digits of account number** ___ ___ ___ ___ | **Is the claim subject to offset?** ☐ No ☐ Yes | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____) | | |

| | | | |
|---|---|---|---|
| **2.3** | **Priority creditor's name and mailing address** _____ _____ _____ | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $_____ $_____ |
| | **Date or dates debt was incurred** _____ | **Basis for the claim:** _____ | |
| | **Last 4 digits of account number** ___ ___ ___ ___ | **Is the claim subject to offset?** ☐ No ☐ Yes | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____) | | |

Debtor _____   Case number _(if known)_ _____
    Name

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|

**3.1** Nonpriority creditor's name and mailing address

_____

_____

_____

_____

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$_____

Date or dates debt was incurred   _____

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number   __ __ __ __

---

**3.2** Nonpriority creditor's name and mailing address

_____

_____

_____

_____

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$_____

Date or dates debt was incurred   _____

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number   __ __ __ __

---

**3.3** Nonpriority creditor's name and mailing address

_____

_____

_____

_____

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$_____

Date or dates debt was incurred   _____

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number   __ __ __ __

---

**3.4** Nonpriority creditor's name and mailing address

_____

_____

_____

_____

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$_____

Date or dates debt was incurred   _____

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number   __ __ __ __

---

**3.5** Nonpriority creditor's name and mailing address

_____

_____

_____

_____

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$_____

Date or dates debt was incurred   _____

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number   __ __ __ __

---

**3.6** Nonpriority creditor's name and mailing address

_____

_____

_____

_____

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$_____

Date or dates debt was incurred   _____

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number   __ __ __ __

---

Official Form 206E/F                **Schedule E/F: Creditors Who Have Unsecured Claims**                page __ of __

**Fill in this information to identify the case:**

Debtor name _____

United States Bankruptcy Court for the: _____ District of _____
(State)

Case number (If known): _____ Chapter _____

☐ Check if this is an
amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases

12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☐ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | |
| **2.2** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | |
| **2.3** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | |
| **2.4** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | |
| **2.5** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | |

☐ Check if this is an
amended filing

**Fill in this information to identify the case:**

Debtor name _____

United States Bankruptcy Court for the: _____ District of _____
(State)

Case number (If known): _____

Official Form 206H
_____

## Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach
the Additional Page to this page.

1. **Does the debtor have any codebtors?**
   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
   ☐ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
   creditors, _Schedules D-G._** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each
   schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.1 _____ | Street _____<br>_____<br>City    State    ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.2 _____ | Street _____<br>_____<br>City    State    ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.3 _____ | Street _____<br>_____<br>City    State    ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.4 _____ | Street _____<br>_____<br>City    State    ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.5 _____ | Street _____<br>_____<br>City    State    ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.6 _____ | Street _____<br>_____<br>City    State    ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |

**Fill in this information to identify the case:**

Debtor name  _____

United States Bankruptcy Court for the:  _____  District of _____
                                                                                    (State)

Case number (If known):  _____

☐ Check if this is an
   amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy      04/25

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

| **Part 1:** | **Income** |
| --- | --- |

1. **Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
| --- | --- | --- | --- | --- |
| **From the beginning of the fiscal year to filing date:** | From _____ <br> MM / DD / YYYY | to   Filing date | ☐ Operating a business <br> ☐ Other _____ | $_____ |
| **For prior year:** | From _____ <br> MM / DD / YYYY | to _____ <br> MM / DD / YYYY | ☐ Operating a business <br> ☐ Other _____ | $_____ |
| **For the year before that:** | From _____ <br> MM / DD / YYYY | to _____ <br> MM / DD / YYYY | ☐ Operating a business <br> ☐ Other _____ | $_____ |

2. **Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☐ None

| | | | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
| --- | --- | --- | --- | --- |
| **From the beginning of the fiscal year to filing date:** | From _____ <br> MM / DD / YYYY | to   Filing date | _____ | $_____ |
| **For prior year:** | From _____ <br> MM / DD / YYYY | to _____ <br> MM / DD / YYYY | _____ | $_____ |
| **For the year before that:** | From _____ <br> MM / DD / YYYY | to _____ <br> MM / DD / YYYY | _____ | $_____ |

Debtor _____    Case number *(if known)*_____

 Name

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---|---|

**3. Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

❑ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | _____<br>Creditor's name<br>_____<br>Street<br>_____<br>_____<br>City          State      ZIP Code | _____<br><br>_____<br><br>_____ | $_____ | ❑ Secured debt<br>❑ Unsecured loan repayments<br>❑ Suppliers or vendors<br>❑ Services<br>❑ Other _____ |
| 3.2. | _____<br>Creditor's name<br>_____<br>Street<br>_____<br>_____<br>City          State      ZIP Code | _____<br><br>_____<br><br>_____ | $_____ | ❑ Secured debt<br>❑ Unsecured loan repayments<br>❑ Suppliers or vendors<br>❑ Services<br>❑ Other _____ |

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

❑ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | _____<br>Insider's name<br>_____<br>Street<br>_____<br>_____<br>City          State      ZIP Code<br><br>**Relationship to debtor**<br>_____ | _____<br><br>_____<br><br>_____ | $_____ | _____<br><br>_____<br><br>_____ |
| 4.2. | _____<br>Insider's name<br>_____<br>Street<br>_____<br>_____<br>City          State      ZIP Code<br><br>**Relationship to debtor**<br>_____ | _____<br><br>_____<br><br>_____ | $_____ | _____<br><br>_____<br><br>_____ |

