# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| J McCloud Realty LLC,<br><br>                              *Debtor*. | Case No. 25-11778-amc<br>Chapter 7 |

## Order Awarding Compensation to Sadek Law Offices LLC

**AND NOW**, upon consideration of the First and Final Application for Compensation and Reimbursement of Expenses of Sadek Law Offices LLC (the "Applicant") as Debtor's Attorney for the Period of 05/06/2025 through 05/22/2025, the objection filed by the Debtor, and after notice and hearing, the Court finds that:

A. The compensation requested by the Applicant is reasonable, necessary, and commensurate with the value of services provided.

B. The Debtor's allegations of misconduct by the Applicant are without merit and are unsupported by the record.

C. The Applicant provided diligent and competent representation to the Debtor consistent with the ethical duties imposed by the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, and the Pennsylvania Rules of Professional Conduct

D. Nothing in the record suggests that the Applicant engaged in conduct involving dishonesty, fraud, deceit, or misrepresentation.

For those reasons and for other good cause shown, it is hereby **ORDERED** that:

1. The Application is **APPROVED**.

2. Compensation in the amount of $6,779.50 and reimbursement of expenses in the amount of $15.00 are approved, for a total award in favor of the Applicant in the amount of **$6,794.50**.

3. The Applicant is authorized to draw the approved fees and expenses from the pre-petition retainer paid by the Debtor.

Date: _____

_____
Ashely M. Chan
Chief U.S. Bankruptcy Judge