**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| J McCloud Realty LLC,<br><br>                                    *Debtor*. | Case No. 25-11778-amc<br>Chapter 7 |

**Order Retaining Jurisdiction**

**AND NOW**, upon consideration of the Application to Retain Jurisdiction filed by Sadek Law Offices LLC, after notice and opportunity for hearing, and for good cause shown, it is hereby **ORDERED** that:

1. The Application is **APPROVED**.

2. Pursuant to 11 U.S.C. §349(b)(3), if this case is dismissed for any reason, the pre-petition retainer held in escrow by Sadek Law Offices LLC shall not revest in the entity in which such property was vested immediately before the commencement of the case.

3. All other property of the estate shall revest pursuant to 11 U.S.C. §349(b)(3).

4. The Court shall retain jurisdiction to adjudicate all pending fee applications and related disputes involving services rendered in this case by the Applicant.

5. This order shall be effective without any further reference to its terms in any subsequent dismissal of this case, regardless of the circumstances of the dismissal, the identity of the party moving for the dismissal, or the express terms of the order dismissing the case.

Date:                                                                    _____
                                                                                    Ashely M. Chan
                                                                                    Chief U.S. Bankruptcy Judge