**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| J McCloud Realty LLC,<br><br>                              *Debtor*. | Case No. 25-11778-amc<br>Chapter 7 |

## Certificate of Service

I, Brad J. Sadek, certify that on June 25, 2025, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Application to Retain Jurisdiction

I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: June 25, 2025

/s/ Brad J. Sadek
Brad J. Sadek
Sadek Law Offices, LLC
1500 JFK Boulevard, Suite 220
Philadelphia, PA 19102
215-545-0008
brad@sadeklaw.com

## Mailing List Exhibit

| Name and Address of Party Served | Relationship to Case | Mode of Service |
|---|---|---|
| U.S. Trustee | U.S. Trustee | ☒ CM/ECF |
| Robert H. Holber | Trustee | ☒ CM/ECF |
| Jamirah N. McCloud-Ford<br>607 Miller Street<br>Wahiawa, HI 96786-7520 | Debtor's Principal | ☒ First Class Mail |
| City of Philadelphia | Creditor | ☒ CM/ECF |
| Philadelphia Federal Credit Union | Creditor | ☒ CM/ECF |