**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| **J. McCLOUD REALTY, LLC** | : | |
| Debtor | : | No. 25-11778(amc) |

**ORDER DIRECTING THE SHERIFF of PHILADELPHIA COUNTY**
**to POSTPONE SHERIFF'S SALES of the DEBTOR'S PROPERTIES**

AND NOW, this __26th__ day of June, 2025, upon the consent of the parties, it is hereby **ORDERED** that the Sheriff of Philadelphia County shall postpone the Sheriff's Sales of the Debtor's properties, 3125 North Marston Street and 5909 Windsor Avenue, to the August 5, 2025 sale date, with no advertising or other notice required beyond an announcement to the bidders assembled for the July 1, 2025 Sheriff's Sale.

BY THE COURT:

_____
Ashely M. Chan, Chief U.S. Bankruptcy Judge