**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| **J. McCLOUD REALTY, LLC** | : | |
| Debtor | : | No. 25-11778(amc) |

**HEARING EXHIBIT**

**TO THE CLERK:**

Kindly docket the attached as an exhibit for the hearing now scheduled on July 23, 2025 (docket # 82).

                        **KAPLIN STEWART MELOFF REITER & STEIN, P.C.**

By:   */S/ William J. Levant, Esquire*
         WILLIAM J. LEVANT, ESQUIRE
         Attorneys for Philadelphia Federal Credit Union

Date: July 18, 2025

**WSFS bank**
*We Stand For Service®*

PAGE: 1 OF 1

**WSFS Bank**

PA INT ON LAWYERS ACCT TRUST BRD
910 HARVEST DR
PO BOX 3037

|  |  |
|---|---|
| DATE: | 06/30/25 |
| DIRECT INQUIRIES TO: | 1-302-792-6091 |
| ACCOUNT: | #####4699 |

Dear PA INT ON LAWYERS ACCT TRUST BRD,

Your WSFS Bank account ending in #####4699 has been credited on 06/30/25 for an Incoming Wire Transfer as detailed below. Any applicable fees are set forth in the fee schedule associated with your deposit account (available on http://www.wsfsbank.com) and will be detailed on your account statement.

**Wire Information:**

| | | | |
|---|---|---|---|
| **USD AMOUNT:** | $3,000.00 | | |
| **TRANSACTION REFERENCE:** | 420001408 | | |
| **SERVICE REFERENCE:** | 20250630MFP00080000274 | | |
| **END-TO-END ID:** | 0419359420250629 | | |
| **ORIGINATOR:** | KHALILAH BOYD | **ID:** | ######3163 |
| | REDACTED | | |
| | REDACTED | | |
| **ORIGINATING BANK:** | USAA FEDERAL SAVINGS BANK | **ID:** | REDACTED 4269 |
| **INSTRUCTING BANK:** | USAA FEDERAL SAVINGS BANK | **ID:** | REDACTED 4269 |
| **REFERENCE FOR BENEFICIARY:** | 7BFB1EE4134A4CAE | | |
| **PAYMENT DETAIL:** | PFCU LOAN PAYMENTS FROM J MCCLOUD REALTY LLC 6/2025 AND 7/2025 FOR PROPERTIES 3125 N MARSTON ST AND 5909 WINDSOR ST | | |

Please do not respond to this email it is an unmonitored mailbox. The above wire transfer was actioned today. Call Wire Services at 302-792-6091 with questions. If you are not the intended recipient, please call us and destroy all copies of the message.

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| **J. McCLOUD REALTY, LLC** | : | |
| Debtor | : | No. 25-11778(amc) |

## CERTIFICATE OF SERVICE

I, William J. Levant, Esq., hereby certify that on July 18, 2025, I did send a copy of the foregoing Hearing Exhibit to the persons named below, by the means indicated :

| | |
|---|---|
| J. McCloud Realty, LLC<br>4607 Miller Street<br>Wahiawa, HI 96786<br>jmccloudrealty@gmail.com | First Class Mail and email |
| Brad Sadek, Esquire<br>Debtor's attorney | (sent by ECF and email to brad@sadeklaw.com) |
| Robert H. Holber, Esquire<br>Chapter 7 Trustee | (sent by ECF) |
| Office of the U.S. Trustee | (sent by ECF) |

**KAPLIN STEWART MELOFF REITER & STEIN, P.C.**

By:     */S/ William J. Levant, Esquire*
WILLIAM J. LEVANT, ESQUIRE
Attorneys for Philadelphia Federal Credit Union