## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| J McCloud Realty LLC,<br><br>*Debtor*. | Case No. 25-11778-amc<br>Chapter 7 |

### Motion to Set Hearing on Application for Compensation

**AND NOW**, Sadek Law Offices LLC (the "Applicant") respectfully moves this Court to schedule a hearing on its pending application for compensation. In support of this motion, the Applicant states as follows:

1. On June 4, 2025, the Applicant filed an application for compensation requesting approval of fees and costs it incurred as attorney for Debtor J McCloud Realty LLC. (ECF No. 57.)

2. The notice filed with the application provided that objections must be filed on or before June 18, 2025.

3. On June 13, 2025, the Debtor filed an objection. (ECF No. 67.) No other objections were filed.

4. As a result of the objection, the application is a contested matter as contemplated by Fed. R. Bankr. P. 9014.

5. When a fee application is contested, the Court must set a hearing. *See* Local Bankr. R. 2016-1(g).

6. The Applicant respectfully requests that the Court set a hearing so that this matter may be resolved.

**NOW, THEREFORE**, the Applicant respectfully requests that the Court enter an order setting a hearing on the application and granting such other and further relief in its favor as may be necessary and proper under the law.

Date: July 23, 2025               **SADEK LAW OFFICES, LLC**

                                  By: /s/ Brad J. Sadek
                                      Brad J. Sadek
                                      1500 JFK Boulevard, Suite 220
                                      Philadelphia, PA 19102
                                      215-545-0008
                                      brad@sadeklaw.com

### Certificate of Service

    I certify that on this date, I did cause a copy of this document and all attachments to be electronically served on all parties on the Clerk's service list that are registered to receive notices through the CM/ECF system. I did not serve anyone by mail.

Date: July 23, 2025               /s/ Brad J. Sadek
                                  Brad J. Sadek

2