Debtor _____     Case number *(if known)*_____
       Name

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☐ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|
| 5.1. | | | |
| Creditor's name | _____ | _____ | $_____ |
| Street | _____ | | |
| | _____ | | |
| City          State          ZIP Code | | | |
| 5.2. | | | |
| Creditor's name | _____ | _____ | $_____ |
| Street | _____ | | |
| | _____ | | |
| City          State          ZIP Code | | | |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☐ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| Creditor's name | _____ | _____ | $_____ |
| Street | | | |
| City          State          ZIP Code | Last 4 digits of account number: XXXX– __ __ __ __ | | |

---

**Part 3:**   **Legal Actions or Assignments**

---

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. | | | ☐ Pending |
| _____ | _____ | Name | ☐ On appeal |
| **Case number** | | Street | ☐ Concluded |
| _____ | | City          State          ZIP Code | |
| **Case title** | | **Court or agency's name and address** | ☐ Pending |
| 7.2. _____ | _____ | Name | ☐ On appeal |
| **Case number** | | Street | ☐ Concluded |
| _____ | | City          State          ZIP Code | |

Debtor _____    Case number *(if known)* _____
        Name

---

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☐ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| | _____ | $_____ |
| Custodian's name | | |
| | **Case title** | **Court name and address** |
| Street | | |
| | _____ | Name |
| City          State        ZIP Code | **Case number** | Street |
| | | |
| | _____ | City          State          ZIP Code |
| | **Date of order or assignment** | |
| | _____ | |

---

## Part 4:    Certain Gifts and Charitable Contributions

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☐ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| **9.1.** Recipient's name | _____ | _____ | $_____ |
| Street | _____ | | |
| City          State        ZIP Code | | | |
| **Recipient's relationship to debtor** | | | |
| _____ | | | |
| **9.2.** Recipient's name | _____ | _____ | $_____ |
| Street | _____ | | |
| City          State        ZIP Code | | | |
| **Recipient's relationship to debtor** | | | |
| _____ | | | |

---

## Part 5:    Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Date of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | | |
| _____ | _____ | _____ | $_____ |

---

Debtor _____    Case number *(if known)*_____
        Name

---

| **Part 6:** | **Certain Payments or Transfers** |
|---|---|

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1. _____ | _____ | _____ | $_____ |
| **Address** _____ | _____ | | |
| Street _____ | | | |
| _____ | | | |
| City          State     ZIP Code | | | |
| **Email or website address** _____ | | | |
| **Who made the payment, if not debtor?** _____ | | | |

| Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.2. _____ | _____ | _____ | $_____ |
| **Address** _____ | _____ | | |
| Street _____ | | | |
| _____ | | | |
| City          State     ZIP Code | | | |
| **Email or website address** _____ | | | |
| **Who made the payment, if not debtor?** _____ | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☐ None

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| _____ | _____ | _____ | $_____ |
| **Trustee** _____ | _____ | | |

Debtor _____    Case number *(if known)* _____
          Name

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | _____ | _____  _____ | _____ | $_____ |
| | **Address** | | | |
| | _____ Street | | | |
| | _____ City          State      ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |
| 13.2. | Who received transfer? _____ | _____  _____ | _____ | $_____ |
| | **Address** | | | |
| | _____ Street | | | |
| | _____ City          State      ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |

**Part 7:    Previous Locations**

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy |
|---|---|---|
| 14.1. | _____ Street | From _____  To _____ |
| | _____ City          State      ZIP Code | |
| 14.2. | _____ Street | From _____  To _____ |
| | _____ City          State      ZIP Code | |

Debtor _____     Case number *(if known)*_____
　　　　　Name

---

| **Part 8:** | **Health Care Bankruptcies** |
| --- | --- |

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

— diagnosing or treating injury, deformity, or disease, or

— providing any surgical, psychiatric, drug treatment, or obstetric care?

☐ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
| --- | --- | --- |
| 15.1. _____<br>Facility name<br><br>_____<br>Street<br><br>_____<br>City　　　State　　ZIP Code | _____<br>_____<br><br>**Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider.<br>_____<br>_____ | <br><br>**How are records kept?**<br><br>*Check all that apply:*<br>☐ Electronically<br>☐ Paper |
| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
| 15.2. _____<br>Facility name<br><br>_____<br>Street<br><br>_____<br>City　　　State　　ZIP Code | _____<br>_____<br><br>**Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider.<br>_____<br>_____ | <br><br>**How are records kept?**<br><br>*Check all that apply:*<br>☐ Electronically<br>☐ Paper |

---

| **Part 9:** | **Personally Identifiable Information** |
| --- | --- |

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.

☐ Yes. State the nature of the information collected and retained. _____

　　　　Does the debtor have a privacy policy about that information?

　　　　☐ No

　　　　☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.

　Yes. Does the debtor serve as plan administrator?

　　☐ No. Go to Part 10.

　　☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
| --- | --- |
| _____ | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___ |

　　Has the plan been terminated?

　　☐ No

　　☐ Yes

Debtor _____     Case number *(if known)*_____
          Name

---

**Part 10:**    **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | Name<br>Street<br>City    State    ZIP Code | XXXX–___ ___ ___ ___ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |
| 18.2. | Name<br>Street<br>City    State    ZIP Code | XXXX–___ ___ ___ ___ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☐ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| Name<br>Street<br>City    State    ZIP Code | _____<br>_____<br><br>**Address**<br>_____<br>_____ | _____<br>_____ | ☐ No<br>☐ Yes |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| Name<br>Street<br>City    State    ZIP Code | _____<br>_____<br><br>**Address**<br>_____ | _____<br>_____ | ☐ No<br>☐ Yes |

---

Debtor _____    Case number *(if known)*_____
　　　　　Name

---

| **Part 11:** | **Property the Debtor Holds or Controls That the Debtor Does Not Own** |
|---|---|

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| | | | $_____ |
| Name | _____ | _____ | |
| Street | _____ | _____ | |
| _____ | | | |
| City　　　State　　ZIP Code | | | |

---

| **Part 12:** | **Details About Environmental Information** |
|---|---|

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☐ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| _____ | | _____ | ☐ Pending |
| **Case number** | Name | _____ | ☐ On appeal |
| _____ | Street | | ☐ Concluded |
| | City　　　State　　ZIP Code | | |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☐ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | _____ | _____ |
| Name | Name | _____ | |
| Street | Street | | |
| City　　　State　　ZIP Code | City　　　State　　ZIP Code | | |

---

Debtor _____    Case number (if known)_____
       Name

---

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☐ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | _____ | _____ |
| Street | Street | _____ | |
| City State ZIP Code | City State ZIP Code | _____ | |

---

| **Part 13:** | **Details About the Debtor's Business or Connections to Any Business** |
|---|---|

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| | Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|---|
| 25.1. | Name<br><br>Street<br><br>City State ZIP Code | _____<br>_____<br>_____ | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___<br>**Dates business existed**<br><br>From _____  To _____ |
| 25.2. | Name<br><br>Street<br><br>City State ZIP Code | _____<br>_____<br>_____ | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___<br>**Dates business existed**<br><br>From _____  To _____ |
| 25.3. | Name<br><br>Street<br><br>City State ZIP Code | _____<br>_____<br>_____ | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___<br>**Dates business existed**<br><br>From _____  To _____ |

---

Debtor _____     Case number (if known)_____
       Name

---

### 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| **26a.1.** | From _____ To _____ |
| Name | |
| Street | |
| City      State      ZIP Code | |

| Name and address | Dates of service |
|---|---|
| **26a.2.** | From _____ To _____ |
| Name | |
| Street | |
| City      State      ZIP Code | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| **26b.1.** | From _____ To _____ |
| Name | |
| Street | |
| City      State      ZIP Code | |

| Name and address | Dates of service |
|---|---|
| **26b.2.** | From _____ To _____ |
| Name | |
| Street | |
| City      State      ZIP Code | |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| **26c.1.** | |
| Name | |
| Street | |
| City      State      ZIP Code | |

Debtor _____    Case number *(if known)*_____
          Name

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.2. | |
| Name | _____ |
| Street | _____ |
| | _____ |
| City                          State          ZIP Code | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1. |
| Name |
| Street |
| |
| City                          State          ZIP Code |

| Name and address |
|---|
| 26d.2. |
| Name |
| Street |
| |
| City                          State          ZIP Code |

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |

| Name and address of the person who has possession of inventory records |
|---|
| 27.1. |
| Name |
| Street |
| |
| City                          State          ZIP Code |

Debtor _____    Case number (*if known*)_____
　　　　　　Name

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |

| Name and address of the person who has possession of inventory records |
|---|

27.2.
Name _____

Street _____

City _____ State _____ ZIP Code _____

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**
- ☐ No
- ☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| _____ | _____ | _____ | From _____ To _____ |
| _____ | _____ | _____ | From _____ To _____ |
| _____ | _____ | _____ | From _____ To _____ |
| _____ | _____ | _____ | From _____ To _____ |

30. **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?
- ☐ No
- ☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. | | | |
| Name _____ | _____ | _____ | _____ |
| Street _____ | | _____ | |
| City _____ State _____ ZIP Code _____ | | _____ | |
| Relationship to debtor | | | |
| _____ | | _____ | |

Debtor _____    Case number *(if known)*_____
　　　　　　Name

| Name and address of recipient | | | |
|---|---|---|---|
| 30.2 | | _____ _____ _____ | |
| | Name _____ | _____ | |
| | Street _____ | _____ | |
| | _____ | | |
| | City _____ State ____ ZIP Code ____ | _____ | |
| | **Relationship to debtor** | _____ | |
| | _____ | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☐ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| _____ | EIN:  ___  ___  –  ___  ___  ___  ___  ___  ___ |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☐ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| _____ | EIN:  ___  ___  –  ___  ___  ___  ___  ___  ___ |

## Part 14:　Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  _____
　　　　　　MM  /  DD  /  YYYY

✗ _____      Printed name _____
　　Signature of individual signing on behalf of the debtor

　　Position or relationship to debtor  _____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☐　No

☐　Yes

# Exhibit C



**U.S. Department of Justice**
Office of the United States Trustee

*District of Delaware;*
*District of New Jersey;*
*Eastern, Middle, and Western Districts of Pennsylvania*

| IN RE: | CHAPTER 11 |
|---|---|
| Debtor(s). | CASE NO. |

### OPERATING GUIDELINES FOR SMALL BUSINESS CHAPTER 11 CASES AS DEFINED UNDER 11 U.S.C §101(51D) AND SUBCHAPTER V DEBTORS UNDER 11 U.S.C. § 1182(1)(A)

The United States Trustee is required to supervise the administration of chapter 11 cases pursuant to 28 U.S.C. §586(a)(3). These operating guidelines and reporting requirements for chapter 11 small business and subchapter V cases must be followed so that the United States Trustee can properly supervise the administration of this case. <u>Accordingly, the debtor's failure to comply with the operating and/or</u> <u>reporting requirements set forth below may result in the dismissal or conversion of this case to a</u> <u>case under chapter 7 of the Bankruptcy Code.</u>

The United States Trustee reserves the right to modify these guidelines from time to time. Any request for a waiver of any requirement must be in writing stating the reasons for the request. The United States Trustee will determine whether a waiver should be granted or denied based upon the circumstances of the case.

### 1.    <u>Books and Records</u>

The debtor's books and records must be closed as of the petition filing date. New books and records must be set up to reflect post-petition business.

### 2.    <u>Bank Accounts</u>

Upon the filing of the petition, the debtor must immediately close all of its existing bank accounts and open new bank accounts which must be (i) designated as debtor in possession accounts ("DIP Accounts") and (ii) maintained subject to the following conditions:

    a.  <u>All</u> money of the bankruptcy estate must be deposited in the DIP Accounts, provided that (i) one DIP Account shall be maintained solely for the purpose of setting aside estate monies required for the payment of taxes, including, but not limited to, federal, state, local and payroll taxes, and (ii) the debtor must maintain a separate DIP Account for cash collateral in accordance with Section 363(c)(4) of the Bankruptcy Code.

Revised: 6/21/2021

b.  All DIP Accounts must be maintained with financial institutions whose deposits are insured by the Federal Deposit Insurance Corporation (FDIC). If the aggregate DIP Account balances with any one financial institution are expected to exceed the current FDIC insurance limits of $250,000.00 per depositor, the debtor must immediately contact the United States Trustee to discuss how the debtor plans to comply with the Bankruptcy Code Section 345 requirement concerning the collateralization of uninsured deposits.

c.  The debtor must serve copies of all monthly bank statements on the United States Trustee within 15 days of receipt from the bank.

**3.    Maintenance and Proof of Insurance**

The debtor is required to maintain the following insurance coverage, as appropriate: general comprehensive liability; property loss from fire, theft, water, or other extended coverage; workers' compensation; vehicle, products liability; fidelity bonds for employees; and such other coverage as is customary in the debtor's business.

Within 15 days after the filing of the petition, the debtor shall provide to the United States Trustee proof of its insurance coverage. Such proof of coverage shall consist of certificates of insurance or other verified documents showing that each policy of insurance required for the estate is in full force and effect, and shall disclose the type and extent of coverage, effective dates, name of insurance carrier, and name, address, and telephone number of agent. The debtor is responsible for including the address of the United States Trustee on the cancellation notice for each insurance policy. Upon the expiration or other termination of any coverage, the debtor shall immediately provide the United States Trustee with proof of replacement coverage.

**4.    Taxes**

All tax returns and reports for post-petition obligations shall be timely filed and accompanied by payment in full of any liability. Such taxes include, but are not limited to, federal and state payroll withholding taxes, FICA taxes, federal and state unemployment insurance, real property taxes, and sales and use taxes. The debtor shall timely deposit sufficient funds in the DIP tax account to pay any payroll tax liability. The debtor shall timely file all pre-petition tax returns, but shall not pay the tax due.

**5.    Reporting Requirements**

**Small business debtors as defined under 11 U.S.C. § 101(51D)** and **Subchapter V debtors as defined under 11 U.S.C. § 1182(1)(A)** should use Official Form 425C for pre-confirmation monthly reporting. Official Form 425C may be found at **https://www.uscourts.gov/forms/bankruptcy-forms**. Pursuant to FRBP 2015(a)(6), a trustee or debtor in possession shall, in a chapter 11 small business case, unless the court, for cause, sets another reporting interval, file and transmit to the United States Trustee for each calendar month after the order for relief. If the order for relief is within the first 15 days of a calendar month, a report shall be filed for the portion of the month that follows the order for relief. If the order for relief is after the 15th day of a calendar month, the period for the remainder of the month shall be included in the report for the next calendar month. Each report shall be filed no later than 21 days

Revised: 6/21/2021

after the last day of the calendar month following the month covered by the report. The obligation to file reports under this subparagraph terminates on the effective date of the plan, or conversion or dismissal of the case.

For post-confirmation quarterly reporting, small business debtors as defined by 11 U.S.C. § 101(51D) must file a Post-Confirmation Quarterly Summary Report. **Subchapter V debtors under 11 U.S.C. § 1182(1)(A) are not required to file post-confirmation reports.**

Reporting forms attached to these Operating Guidelines will be discussed at the Initial Debtor Interview, as applicable.

### 6.    United States Trustee Quarterly Fees

#### A.    PRE-CONFIRMATION

The quarterly fee is calculated by totaling the reported disbursements for the three- month calendar quarter, or portion thereof, according to the fee schedules shown below.[1] The quarterly fee amount will be estimated if disbursements for all of the months of a calendar quarter that the case is open have not been reported to the United States Trustee. The estimated fee is based on: a) the reported disbursement history, b) the debtor's initial financial data submitted when the case was filed, or c) the United States Trustee's estimate. If there is a disagreement with the estimated quarterly fee noted on the billing statement, then Monthly Operating Reports or actual disbursement reports supporting a different calculation must be filed with the bankruptcy court and served on the United States Trustee office. The applicable minimum fee is due even if there were no disbursements during a calendar quarter. The fee is not prorated.

| TOTAL QUARTERLY DISBURSEMENTS | QUARTERLY FEE |
|---|---|
| $0 to $62,624 | $250 |
| $62,625 to $999,999 | 0.4% of quarterly disbursements |
| $1,000,000 to $31,249,937 | 0.8% of quarterly disbursements |
| $31,249,938 or more | $250,000 |

Quarterly fees are due no later than one month following the end of each calendar quarter. Failure to pay quarterly fees may result in the conversion or dismissal of the case. Payment of that quarter's fees and any past due fees and interest, if applicable, must be made before the effective date of a confirmed plan of reorganization and quarterly fees will continue to accrue until the case is converted, dismissed, or closed. Failure to pay these fees may result in a motion by the United States Trustee to convert the case to a chapter 7 case.

A "Chapter 11 Quarterly Fee Statement" from the United States Trustee Program is mailed to the debtor or other designated party for each calendar quarter before the payment due date. Chapter 11 quarterly fees may be paid online at **https://www.pay.gov/public/form/start/672415208** or by mailing the tear off portion of the statement and a check, made payable to "United States Trustee".

---

[1] The Fee Schedule may also be found at: https://www.justice.gov/ust/chapter-11-quarterly-fees.

Revised: 6/21/2021

**The address to use to mail quarterly fee payments is:**

> United States Trustee Payment Center
> P.O. Box 6200-19
> Portland, OR 97228-6200

**The address to use for overnight delivery is:**

> U.S. Bank
> Attn: Government Lockbox – U.S. Trustee Payment Center 6200-19
> 17650 N.E. Sandy Blvd.
> Portland, OR 97230-5000

**The addresses shown above are a lockbox at a bank. Do not use these addresses for service of process, correspondence, or any purpose other than paying quarterly fees. Any other correspondence or documents sent to the lockbox other than the payment form will be destroyed.**

**Each quarterly fee must be timely paid. Failure to receive a "Chapter 11 Quarterly Fee Statement" from the United States Trustee Program does not excuse timely payment. Failure to pay the quarterly fee is cause for conversion or dismissal of the chapter 11 case pursuant to 11 U.S.C. § 1112.**

## NOTICE TO DEBTORS MAKING PAYMENT BY CHECK

Payment of the quarterly fee by check will be converted to an electronic funds transfer ("EFT"). This means we will copy your check and use the account information on it to electronically debit your account for the amount of the check. The debit from your account will usually occur within 24 hours and will be shown on your regular account statement.

Your original check will not be returned. We will destroy the original check, but we will keep the copy of it. If the EFT cannot be processed for technical reasons, you authorize us to process the copy in place of your original check. If the EFT cannot be completed because of insufficient funds, we may try to make a transfer up to two (2) times.

### B. POST-CONFIRMATION

On January 26, 1996, Congress enacted Public Law 104-99, which extended the accrual of quarterly fees beyond confirmation until a case is converted, dismissed, or closed. The required remittance is based on all disbursements made by the debtor during each quarter. The fee schedule set forth above equally applies to post-confirmation disbursements.

Revised: 6/21/2021

For small business debtors as defined under 11 U.S.C. § 101(51D), after a plan's effective date, the "Post-Confirmation Quarterly Summary Report" referenced in the "Reporting Requirements" section herein allows the United States Trustee to monitor the appropriate receipt of quarterly fees after confirmation. **Subchapter V debtors as defined under 11 U.S.C. § 1182(1)(A) are not required to pay quarterly fees, and thus are not required to file post-confirmation reports.**

### C.   <u>NOTICE OF INTEREST ASSESSMENT</u>

Pursuant to 31 U.S.C. §3717 the United States Trustee Program assesses interest on unpaid chapter 11 quarterly fees charged in accordance with 28 U.S.C. §1930(a)(6). Interest assessed on past due amounts will appear on the quarterly statements mailed to debtors. The interest rate charged is the rate in effect as determined by the Treasury Department at the time the chapter 11 account becomes past due. If payment of the full past due amount is received within 30 days of the date of the notice of the initial interest assessment, the interest will be waived.

<u>**FAILURE TO PAY THE QUARTERLY FEE IS CAUSE FOR CONVERSION OR DISMISSAL OF A CHAPTER 11 CASE, PURSUANT TO 11 U.S.C. §1112**</u>

# NOTICE

**DISCLOSURE OF INTENT TO USE TAXPAYER IDENTIFYING NUMBER FOR THE PURPOSE OF COLLECTING AND REPORTING DELINQUENT QUARTERLY FEES OWED TO THE UNITED STATES TRUSTEE PURSUANT TO 28 U.S.C. §1930(a)(6)**

Please be advised that, pursuant to the Debt Collection Improvement Act of 1996, Public Law 104-134, Title III, §31001(i)(3)(A), 110 Stat. 1321-365, codified at 31 U.S.C. §3701, the United States Trustee intends to use the debtor's Taxpayer Identifying Number ("TIN"), as reported by the debtor or debtor's counsel in connection with the chapter 11 bankruptcy proceedings, for the purpose of collecting and reporting on any delinquent debt, including chapter 11 quarterly fees, that are owed to the United States Trustee.

The United States Trustee will provide the debtor's TIN to the Department of Treasury for its use in attempting to collect overdue debts. Treasury may take the following steps: (1) submit the debt to the Internal Revenue Service Offset Program so that the amount owed may be deducted from any payment made by the federal government to the debtor, including but not limited to tax refunds; (2) report the delinquency to credit reporting agencies; (3) send collection notices to the debtor; (4) engage private collection agencies to collect the debt; and (5) engage the United States Attorney's office to sue for collection. Collection costs will be added to the total amount of the debt.

Revised: 6/21/2021

7.      **Pre-Petition and Post-Petition Debt**

The debtor may not pay any pre-petition obligations unless authorized by the Bankruptcy Code or by Court order. The debtor must pay all obligations arising out of its operations after the filing of the petition in full when due.

8.      **Sale of Estate Property and Incurring Debt**

The debtor must obtain prior approval of the Court to use, sell, or lease property of the estate, except in the ordinary course of business. The debtor may not use cash collateral, as defined by 11 U.S.C. §363(a), without the consent of the secured creditor or approval by the Court.

The debtor must obtain Court approval before it may incur unsecured or secured debt other than in the ordinary course of business.

9.      **Employment and Compensation of Professionals**

The employment of professionals (including, but not limited to lawyers, accountants, appraisers, or auctioneers) must be approved by the Court 11 U.S.C. §327. Generally, professionals will not be compensated for services rendered prior to Court approval. No payments may be made to such professionals without Court authorization after notice to creditors and a hearing 11 U.S.C. §330. A corporate debtor must be represented by an attorney; such debtor may not appear *pro se* (i.e., self-represented).

10.     **Change of Address or Telephone Number**

The debtor must notify the United States Trustee and the Bankruptcy Court in writing of any change of address or telephone number within 10 days of the change.

6

Revised: 6/21/2021

**Fill in this information to identify the case:**

Debtor Name _____

United States Bankruptcy Court for the: _____ District of _____

Case number: _____

☐ Check if this is an
amended filing

Official Form 425C

# Monthly Operating Report for Small Business Under Chapter 11                    12/17

Month: _____

Line of business: _____

Date report filed: _____
MM / DD / YYYY

NAISC code: _____

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury
that I have examined the following small business monthly operating report and the accompanying
attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party: _____

Original signature of responsible party _____

Printed name of responsible party _____

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

**If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.**

|  |  | Yes | No | N/A |
|---|---|---|---|---|
| 1. | Did the business operate during the entire reporting period? | ☐ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☐ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☐ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☐ | ☐ | ☐ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☐ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☐ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☐ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☐ | ☐ |
| 9. | Have you timely paid all of your insurance premiums? | ☐ | ☐ | ☐ |

**If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.**

|  |  | Yes | No | N/A |
|---|---|---|---|---|
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☐ | ☐ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☐ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☐ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☐ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☐ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☐ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☐ | ☐ |

Debtor Name _____    Case number_____

17. Have you paid any bills you owed before you filed bankruptcy?    ❏    ❏    ❏

18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?    ❏    ❏    ❏

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

    This amount must equal what you reported as the cash on hand at the end of the month in the previous
    month. If this is your first report, report the total cash on hand as of the date of the filing of this case.    $ _____

20. **Total cash receipts**

    Attach a listing of all cash received for the month and label it *Exhibit C*. Include all
    cash received even if you have not deposited it at the bank, collections on
    receivables, credit card deposits, cash received from other parties, or loans, gifts, or
    payments made by other parties on your behalf. Do not attach bank statements in
    lieu of *Exhibit C*.

    Report the total from *Exhibit C* here.    $ _____

21. **Total cash disbursements**

    Attach a listing of all payments you made in the month and label it *Exhibit D*. List the
    date paid, payee, purpose, and amount. Include all cash payments, debit card
    transactions, checks issued even if they have not cleared the bank, outstanding
    checks issued before the bankruptcy was filed that were allowed to clear this month,
    and payments made by other parties on your behalf. Do not attach bank statements
    in lieu of *Exhibit D*.

    Report the total from *Exhibit D* here.    − $ _____

22. **Net cash flow**

    Subtract line 21 from line 20 and report the result here.    + $ _____
    This amount may be different from what you may have calculated as *net profit*.

23. **Cash on hand at the end of the month**

    Add line 22 + line 19. Report the result here.    = $ _____

    Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

    This amount may not match your bank account balance because you may have outstanding checks that
    have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but
have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the
purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**    $ _____

    *(Exhibit E)*

Debtor Name _____     Case number_____

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy.  Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25.  **Total receivables**                                                                                       $ _____

     *(Exhibit F)*

## 5. Employees

26.  What was the number of employees when the case was filed?                                    _____

27.  What is the number of employees as of the date of this monthly report?                      _____

## 6. Professional Fees

28.  How much have you paid this month in professional fees related to this bankruptcy case?          $ _____

29.  How much have you paid in professional fees related to this bankruptcy case since the case was filed?   $ _____

30.  How much have you paid this month in other professional fees?                                       $ _____

31.  How much have you paid in total other professional fees since filing the case?                       $ _____

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | *Column A* | | *Column B* | | *Column C* |
|---|---|---|---|---|---|
|  | **Projected** | − | **Actual** | = | **Difference** |
|  | Copy lines 35-37 from the previous month's report. |  | Copy lines 20-22 of this report. |  | Subtract Column B from Column A. |
| 32.  **Cash receipts** | $ _____ | − | $ _____ | = | $ _____ |
| 33.  **Cash disbursements** | $ _____ | − | $ _____ | = | $ _____ |
| 34.  **Net cash flow** | $ _____ | − | $ _____ | = | $ _____ |

35.  Total projected cash receipts for the next month:                                                     $ _____

36.  Total projected cash disbursements for the next month:                                              − $ _____

37.  Total projected net cash flow for the next month:                                                     = $ _____

Debtor Name _____    Case number_____

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☐    38.  Bank statements for each open account (redact all but the last 4 digits of account numbers).

☐    39.  Bank reconciliation reports for each account.

☐    40.  Financial reports such as an income statement (profit & loss) and/or balance sheet.

☐    41.  Budget, projection, or forecast reports.

☐    42.  Project, job costing, or work-in-progress reports.

**OFFICE OF THE UNITED STATES TRUSTEE - REGION 3**
**POST-CONFIRMATION QUARTERLY SUMMARY REPORT**

**This Report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor.**

Debtor's Name:_____          Bank:_____

Bankruptcy Number:_____          Account Number:_____

Date of Confirmation:_____          Account Type:_____

Reporting Period (month/year):_____

       Beginning Cash Balance:                     $_____

All receipts received by the debtor:

       Cash Sales:                                      $_____

       Collection of Accounts Receivable:          $_____

       Proceeds from Litigation (settlement or otherwise):          $_____

       Sale of Debtor's Assets:                     $_____

       Capital Infusion pursuant to the Plan:          $_____

       Total of cash received:                     $_____

Total of cash available:                                      $_____

Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor:

       Disbursements made under the plan, excluding the administrative
          claims of bankruptcy professionals:          $_____

       Disbursements made pursuant to the administrative claims of
          bankruptcy professionals:                     $_____

       All other disbursements made in the ordinary course:          $_____

       Total Disbursements                          $_____

Ending Cash Balance                                      $_____

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct
to the best of my knowledge and belief.

_____          _____
Date                     Name/Title

Debtor:_____

Case Number:_____

11

| ASSETS | Month | Month |
|---|---|---|
| Cash (Unrestricted) | | |
| Cash (Restricted) | | |
| Accounts Receivable (Net) | | |
| Inventory | | |
| Notes Receivable | | |
| Prepaid Expenses | | |
| Other (Attach List) | | |
| Total Current Assets | | |
| **Property, Plant & Equipment** | | |
| Real Property & Improvements | | |
| Machinery & Equipment | | |
| Furniture, fixtures & Office Equipment | | |
| Vehicles | | |
| Leasehold Improvements | | |
| Less: Accumulated Depreciation/Depletion | | |
| Total Property, Plant & Equipment | | |
| Due from Affiliates & Insiders | | |
| Other (Attach List) | | |
| Total Assets | | |
| **Liabilities Not Subject to Compromise (Postpetition Liabilities)** | | |
| Accounts Payable | | |
| Taxes Payable | | |
| Notes Payable | | |
| Professional Fees | | |
| Secured Debt | | |
| Due to Affiliates & Insiders | | |
| Other (Attach List) | | |
| Total Postpetition Liabilities | | |
| **Liabilities Subject to Compromise (Pre-petition Liabilities)** | | |
| Secured Debt - Per Plan | | |
| Priority Debt - Per Plan | | |
| Unsecured Debt - Per Plan | | |
| Other (Attach List) - Per Plan | | |
| Total Pre-petition Liabilities | | |
| Total Liabilities | | |
| **Equity** | | |
| Common Stock | | |
| Retained Earnings (Deficit) | | |
| Total Equity (Deficit) | | |
| Total Liabilities & Owners' Equity | | |

# USTP Authorized Depository Institutions

**Date: 3/31/2025**

| USTP Region: | 3 |
|---|---|

| Districts: | **Eastern District of Pennsylvania, Middle District of Pennsylvania, Western District of Pennsylvania, District of New Jersey, District of Delaware** |
|---|---|

The following is a list of financial institutions that have been approved by the U.S. Trustee for the above region to serve as an authorized depository for the deposit of bankruptcy estate funds. This list is provided to assist Debtors in Possession, case trustees and other fiduciaries authorized to hold bankruptcy estate funds to comply with the requirements of section 345 of the Bankruptcy Code. Each financial institution listed has its own criteria for establishing accounts for requesting customers. There is no guarantee that the authorized depository will open an account for the deposit of bankruptcy estate funds or convert an existing bank account to a bankruptcy estate account. It is important to contact the specific bank to determine their individual requirements as to the opening of bankruptcy accounts.

| Name of Authorized Depository | Contact Information | All Districts | Individual Districts If Applicable |
|---|---|---|---|
| 1st Summit Bank | Contact Local Branch | Yes | |
| Amboy Bank | Contact Local Branch | Yes | |
| American Commercial Bank & Trust | Contact Local Branch | Yes | |

| Name of Authorized Depository | Contact Information | All Districts | Individual Districts If Applicable |
|---|---|---|---|
| Axos Bank | Contact Local Branch | Yes | |
| Banc of California | Contact Local Branch | Yes | |
| Banco Popular of Puerto Rico | Contact Local Branch | Yes | |
| Bank of America | Contact Local Branch | Yes | |
| Bank of New Hampshire | Contact Local Branch | Yes | |
| BMO Bank | Contact Local Branch | Yes | |
| BOKF, NA dba BOK Financial | Contact Local Branch | Yes | |

| Name of Authorized Depository | Contact Information | All Districts | Individual Districts If Applicable |
|---|---|---|---|
| Cadence Bank | Contact Local Branch | Yes | |
| Capital One | Contact Local Branch | Yes | |
| CIBC Bank | Contact Local Branch | Yes | |
| Citizens Bank | Contact Local Branch | Yes | |
| City National Bank | Contact Local Branch | Yes | |
| CNB Bank | Contact Local Branch | Yes | |
| Columbia Bank | Contact Local Branch | Yes | |
| Comerica Bank | Contact Local Branch | Yes | |

| Name of Authorized Depository | Contact Information | All Districts | Individual Districts If Applicable |
|---|---|---|---|
| Commerce Bank | Contact Local Branch | Yes | |
| Connect One Bank | Contact Local Branch | Yes | |
| Customers Bank | Contact Local Branch | Yes | |
| Dime Community Bank | Contact Local Branch | Yes | |
| East West Bank | Contact Local Branch | Yes | |
| Fifth Third Bank | Contact Local Branch | Yes | |
| First Citizens Bank & Trust Co | Contact Local Branch | Yes | |
| First Commenwealth Bank | Contact Local Branch | Yes | |

| Name of Authorized Depository | Contact Information | All Districts | Individual Districts If Applicable |
|---|---|---|---|
| First Hawaiian Bank | Contact Local Branch | Yes | |
| First Horizon Bank | Contact Local Branch | Yes | |
| First National Bank of Pennsylvania | Contact Local Branch | Yes | |
| First Resource Bank | Contact Local Branch | Yes | |
| First United Bank & Trust | Contact Local Branch | Yes | |
| Flagstar Bank | Contact Local Branch | Yes | |
| Genesis Bank | Contact Local Branch | Yes | |
| Great Southern Bank | Contact Local Branch | Yes | |

| Name of Authorized Depository | Contact Information | All Districts | Individual Districts If Applicable |
|---|---|---|---|
| Hanmi Bank | Contact Local Branch | Yes | |
| Huntington National Bank | Contact Local Branch | Yes | |
| JP Morgan Chase Bank | Contact Local Branch | Yes | |
| Key Bank National Association | Contact Local Branch | Yes | |
| Legends Bank | Contact Local Branch | Yes | |
| Metropolitan Commercial Bank | Contact Local Branch | Yes | |
| MidFirst Bank | Contact Local Branch | Yes | |
| NexTier Bank | Contact Local Branch | Yes | |

| Name of Authorized Depository | Contact Information | All Districts | Individual Districts If Applicable |
|---|---|---|---|
| Ocean First Bank | Contact Local Branch | Yes | |
| Orrstown Bank | Contact Local Branch | Yes | |
| Partners Bank of California | Contact Local Branch | Yes | |
| Pinnacle Bank | Contact Local Branch | Yes | |
| PNC Bank | Contact Local Branch | Yes | |
| Popular Bank | Contact Local Branch | Yes | |
| Prosperity Bank | Contact Local Branch | Yes | |
| Regions Bank | Contact Local Branch | Yes | |

USTP Authorized Depository Institutions                                   7

| Name of Authorized Depository | Contact Information | All Districts | Individual Districts If Applicable |
|---|---|---|---|
| S&T Bank | Contact Local Branch | Yes | |
| Synovus Bank | Contact Local Branch | Yes | |
| TD Bank | Contact Local Branch | Yes | |
| Texas Capital Bank | Contact Local Branch | Yes | |
| Texas Traditions Bank | Contact Local Branch | Yes | |
| TriState Capital Bank | Contact Local Branch | Yes | |
| Truist Bank | Contact Local Branch | Yes | |
| U.S. Bank National Association | Contact Local Branch | Yes | |

| Name of Authorized Depository | Contact Information | All Districts | Individual Districts If Applicable |
|---|---|---|---|
| UMB Bank | Contact Local Branch | Yes | |
| Valley National Bank | Contact Local Branch | Yes | |
| Veritex Community Bank | Contact Local Branch | Yes | |
| Webster Bank | Contact Local Branch | Yes | |
| Wells Fargo Bank | Contact Local Branch | Yes | |
| WesBanco Bank | Contact Local Branch | Yes | |
| Western Alliance Bank | Contact Local Branch | Yes | |
| Zions Bancorporation | Contact Local Branch | Yes | |