# Department of the Army

0004553076.00                                                    24 April 2023
116787845

SGT Ford, Deronnie D 1508956750, 35T2E3Y, WFMZAA - 0104 MI CO     MI CO (PED)  Ft Gordon, GA
30905

Action: Permanent Change of Station                          Reason: Rotational

Effective Date: 20 July 2023                                End Date: 03 July 2026

Report Date: 20 July 2023

Report To: WALXA0 - 0025 AR HQ     CO A SIG INTEL

          , SCHOFIELD BRKS, HI 96857

Position Number: 02467093

Position Title: #2 MILITARY INTELLIGENCE SYSTE

Force Management ID: 72060794520104353

For Military resources please visit the Military One Source website.

By Authority of Department of the Army

Approved By: Wood, Celestia R, Contractor, W0U5AA





CUI

# Department of the Army

0004553076.00                                                                                          24 April 2023
116787845

SGT Ford, Deronnie D 1508956750, 35T2E3Y, WFMZAA - 0104 MI CO      MI CO (PED)  Ft Gordon, GA
30905

Additional Information:

Dependent Information

   Child/NALLS-FORD,ANASTASIA MARIE (Dependent is Travelling)

   Spouse/MCCLOUD-FORD,JAMIRAH NYREE (Dependent is Travelling)

Lines of Accounting:

   Rotational   4AE3

      Household Goods   CAG3

      POV Shipping   CGT3

Member CIC: 2F3FOR3471PG878

Dependent CIC: 2P3NALPG878

Dependent CIC: 2P3MCCPG878

SDN: FOR3471PG87845

System Entitlements:

   94 - Failure to comply with this order may subject you to UCMJ action.

   98 - Permanent change of station (PCS) is authorized and directed.

Discretionary Entitlements:

   103 - Dependent Travel is authorized.

   131 - Shipment of a POV at Government Expense Authorized to next Permanent Duty Station.

   25 - Use of Commercial Travel Office (CTO) is mandatory for commercial transportation. Traveler's
estimated date available for travel (AVAL) is 7/10/2023.

   62 - Soldiers are authorized the shipment of 2 bags each. 50 and 50

   73 - Shipment of household goods at the with-dependent rate is authorized.

   87 - IBA is authorized.

   91 - Dependents are authorized the shipment of 2 bags each.

   93 - Shipment of unaccompanied baggage is authorized.

CUI

# Department of the Army

0004553076.00                                                                    24 April 2023
116787845

SGT Ford, Deronnie D 1508956750, 35T2E3Y, WFMZAA - 0104 MI CO      MI CO (PED)  Ft Gordon, GA
30905

   96 - Submit a reviewed travel voucher to Finance within 5 days after travel is completed.

Member Elections:

   125 - Traveler is a Government Travel Charge Card (GTCC) Individually Billed Account (IBA) holder.

CUI

B2020 (Form 2020) (12/15)

## United States Bankruptcy Court

EASTERN _____ **District of** PENNSYLVANIA _____

In re  J MCCLOUD REALTY LLC _____

Case Number  25 - 11778amc
Chapter  7

## STATEMENT OF MILITARY SERVICE

The Servicemembers' Civil Relief Act of 2003, Pub. L. No. 108-189, provides for the temporary suspension of certain judicial proceedings or transactions that may adversely affect military servicemembers, their dependents, and others. Each party to a bankruptcy case who might be eligible for relief under the act should complete this form and file it with the Bankruptcy Court.

## IDENTIFICATION OF SERVICEMEMBER

☒ Self (Debtor, Codebtor, Creditor, Other)
☐ Non-Filing Spouse of Debtor (name) _____
☒ Other   (Name of servicemember) SGT FORD, DERONNIE  PCS
          (Relationship of filer to servicemember) SPOUSE
          (Type of liability) _____

## TYPE OF MILITARY SERVICE

U.S. Armed Forces (Army, Navy, Air Force, Marine Corps, or Coast Guard) or commissioned officer of the Public Health Service or the National Oceanic and Atmospheric Administration (specify type of service)  U.S. ARMY
☒    Active Service since          JULY 20, 2013                    (date)
☐    Inductee - ordered to report on _____ (date)
☐    Retired / Discharged _____ (date)

U.S. Military Reserves and National Guard
☐    Active Service since _____ (date)
☐    Impending Active Service -orders postmarked _____ (date)
             Ordered to report on _____ (date)
☐    Retired /Discharged _____ (date)

U.S. Citizen Serving with U.S. ally in war or military action (specify ally and war or action)

☐    Active Service since _____ (date)
☐    Retired/Discharged _____ (date)

## DEPLOYMENT

☐    Servicemember deployed overseas on _____ (date)
     Anticipated completion of overseas tour-of-duty _____ (date)

## SIGNATURE



_____                                        7/25/2015
Jamirah McCloud - Ford                         Date

(print name)

*This statement is for information use only. Filing this statement with the Bankruptcy Court does not constitute an application for or invoke the benefits and relief available under the Servicemembers' Civil Relief Act of 2003.*

Exhibit D

**WSFS bank**

*We Stand For Service*

**WSFS Bank**

PA INT ON LAWYERS ACCT TRUST BRD
910 HARVEST DR
PO BOX 3037

|  |  |
|---|---|
| DATE: | 06/30/25 |
| DIRECT INQUIRIES TO: | 1-302-792-6091 |
| ACCOUNT: | #####4699 |

Dear PA INT ON LAWYERS ACCT TRUST BRD,

Your WSFS Bank account ending in #####4699 has been credited on 06/30/25 for an Incoming Wire Transfer as detailed below. Any applicable fees are set forth in the fee schedule associated with your deposit account (available on http://www.wsfsbank.com) and will be detailed on your account statement.

**Wire Information:**

| | | | |
|---|---|---|---|
| USD AMOUNT: | $3,000.00 | | |
| TRANSACTION REFERENCE: | 420001408 | | |
| SERVICE REFERENCE: | 20250630MFP00080000274 | | |
| END-TO-END ID: | 0419359420250629 | | |
| ORIGINATOR: | KHALILAH BOYD | ID: | #####3163 |
| | REDACTED | | |
| | REDACTED | | |
| ORIGINATING BANK: | USAA FEDERAL SAVINGS BANK | ID: | REDACTED 4269 |
| INSTRUCTING BANK: | USAA FEDERAL SAVINGS BANK | ID: | REDACTED 4269 |
| REFERENCE FOR BENEFICIARY: | 7BFB1EE4134A4CAE | | |
| PAYMENT DETAIL: | PFCU LOAN PAYMENTS FROM J MCCLOUD R | | |
| | EALTY LLC 6/2025 AND 7/2025  FOR PR | | |
| | OPERTIES 3125 N MARSTON ST AND 5909 | | |
| | WINDSOR ST | | |

Please do not respond to this email it is an unmonitored mailbox. The above wire transfer was actioned today.  Call Wire Services at 302-792-6091 with questions.  If you are not the intended recipient, please call us and destroy all copies of the message.



# FIRST JUDICIAL DISTRICT OF PENNSYLVANIA

## COURT OF COMMON PLEAS OF PHILADLPHIA COUNTY

### TRIAL DIVISON

#### Administrative Order

#### No 6 of 2025

In re: Postponement of July 1, 2025, Mortgage Foreclosure Sales.

#### ORDER

AND NOW, this 27ᵗʰ day of June, 2025 at the request of the Sheriff of Philadelphia County; attached hereto as Exhibit "A," it is **ORDERED AND DECREED** that Philadelphia County Sheriff's Mortgage Foreclosure Sales scheduled for July 1, 2025, are postponed and rescheduled for September 9, 2025. No new notice shall be required, as provided in Pa.R.C.P. No. 3129.3, however the Sheriff of Philadelphia shall provide notice of this Administrative Order to the Plaintiffs on the matters listed on Exhibit "A."

BY THE COURT:

Daniel J. Anders,
**Administrative Judge - Trial Division**

CERTIFIED FROM THE RECORD OF 6-27-25
ERIC FEDER
DIRECTOR, OFFICE OF JUDICIAL RECORDS
PHILADELPHIA COUNTY
BY

Exhibit F

## U.S. BANKRUPTCY COURT

## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                          :                    CHAPTER 7

    J McCloud Realty LLC,              :          BANKRUPTCY NO. 25-11778 AMC

    Debtor

## ORDER GRANTING EXPEDITED MOTION TO DISMISS CH 7 AND MOTION TO REINSTATE RELIEF OF AUTOMATIC STAY

AND NOW, this _____ day of July, 2025, upon consideration of the Motion to dismiss Ch 7 and Expedited Motion to Reinstate Relief of Automatic Stay, the request for an expedited hearing thereon, and sufficient cause being shown it is hereby ORDERED that:

1.  The request for an EXPEDITED HEARING is GRANTED;
2.  A hearing will be held on <u>both</u> above matters on_____ at _____ in Courtroom #4 in the Robert N.C. Nix Federal Building, 900 Market Street, Philadelphia, PA 19107 or via Zoom audio by dialing 1-646-828-7666  Meeting ID 160 6807 8081.
3.  Movant shall serve the Notice of the Motion and this Order to ALL relevant parties of interest via certified mail, email, or by immediate telephone notice  if if the hearing is scheduled less than 48 hours after Movant receives this Order.

BY THE COURT:

_____

HONORABLE ASHLEY M. CHAN

U.S. BANKRUPTCY COURT JUDGE

**Fill in this information to identify the case:**

Debtor name: J McCloud Realty LLC

United States Bankruptcy Court for the: EASTERN District of PA
(State)

Case number (if known): 25-11778-amc

☐ Check if this is an amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/25

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

### Part 1:    Income

1. **Gross revenue from business**

   ☐ None

   | | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|---|---|
   | From the beginning of the fiscal year to filing date: | From 01/01/2025<br>MM/DD/YYYY | to Filing date | ☑ Operating a business<br>☐ Other _____ | $19,200 |
   | For prior year: | From 01/01/2024<br>MM/DD/YYYY | to 12/31/2024<br>MM/DD/YYYY | ☑ Operating a business<br>☐ Other _____ | $30,000 |
   | For the year before that: | From 01/01/2023<br>MM/DD/YYYY | to 12/31/2023<br>MM/DD/YYYY | ☑ Operating a business<br>☐ Other _____ | $30,000 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☑ None

   | | | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|---|---|---|
   | From the beginning of the fiscal year to filing date: | From _____<br>MM/DD/YYYY | to Filing date | _____ | $_____ |
   | For prior year: | From _____<br>MM/DD/YYYY | to _____<br>MM/DD/YYYY | _____ | $_____ |
   | For the year before that: | From _____<br>MM/DD/YYYY | to _____<br>MM/DD/YYYY | _____ | $_____ |

Debtor  _J MCCLOUD REALTY LLC_  Case number *(if known)* _25 11778 amc_
          Name

## Part 2: List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**

   List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☑ None

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer Check all that apply |
|---|---|---|---|
| 3.1 _____ Creditor's name _____ Street _____ City      State    ZIP Code | _____ | $_____ | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other _____ |
| 3.2 _____ Creditor's name _____ Street _____ City      State    ZIP Code | _____ | $_____ | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other _____ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives, general partners of a partnership debtor and their relatives, affiliates of the debtor and insiders of such affiliates, and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☑ None

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1 _____ Insider's name _____ Street _____ City      State    ZIP Code  Relationship to debtor _____ | _____ | $_____ | _____ _____ _____ |
| 4.2 _____ Insider's name _____ Street _____ City      State    ZIP Code  Relationship to debtor _____ | _____ | $_____ | _____ _____ _____ |

Debtor _J McCloud Realty LLC_    Case number (if known) _25-11778amc_

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6

☑ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|
| 5.1 | | | $ |
| Creditor's name | | | |
| Street | | | |
| City  State  ZIP Code | | | |
| 5.2 | | | $ |
| Creditor's name | | | |
| Street | | | |
| City  State  ZIP Code | | | |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| | | | $ |
| Creditor's name | | | |
| Street | | | |
| City  State  ZIP Code | Last 4 digits of account number: XXXX– __ __ __ __ | | |

## Part 3:    Legal Actions or Assignments

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1 | PECU vs J McCloud | Mortgage Foreclosure | Court of Common Pleas _Name_ Mortgage-80 _Street_ 1400 JFK Blvd _City_ Phila _State_ PA _ZIP Code_ 19107 | ☑ Pending ☐ On appeal ☐ Concluded |
| | Case number No. 01883 | | | |
| 7.2 | PECU vs J McCloud | Mortgage Foreclosure | Court of Common Pleas _Name_ 1400 JFK Blvd _Street_ Phila Pa 19107 _City  State  ZIP Code_ | ☑ Pending ☐ On appeal ☐ Concluded |
| | Case number No. 01886 | | | |

Debtor _____J MCCLOUD REALTY LLC____    Case number (if known) __25-11778-amc__

8. **Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the
hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case

☒ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| | | $_____ |
| Custodian's name | | |
| Street | Case title | Court name and address |
| | | Name |
| City          State     ZIP Code | Case number | Street |
| | | City          State      ZIP Code |
| | Date of order or assignment | |

---

**Part 4:    Certain Gifts and Charitable Contributions**

9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value
of the gifts to that recipient is less than $1,000

☒ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| 9.1  Recipient's name | | | $_____ |
| Street | | | |
| City          State     ZIP Code | | | |
| Recipient's relationship to debtor | | | |
| 9.2  Recipient's name | | | $_____ |
| Street | | | |
| City          State     ZIP Code | | | |
| Recipient's relationship to debtor | | | |

---

**Part 5:    Certain Losses**

10. All losses from fire, theft, or other casualty within 1 year before filing this case.

☒ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Date of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received | | |
| | List unpaid claims on Official Form 106A/B (Schedule A/B Assets – Real and Personal Property) | | |
| | | | $_____ |

Debtor  _J MC CLOUD REALTY LLC_      Case number _(if known)_ _25 - 11778 amc_
        Name

**Part 8:**  **Certain Payments or Transfers**

11  **Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before
the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring,
seeking bankruptcy relief, or filing a bankruptcy case

☐ None

| Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1 _SADER LAW_ | | _May 2025_ | _$12,500.00_ |
| **Address** | | | |
| _1500 JFK BLVD STE 220_ | | | |
| Street | | | |
| _PHILA_      _PA_    _19102_ | | | |
| City      State    Zip Code | | | |
| **Email or website address** | | | |
| _MICHAEL@SADERLAW.COM_ | | | |
| _BRODE@SADERLAW.COM_ | | | |
| **Who made the payment, if not debtor?** | | | |

| Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.2 _BRAD SADER + Michael ASSAD_ | | _May 2025_  _2000 credit card_ | _$1500_ |
| **Address** | | | |
| _1500 JFK BLVD 220_ | | | |
| Street | | | |
| _PHILA_      _PA_    _19102_ | | | |
| City      State    Zip Code | | | |
| **Email or website address** | | | |
| _MICHAEL@SADERLAW.COM_ | | | |
| _BRODE@SADERLAW.COM_ | | | |
| **Who made the payment, if not debtor?** | | | |

12  **Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to
a self-settled trust or similar device
Do not include transfers already listed on this statement

☒ None

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| | | | $ |
| Trustee | | | |

Debtor    _J McClourReauyuc_____    Case number _(if known)_ _25-11778 amc_

### 13. Transfers not already listed on this statement

List any transfers of money or other property — by sale, trade, or any other means — made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☒ None

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1 | _____ | _____ | _____ | $_____ |
| | **Address** | | | |
| | _____ | | | |
| | Street | | | |
| | _____ | | | |
| | City          State    ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |

| | Who received transfer? | | | |
|---|---|---|---|---|
| 13.2 | _____ | _____ | _____ | $_____ |
| | **Address** | | | |
| | _____ | | | |
| | Street | | | |
| | _____ | | | |
| | City          State    ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |

---

**Part 7:    Previous Locations**

### 14. Previous addresses

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used

☒ Does not apply

| | Address | | Dates of occupancy | |
|---|---|---|---|---|
| 14.1 | _____ | | From _____ | To _____ |
| | Street | | | |
| | _____ | | | |
| | City          State    ZIP Code | | | |
| 14.2 | _____ | | From _____ | To _____ |
| | Street | | | |
| | _____ | | | |
| | City          State    ZIP Code | | | |

Debtor _____J MCCLOUD REALTY LLC_____    Case number (if known) _25-11778-amc_

## Part 8: Health Care Bankruptcies

15. **Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for
diagnosing or treating injury, deformity, or disease, or
providing any surgical, psychiatric, drug treatment, or obstetric care?

☒ No  Go to Part 9
☐ Yes  Fill in the information below

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1 | | |
| _Facility name_ | | |
| _Street_ | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider | **How are records kept?** |
| | | Check all that apply |
| _City_  _State_  _Zip Code_ | | ☐ Electronically <br> ☐ Paper |

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.2 | | |
| _Facility name_ | | |
| _Street_ | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider | **How are records kept?** |
| | | Check all that apply |
| _City_  _State_  _Zip Code_ | | ☐ Electronically <br> ☐ Paper |

## Part 9: Personally Identifiable Information

16. Does the debtor collect and retain personally identifiable information of customers?

☒ No
☐ Yes  State the nature of the information collected and retained _____

Does the debtor have a privacy policy about that information?
☐ No
☐ Yes

17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?

☒ No  Go to Part 10
☐ Yes  Does the debtor serve as plan administrator?

☐ No  Go to Part 10
☐ Yes  Fill in below

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN ___ ___ – ___ ___ ___ ___ ___ ___ ___ |

Has the plan been terminated?
☐ No
☐ Yes

Debtor _____J McClOUD REALTY LLC_____    Case number (if known) _25-11778-amc__

**Part 10:** Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts, certificates of deposit, and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| 18.1 _____ Name _____ Street _____ City   State   ZIP Code | XXXX–__ __ __ __ | ☐ Checking ☐ Savings ☐ Money market ☐ Brokerage ☐ Other_____ | _____ | $_____ |
| 18.2 _____ Name _____ Street _____ City   State   ZIP Code | XXXX–__ __ __ __ | ☐ Checking ☐ Savings ☐ Money market ☐ Brokerage ☐ Other_____ | _____ | $_____ |

19. **Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____ Name _____ Street _____ City   State   ZIP Code | _____ _____ Address _____ | _____ _____ | ☐ No ☐ Yes |

20. **Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____ Name _____ Street _____ City   State   ZIP Code | _____ _____ Address _____ | _____ _____ | ☐ No ☐ Yes |

Debtor _____J McCloud Realty LLC_____   Case number (if known) _25 - 11778 amc_

## Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☒ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| | | | $_____ |
| Name | | | |
| Street | | | |
| City          State          ZIP Code | | | |

## Part 12:   Details About Environmental Information

For the purpose of Part 12, the following definitions apply

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium)

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance

Report all notices, releases, and proceedings known, regardless of when they occurred.

22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.

☒ No
☐ Yes. Provide details below

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | ☐ Pending |
| Case number | Name | | ☐ On appeal |
| | Street | | ☐ Concluded |
| | City          State          ZIP Code | | |

23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?

☒ No
☐ Yes. Provide details below

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |
| Name | Name | | |
| Street | Street | | |
| City          State          ZIP Code | City          State          ZIP Code | | |

Debtor _J McCloud Realty LLC_                    Case number _(if known)_ _25-11778-amc_

24. Has the debtor notified any governmental unit of any release of hazardous material?

☒ No

☐ Yes. Provide details below

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |
| Name | Name | | |
| Street | Street | | |
| City          State    ZIP Code | City          State    ZIP Code | | |

---

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

25. Other businesses in which the debtor has or has had an interest
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

☒ None

| | Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN |
|---|---|---|---|
| 25.1 | | | EIN __ __ - __ __ __ __ __ __ __ |
| | Name | | Dates business existed |
| | Street | | From _____   To _____ |
| | City          State    ZIP Code | | |
| 25.2 | | | EIN __ __ - __ __ __ __ __ __ __ |
| | Name | | Dates business existed |
| | Street | | From _____   To _____ |
| | City          State    ZIP Code | | |
| 25.3 | | | EIN __ __ - __ __ __ __ __ __ __ |
| | Name | | Dates business existed |
| | Street | | From _____   To _____ |
| | City          State    ZIP Code | | |

Debtor  J McCLOOD Racing LLC

Name and address

*If any books of account and records are
unavailable, explain why*

26a2
Name  JAMRAH McCLOOD *(illegible)*
Street  4607 Miller St
City  WANANA NJ    State    96780  ZIP Code

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case

☐ None

Name and address

26d.1
Name  PFCU
Street  1180 TOWNSEND RD
City  PHILA    State  PA    ZIP Code  19154

Name and address

26d.2
Name
Street
City    State    ZIP Code

27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☒ No
☐ Yes  Give the details about the two most recent inventories

| Name of the person who supervised the taking of the inventory | Date of Inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | $ |

Name and address of the person who has possession of inventory records

27.1
Name
Street
City    State    ZIP Code

Debtor  _J Mccloud Realty llc_ (handwritten)    Case number _25-11778 amc_ (handwritten)
         Name

**26  Books, records, and financial statements**

26a List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☒ None

| | Name and address | | Dates of service |
|---|---|---|---|
| 26a.1 | | | From _____  To _____ |
| | Name | | |
| | Street | | |
| | City | State | ZIP Code |

| | Name and address | | Dates of service |
|---|---|---|---|
| 26a.2 | | | From _____  To _____ |
| | Name | | |
| | Street | | |
| | City | State | ZIP Code |

26b List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☒ None

| | Name and address | | Dates of service |
|---|---|---|---|
| 26b.1 | | | From _____  To _____ |
| | Name | | |
| | Street | | |
| | City | State | ZIP Code |

| | Name and address | | Dates of service |
|---|---|---|---|
| 26b.2 | | | From _____  To _____ |
| | Name | | |
| | Street | | |
| | City | State | ZIP Code |

26c List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| | Name and address | | If any books of account and records are unavailable, explain why |
|---|---|---|---|
| 26c.1 | KHALIAH BOYD (handwritten) | | |
| | Name | | |
| | 1411 INDEPENDENCE WAY (handwritten) | | |
| | Street | | |
| | GROVETOWN GA 30813 (handwritten) | | |
| | City | State  ZIP Code | |

Debtor    _J MCCLOUD REALTY LLC_    Case number (if known) _25 - 11778-amc_
          Name

Name of the person who supervised the taking of the inventory    Date of Inventory    The dollar amount and basis (cost, market, or other basis) of each inventory

_____    _____    $ _____

Name and address of the person who has possession of inventory records

27.2    Name    _____

        Street    _____

        City    _____    State    ____    ZIP Code    ____

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|----------------------|
| _JAMARR MCCLOUD FOD_ | _4607 MILGA ST_ | _OWNER_ | _100_ |
| _KIMIAH BOYD_ | _(411 INDEPENDENCE WAY_ | _MANAGING MANAGER_ | |
| | | | |
| | | | |
| | | | |

29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☐ No
☑ Yes. Identify below

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|--------------------------------------------------|
| _KIMIAH BOYD_ | _(411 INDEPENDENCE WAY_ | _MANAGING MGM_ | From _2022_ To _CURRENT_ |
| | | | From _____ To _____ |
| | | | From _____ To _____ |
| | | | From _____ To _____ |

30. Payments, distributions, or withdrawals credited or given to insiders

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No
☐ Yes. Identify below

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|-------------------------------|-----------------------------------------------------|-------|-------------------------------|
| 30.1    Name    _____ | _____ | _____ | _____ |
|         Street    _____ | | | |
|         City    _____ State    ____ ZIP Code    ____ | | _____ | |
|         Relationship to debtor    _____ | | | |

Debtor    *J McCloud Ready LLC*        Case number (if known) *25-11778-amc*

Name and address of recipient

34.2

Name

Street

City                    State        ZIP Code

Relationship to debtor

31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

☑ No
☐ Yes  Identify below.

Name of the parent corporation

Employer Identification number of the parent corporation

EIN __ __ - __ __ __ __ __ __ __

32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?

☑ No
☐ Yes  Identify below.

Name of the pension fund

Employer Identification number of the pension fund

EIN __ __ - __ __ __ __ __ __ __

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  __07/24/2025__
          MM / DD / YYYY

X __Kimimi Boyd__                    Printed name  __KIMIMI BOYD__
Signature of individual signing on behalf of the debtor

Position or relationship to debtor  __Principle (Member)__

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
☑ No
☐ Yes

Fill in this information to identify the case:

Debtor name _J McCawley LLC_____

United States Bankruptcy Court for the: _EASTERN_ District of _PA_
(State)

Case number (if known): _25-11778-amc_

☐ Check if this is an
amended filing

## Official Form 206Sum
### Summary of Assets and Liabilities for Non-Individuals                    12/15

**Part 1:    Summary of Assets**

1   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

   1a  **Real property:**
     Copy line 88 from *Schedule A/B* .............................................................................     $ 380,000.00

   1b  **Total personal property:**
     Copy line 91A from *Schedule A/B* ..........................................................................     $ 0

   1c  **Total of all property:**
     Copy line 92 from *Schedule A/B* ............................................................................     $ 380,000.00

**Part 2:    Summary of Liabilities**

2   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D* ..........................     $ 229,255.64

3   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a  **Total claim amounts of priority unsecured claims:**
     Copy the total claims from Part 1 from line 5a of *Schedule E/F* ..........................................     $ 9861.96

   3b  **Total amount of claims of nonpriority amount of unsecured claims:**
     Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F* .............................     + $ 0

4   **Total liabilities**
   Lines 2 + 3a + 3b                                                                                          $ 235,117.60

Fill in this information to identify the case:

Debtor name: J MCCLOUD REALTY LLC

United States Bankruptcy Court for the: EASTERN District of PA

Case number (if known): 25-11778 AMC   Chapter 7

## Official Form 206G

### Schedule G: Executory Contracts and Unexpired Leases

12/15

Be as complete and accurate as possible.

**1. Does the debtor have any executory contracts or unexpired leases?**

☑ **No** Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form

☐ Yes. Fill in all of the information below even if the contracts or leases are listed on Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B)

2. List all contracts and unexpired leases

| | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |

**2.1** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**2.2** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**2.3** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**2.4** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**2.5** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

Official Form 206G    Schedule G: Executory Contracts and Unexpired Leases    page 1 of ___

Debtor _J McCLOUD REALTY LLC_    Case number _(if known)_ _25-11778-amc_

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

2.___  State what the contract or
lease is for and the nature
of the debtor's interest

State the term remaining

List the contract number of
any government contract

State what the contract or
lease is for and the nature
of the debtor's interest

State the term remaining

List the contract number of
any government contract

2.___  State what the contract or
lease is for and the nature
of the debtor's interest

State the term remaining

List the contract number of
any government contract

2.___  State what the contract or
lease is for and the nature
of the debtor's interest

State the term remaining

List the contract number of
any government contract

State what the contract or
lease is for and the nature
of the debtor's interest

State the term remaining

List the contract number of
any government contract

2.___  State what the contract or
lease is for and the nature
of the debtor's interest

State the term remaining

List the contract number of
any government contract

2.___  State what the contract or
lease is for and the nature
of the debtor's interest

State the term remaining

List the contract number of
any government contract

Debtor _J McClow Realty LLC_    Case number _25-11778-amc_

## Part 8: Machinery, equipment, and vehicles

46  Does the debtor own or lease any machinery, equipment, or vehicles?

☒ No  Go to Part 9
☐ Yes  Fill in the information below

| General description<br><br>Include year, make, model, and identification numbers (i e , VIN, HIN, or N number) | Net book value of debtor's Interest<br>(Where available) | Valuation method used for current value | Current value of debtor's Interest |
|---|---|---|---|
| 47  Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles | | | |
| 47 1 _____ | $_____ | _____ | $_____ |
| 47 2 _____ | $_____ | _____ | $_____ |
| 47 3 _____ | $_____ | _____ | $_____ |
| 47 4 _____ | $_____ | _____ | $_____ |
| 48  Watercraft, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48 1 _____ | $_____ | | $_____ |
| 48 2 _____ | $_____ | | $_____ |
| 49  Aircraft and accessories | | | |
| 49 1 _____ | $_____ | | $_____ |
| 49 2 _____ | $_____ | | $_____ |
| 50  Other machinery, fixtures, and equipment (excluding farm machinery and equipment) | | | |
| _____ | $_____ | | $_____ |

51  Total of Part 8
Add lines 47 through 50  Copy the total to line 87

$_____

52  Is a depreciation schedule available for any of the property listed in Part 8?
☐ No
☐ Yes

53  Has any of the property listed in Part 8 been appraised by a professional within the last year?
☐ No
☐ Yes

Debtor    J MCCLOUD REALTY LLC          Case number (if known) 25-11778-amc

## Part 9:    Real property

54. Does the debtor own or lease any real property?

☐ No. Go to Part 10

☒ Yes. Fill in the information below

55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest

| Description and location of property | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 5969 WINDSOR AVE | OWN | $ | ZILLOW ESTIMATE | $250,000.00 |
| 3115 N MARSON ST | OWN | $ | ZILLOW ESTIMATE | $130,000.00 |
| 55.2 | | $ | | $ |
| 55.3 | | $ | | $ |
| 55.4 | | $ | | $ |
| 55.5 | | $ | | $ |

56. Total of Part 9.

Add the current value on lines 55.1 through 55.5 and entries from any additional sheets. Copy the total to line 90.    $380,000.00

57. Is a depreciation schedule available for any of the property listed in Part 9?

☒ No

☐ Yes.

58. Has any of the property listed in Part 9 been appraised by a professional within the last year?

☒ No

☐ Yes

## Part 10:

59. Does the debtor have any interests in intangibles or intellectual property?

☒ No

☐ Yes. Fill in the information below.

| Description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. Patents, copyrights, trademarks, and trade secrets | $ | | $ |
| 61. Internet domain names and websites | $ | | $ |
| 62. Licenses, franchises, and royalties | $ | | $ |
| 63. Customer lists, mailing lists, or other compilations | $ | | $ |
| 64. Other intangibles, or intellectual property | $ | | $ |
| 65. Goodwill | $ | | $ |
| 66. Total of Part 10. | | | $ |

Debtor    J McCloud Realty LLC    Case number (if known) 25 - 11778-amc

67. Do your lists or records include personally identifiable information of customers (as defined in 11 U.S.C. §§ 101(41A) and 107)?

☐ No
☐ Yes

68. Is there an amortization or other similar schedule available for any of the property listed in Part 10?

☐ No
☐ Yes

69. Has any of the property listed in Part 10 been appraised by a professional within the last year?

☐ No
☐ Yes

### Part 11: All other assets

70. Does the debtor own any other assets that have not yet been reported on this form?
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☒ No. Go to Part 12.
☐ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

71. Notes receivable

Description (include name of obligor)

| Total face amount | − | doubtful or uncollectible amount | = → | $ |

72. Tax refunds and unused net operating losses (NOLs)

Description (for example, federal, state, local)

| | Tax year | $ |
| | Tax year | $ |
| | Tax year | $ |

73. Interests in insurance policies or annuities

$

74. Causes of action against third parties (whether or not a lawsuit has been filed)

$

Nature of claim

Amount requested    $

75. Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims

$

Nature of claim

Amount requested    $

76. Trusts, equitable or future interests in property

$

77. Other property of any kind not already listed. Examples: Season tickets, country club membership

| | $ |
| | $ |

78. Total of Part 11.
Add lines 71 through 77. Copy the total to line 90.

$

79. Has any of the property listed in Part 11 been appraised by a professional within the last year?

☐ No
☐ Yes

Debtor _J McCloud Realty LLC_    Case number (if known) _25-11778-amc_

| Part 12: | Summary |

In Part 12 copy all of the totals from the earlier parts of the form

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80  Cash, cash equivalents, and financial assets. *Copy line 5, Part 1* | $ 0 | |
| 81  Deposits and prepayments. *Copy line 9, Part 2* | $ 0 | |
| 82  Accounts receivable. *Copy line 12, Part 3* | $ 0 | |
| 83  Investments. *Copy line 17, Part 4* | $ 0 | |
| 84  Inventory. *Copy line 23, Part 5* | $ 0 | |
| 85  Farming and fishing-related assets. *Copy line 33, Part 6* | $ 0 | |
| 86  Office furniture, fixtures, and equipment; and collectibles. *Copy line 43, Part 7* | $ 0 | |
| 87  Machinery, equipment, and vehicles. *Copy line 51, Part 8* | $ 0 | |
| 88  Real property. *Copy line 56, Part 9* | → | $ 380,000.00 |
| 89  Intangibles and intellectual property. *Copy line 65, Part 10* | $ 0 | |
| 90  All other assets. *Copy line 78, Part 11* | + $ 0 | |
| 91  Total. Add lines 80 through 90 for each column. 91a | $ 0 | + 91b  $ 380,000.00 |

92  Total of all property on Schedule A/B. Lines 91a + 91b = 92        $ 380,000.00

Fill in this information to identify the case.

Debtor name ___McCloud Realty LLC_____

United States Bankruptcy Court for the __EASTERN__ District of __PA__
(State)

Case number (if known) __25-11778-amc__

☐ Check if this is an
amended filing

## Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:    Cash and cash equivalents

1. Does the debtor have any cash or cash equivalents?

☒ No. Go to Part 2
☐ Yes. Fill in the information below.

All cash or cash equivalents owned or controlled by the debtor

Current value of debtor's interest

2. Cash on hand

$_____

3. Checking, savings, money market, or financial brokerage accounts *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1 _____ | _____ | ___ - ___ | $_____ |
| 3.2 | | | $_____ |

4. Other cash equivalents *(Identify all)*

4.1 _____    $_____

4.2 _____    $_____

5. Total of Part 1

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.    $_____

### Part 2:    Deposits and prepayments

6. Does the debtor have any deposits or prepayments?

☒ No. Go to Part 3.
☐ Yes. Fill in the information below.

Current value of debtor's interest

7. Deposits, including security deposits and utility deposits

Description, including name of holder of deposit

7.1 _____    $_____

7.2 _____    $_____

Exhibit
G

Debtor _J McCloud Realty LLC_                    Case number (if known) _25-11778-amc_

8  Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent

Description, including name of holder of prepayment

8 1 _____    $_____

8 2 _____    $_____

9  Total of Part 2.

Add lines 7 through 8  Copy the total to line 81                         $_____

## Part 3:  Accounts receivable

10  Does the debtor have any accounts receivable?

☒ No  Go to Part 4

☐ Yes  Fill in the information below

                                                                         Current value of debtor's
                                                                         interest

11  Accounts receivable

11a  90 days old or less    _____  –  _____  =  →    $_____
                            face amount      doubtful or uncollectible accounts

11b  Over 90 days old       _____  –  _____  =  →    $_____
                            face amount      doubtful or uncollectible accounts

12  Total of Part 3

Current value on lines 11a + 11b = line 12  Copy the total to line 82    $_____

## Part 4:  Investments

13  Does the debtor own any investments?

☒ No  Go to Part 5

☐ Yes  Fill in the information below

                                           Valuation method          Current value of debtor's
                                           used for current value     interest

14  Mutual funds or publicly traded stocks not included in Part 1

Name of fund or stock

14 1 _____    _____    $_____

14 2 _____    _____    $_____

15  Non-publicly traded stock and interests in incorporated and unincorporated businesses,
including any interest in an LLC, partnership, or joint venture

Name of entity                                   % of ownership

15 1 _____    _____%    _____    $_____

15 2 _____    _____%    _____    $_____

16  Government bonds, corporate bonds, and other negotiable and non-negotiable
instruments not included in Part 1

Describe

16 1 _____    $_____

16 2 _____    $_____

17  Total of Part 4

Debtor J McCloud Realty LLC          Case number (if known) 25-11778-amc

**Part 5:** Inventory, excluding agriculture assets

18  Does the debtor own any inventory (excluding agriculture assets)?

☒ No  Go to Part 6
☐ Yes  Fill in the information below

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19  Raw materials | _____ MM / DD / YYYY | $_____ | | $_____ |
| 20  Work in progress | _____ MM / DD / YYYY | $_____ | | $_____ |
| 21  Finished goods, including goods held for resale | _____ MM / DD / YYYY | $_____ | | $_____ |
| 22  Other inventory or supplies | _____ MM / DD / YYYY | $_____ | | $_____ |

23  Total of Part 5
Add lines 19 through 22  Copy the total to line 84

$_____

24  Is any of the property listed in Part 5 perishable?
☐ No
☐ Yes

25  Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?
☐ No
☐ Yes  Book value _____  Valuation method _____  Current value _____

26  Has any of the property listed in Part 5 been appraised by a professional within the last year?
☐ No
☐ Yes

**Part 6:** Farming and fishing-related assets (other than titled motor vehicles and land)

27  Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?
☒ No  Go to Part 7
☐ Yes  Fill in the information below

| General description | | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 28  Crops—either planted or harvested | | $_____ | | $_____ |
| 29  Farm animals Examples: Livestock, poultry, farm-raised fish | | $_____ | | $_____ |
| 30  Farm machinery and equipment  (Other than titled motor vehicles) | | $_____ | | $_____ |
| 31  Farm and fishing supplies, chemicals, and feed | | $_____ | | $_____ |
| 32  Other farming and fishing-related property not already listed in Part 6 | | $_____ | | $_____ |

Debtor  _J M'CULS QCMRY UC_    Case number _(if known)_ _25-11778-amc_

33  Total of Part 6

Add lines 28 through 32. Copy the total to line 85.    $_____

34  Is the debtor a member of an agricultural cooperative?

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

☐ No

☐ Yes

35  Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?

☐ No

☐ Yes. Book value $_____    Valuation method _____    Current value $_____

36  Is a depreciation schedule available for any of the property listed in Part 6?

☐ No

☐ Yes

37  Has any of the property listed in Part 6 been appraised by a professional within the last year?

☐ No

☐ Yes

## Part 7: Office furniture, fixtures, and equipment; and collectibles

38  Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?

☑ No  Go to Part 8

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39  Office furniture | $_____ | | $_____ |
| 40  Office fixtures | $_____ | | $_____ |
| ... ... computer equipment and communication systems equipment and software | $_____ | | $_____ |
| 42  Collectibles Examples: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, ... ... ... ... other collections, memorabilia, or collectibles | | | |
| 42.1 | $_____ | | $_____ |
| 42.2 | $_____ | | $_____ |
| 42.3 | $_____ | | $_____ |

43  Total of Part 7

Add lines 39 through 42. Copy the total to line 86.    $_____

44  Is a depreciation schedule available for any of the property listed in Part 7?

☐ No

☐ Yes

45  Has any of the property listed in Part 7 been appraised by a professional within the last year?

☐ No

☐ Yes

**Fill in this information to identify the case:**

Debtor name: MCLEOD REALTY LLC

United States Bankruptcy Court for the: EASTERN  District of PA

Case number (If known): 25-11778-amc

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

1. Do any creditors have claims secured by debtor's property?
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☒ Yes. Fill in all of the information below.

**Part 1:**    **List Creditors Who Have Secured Claims**

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
|---|---|---|---|
| | | Amount of claim | Value of collateral |
| | | Do not deduct the value of collateral | that supports this claim |

**2.1** Creditor's name: PHILADELPHIA FEDERAL CREDIT UNION

Describe debtor's property that is subject to a lien: 5903 WINDSOR ST PHILADELPHIA PA 19143    $163,511.55    $250,000.00

Creditor's mailing address:
12800 TOWNSEND RD
PHILADELPHIA, PA 19154

Describe the lien: MORTGAGE

Creditor's email address, if known:

Is the creditor an insider or related party?
☒ No
☐ Yes

Date debt was incurred: 10/8/2021

Is anyone else liable on this claim?
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

Last 4 digits of account number: L102

Do multiple creditors have an interest in the same property?
☐ No
☒ Yes. Specify each creditor, including this creditor, and its relative priority.
PFCU 1st
5903 2nd

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

**2.2** Creditor's name: PHILADELPHIA FEDERAL CREDIT UNION

Describe debtor's property that is subject to a lien: 3125 N MARSTON ST PHILADELPHIA PA 19132    $76,725.05    $130,000.00

Creditor's mailing address:
12800 TOWNSEND RD
PHILA PA 19154

Describe the lien: MORTGAGE

Creditor's email address, if known:

Is the creditor an insider or related party?
☒ No
☐ Yes

Date debt was incurred: 3/11/203

Is anyone else liable on this claim?
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

Last 4 digits of account number: L103

Do multiple creditors have an interest in the same property?
☒ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.
   
   ☐ Yes. The relative priority of creditors is specified on lines ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    $

Debtor J McCloud Realty LLC                                    Case number (if known) 25-11778-amc

**Part 1:    Additional Page**

| | Column A<br>Amount of claim<br>Do not deduct the value<br>of collateral | Column B<br>Value of collateral<br>that supports this<br>claim |
|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

2.  Creditor's name                          Describe debtor's property that is subject to a lien

Small Business Administration    5805 Wissahickon    $48,364    $250,000.00
                                 Phila PA 19143

Creditor's mailing address

P.O. Box 3918
Portland, OR 97228               Describe the lien

                                 SBA EIDL LOAN (transferred from Hudson)

Creditor's email address, if known        Is the creditor an insider or related party?
                                          ☑ No
                                          ☐ Yes

Date debt was incurred  03/14/2020        Is anyone else liable on this claim?
Last 4 digits of account                  ☑ No
number  9108                              ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

Do multiple creditors have an interest in the       As of the petition filing date, the claim is:
same property?                                      Check all that apply
☐ No                                                ☐ Contingent
☑ Yes. Have you already specified the relative       ☐ Unliquidated
    priority?                                       ☐ Disputed
    ☐ No. Specify each creditor, including this
        creditor and its relative priority

    ☑ Yes. The relative priority of creditors is
        specified on lines ___

2.  Creditor's name                          Describe debtor's property that is subject to a lien

                                                                          $              $

Creditor's mailing address

                                             Describe the lien

Creditor's email address, if known        Is the creditor an insider or related party?
                                          ☐ No
                                          ☐ Yes

Date debt was incurred  _____          Is anyone else liable on this claim?
Last 4 digits of account                  ☐ No
number  _____                          ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

Do multiple creditors have an interest in the       As of the petition filing date, the claim is:
same property?                                      Check all that apply
☐ No                                                ☐ Contingent
☐ Yes. Have you already specified the relative       ☐ Unliquidated
    priority?                                       ☐ Disputed
    ☐ No. Specify each creditor, including this
        creditor and its relative priority

    ☐ Yes. The relative priority of creditors is
        specified on lines ___

Official Form 206D    Additional Page of Schedule D: Creditors Who Have Claims Secured by Property    page ___ of ___

Debtor: _✓ McCloud Realty LLC_   Case number (if known) _25-11778-amc_

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|---|
| | | Line 2 ___ | ___ ___ ___ ___ |
| | | Line 2 ___ | ___ ___ ___ ___ |
| | | Line 2 ___ | ___ ___ ___ ___ |
| | | Line 2 ___ | ___ ___ ___ ___ |
| | | Line 2 ___ | ___ ___ ___ ___ |
| | | Line 2 ___ | ___ ___ ___ ___ |
| | | Line 2 ___ | ___ ___ ___ ___ |
| | | Line 2 ___ | ___ ___ ___ ___ |
| | | Line 2 ___ | ___ ___ ___ ___ |
| | | Line 2 ___ | ___ ___ ___ ___ |
| | | Line 2 ___ | ___ ___ ___ ___ |
| | | Line 2 ___ | ___ ___ ___ ___ |
| | | Line 2 ___ | ___ ___ ___ ___ |
| | | Line 2 ___ | ___ ___ ___ ___ |

Form 206D           Official Part 2 of Schedule D: Creditors Who Have Claims Secured by Property           page ___ of ___



Fill in this information to identify the case:

Debtor    J McCloud Realty LLC

United States Bankruptcy Court for the: EASTERN    District of CA
                                                              (State)

Case number    25-11778-amc
(if known)

☐ Check if this is an
amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY
unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts
on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases*
(Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach
the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)

   ☐ No. Go to Part 2.
   ☒ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than
   3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1

| | | |
|---|---|---|
| **2.1** Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
| CITY OF CHOWCHILLA | Check all that apply | $ 5995.65 | $ 5995.65 |
| 130 FIR BLVD | ☐ Contingent | | |
| CHILA PA 17102 | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| Date or dates debt was incurred | Basis for the claim: | | |
| 12/31/2022 | TAXES (Property) | | |
| Last 4 digits of account number 7860 | Is the claim subject to offset? ☒ No ☐ Yes | | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 ) | | | |

| | | |
|---|---|---|
| **2.2** Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | |
| CITY OF CHOWCHILLA | Check all that apply | $ 8,806.31 | $ 3806.31 |
| 130 FIR BLVD | ☐ Contingent | | |
| CHILA PA 17102 | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| Date or dates debt was incurred | Basis for the claim: | | |
| 12/31/2022 | TAXES (Property) | | |
| Last 4 digits of account number 0400 | Is the claim subject to offset? ☒ No ☐ Yes | | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( ) | | | |

| | | |
|---|---|---|
| **2.3** Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | $ |
| | Check all that apply | | |
| | ☐ Contingent | | |
| | ☐ Unliquidated | | |
| | ☐ Disputed | | |
| Date or dates debt was incurred | Basis for the claim: | | |
| Last 4 digits of account number | Is the claim subject to offset? ☐ No ☐ Yes | | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( ) | | | |

Debtor _J McCloud Realty LLC_          Case number (if known) _25-11778-amc_

**Part 3:    Additional Page for Others to Be Notified About Unsecured Claims**

| Name and mailing address | On which line In Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4 __ | Line ____ <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4 __ | Line ____ <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4 __ | Line ____ <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4 __ | Line ____ <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4 __ | Line ____ <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4 __ | Line ____ <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4 __ | Line ____ <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4 __ | Line ____ <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4 __ | Line ____ <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4 __ | Line ____ <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4 __ | Line ____ <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4 __ | Line ____ <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4 __ | Line ____ <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4 __ | Line ____ <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |

Debtor  _J  McCloud Realty  LLC_        Case number _25 - 11778 - amc_

**Part 3:**  List Others to Be Notified About Unsecured Claims

4  List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | | Line ____ <br> ☐ Not listed. Explain ____ | ____ ____ ____ ____ |
| 4.2 | | Line ____ <br> ☐ Not listed. Explain ____ | ____ ____ ____ ____ |
| 4.3 | | Line ____ <br> ☐ Not listed. Explain ____ | ____ ____ ____ ____ |
| 4.4 | | Line ____ <br> ☐ Not listed. Explain ____ | ____ ____ ____ ____ |
| 4.1 | | Line ____ <br> ☐ Not listed. Explain ____ | ____ ____ ____ ____ |
| 4.5 | | Line ____ <br> ☐ Not listed. Explain ____ | ____ ____ ____ ____ |
| 4.6 | | Line ____ <br> ☐ Not listed. Explain ____ | ____ ____ ____ ____ |
| 4.7 | | Line ____ <br> ☐ Not listed. Explain ____ | ____ ____ ____ ____ |
| 4.8 | | Line ____ <br> ☐ Not listed. Explain ____ | ____ ____ ____ ____ |
| 4.9 | | Line ____ <br> ☐ Not listed. Explain ____ | ____ ____ ____ ____ |
| 4.10 | | Line ____ <br> ☐ Not listed. Explain ____ | ____ ____ ____ ____ |
| 4.11 | | Line ____ <br> ☐ Not listed. Explain ____ | ____ ____ ____ ____ |

Debtor    J McCloud Realty LLC                    Case number *(if known)* 25-11778-amc

**Part 2:    Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

3.___   Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

$_____

Basis for the claim: _____

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

Is the claim subject to offset?
☐ No
☐ Yes

3.___   Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply*
☐ Contingent
☐ Unliquidated
☐ Disputed

$_____

Basis for the claim: _____

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

Is the claim subject to offset?
☐ No
☐ Yes

3.___   Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply*
☐ Contingent
☐ Unliquidated
☐ Disputed

$_____

Basis for the claim: _____

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

Is the claim subject to offset?
☐ No
☐ Yes

3.___   Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply*
☐ Contingent
☐ Unliquidated
☐ Disputed

$_____

Basis for the claim: _____

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

Is the claim subject to offset?
☐ No
☐ Yes

3.___   Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply*
☐ Contingent
☐ Unliquidated
☐ Disputed

$_____

Basis for the claim: _____

Date or dates debt was incurred    _____
Last 4 digits of account number    _____

Is the claim subject to offset?
☐ No
☐ Yes

Debtor   J MCCLOUD REALTY LLC          Case number (if known) 25-11778-amc

**Part 2:**   List All Creditors with NONPRIORITY Unsecured Claims

3   **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

**3.1** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____

Basis for the claim: _____

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☐ No
☐ Yes

**3.2** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____

Basis for the claim: _____

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☐ No
☐ Yes

**3.3** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____

Basis for the claim: _____

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☐ No
☐ Yes

**3.4** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____

Basis for the claim: _____

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☐ No
☐ Yes

**3.5** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____

Basis for the claim: _____

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☐ No
☐ Yes

**3.6** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____

Basis for the claim: _____

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☐ No
☐ Yes

Debtor  _J M°Cloud Realty LLC_____    Case number _(if known)_ _25-11778-amc_

**Part 2**    Additional Page

Copy this page if more space is needed. Continue numbering the lines sequentially from the
previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | Total claim | Priority amount |
|---|---|---|---|

Priority creditor's name and mailing address

_____

_____

_____

As of the petition filing date, the claim is:
_Check all that apply_
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim $_____    Priority amount $_____

Date or dates debt was incurred
_____

Basis for the claim:
_____

Last 4 digits of account
number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U S C § 507(a) (____)

---

|2|_| Priority creditor's name and mailing address

_____

_____

_____

As of the petition filing date, the claim is:
_Check all that apply_
☐ Contingent
☐ Unliquidated
☐ Disputed

$_____    $_____

Date or dates debt was incurred
_____

Basis for the claim:
_____

Last 4 digits of account
number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U S C § 507(a) (____)

---

|2|_| Priority creditor's name and mailing address

_____

_____

_____

As of the petition filing date, the claim is:
_Check all that apply_
☐ Contingent
☐ Unliquidated
☐ Disputed

$_____    $_____

Date or dates debt was incurred
_____

Basis for the claim:
_____

Last 4 digits of account
number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U S C § 507(a) (____)

---

|_|_| Priority creditor's name and mailing address

_____

_____

_____

As of the petition filing date, the claim is:
_Check all that apply_
☐ Contingent
☐ Unliquidated
☐ Disputed

$_____    $_____

Date or dates debt was incurred
_____

Basis for the claim:
_____

Last 4 digits of account
number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured
claim 11 U S C § 507(a) (____)

Debtor _J MCCLOUD Realty LLC_    Case number (if known) _25-11778-amc_

### Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

5  Add the amounts of priority and nonpriority unsecured claims.

**Total of claim amounts**

5a  Total claims from Part 1    5a  $ _9861.96_

5b  Total claims from Part 2    5b  + $ _0_

5c  Total of Parts 1 and 2
Lines 5a + 5b = 5c    5c  $ _9861.96_





Sold for $114,900 on 02/25/25

# $114,900

2 beds    1 baths    726 sqft

3129 N Marston St, Philadelphia, PA 19132

Est. refi payment: $562/mo    Refinance your loan



Exhibit C

🔒 zillow.com — Private

# $78,000

🛏 **2** beds  🚿 **1** baths  📐 **726** sqft

3127 N Marston St, Philadelphia, PA 19132

**Est. refi payment:** $382/mo  Ⓢ  Refinance your loan

🏢 Townhouse        🔨 Built in 1943

📍 609 Square Feet        ⬨ $105,500
   Lot                        Zestimate®

# Home value

Zestimate®

**$105,500**

Estimated sales range

**$81,000 - $132,000**

Claim home

Exhibit
C-1

Estimated sale price          $193,900

What's this number?

**Unlock your offer**

# Home value

Zestimate®

## $193,900

Estimated sales range

## $175,000 - $213,000

Rent Zestimate®

## $1,671/mo

Claim home          Sell for more
with a free Showcase listing

Exhibit
B-3

🔒 zillow.com — Private

< ♡ ⬆ ⊙⊙⊙

**Estimated sale price**  **$229,400**

What's this number?

**Unlock your offer**

# Home value

Zestimate®

**$229,400**

Estimated sales range

**$211,000 - $248,000**

Rent Zestimate®

**$1,564/mo**

# Zestimate® history  Table view

Claim home      **Sell for more**
                with a free Showcase listing

Exhibit
B1-B

🔒 zillow.com — Private

for $7K more on average.

**Estimated sale price**            $237,400

What's this number?

Unlock your offer

# Home value

Zestimate®

**$237,400**

Estimated sales range

**$218,000 - $256,000**

Rent Zestimate®

**$1,567/mo**

Claim home

Sell for more
with a free Showcase listing

Exhibit
B-2B

8:34

Appraisal -5909 Windso...    Done

2 of 30

**Uniform Residential Appraisal Report**

Exhibit
A

## Comparable Photo Page

| Borrower | J. McCloud Realty Inc |
| --- | --- |
| Property Address | 5909 Windsor Ave |
| City | Philadelphia |
| Lender/Client | Philadelphia FCU |

County: Philadelphia   State: PA   Zip Code: 19143

### Comparable 1



5904 Trinity St
Sales Price
3:1:1
Appr's St.

### Comparable 2





5906 Trinity St
Sales Price
3:1:1
Appr's St.

### Comparable 3



1504 S Frazier St
Sales Price
3:1:1
Appr's St.

## Comparable Photo Page

Exhibit B





1 of 22


Off market

Zestimate

# $229,400

3 beds  1 baths  **1,650** sqft

5826 Trinity St, Philadelphia, PA 19143

**Est. refi payment:** $1,408/mo
Refinance your loan





Exhibit
B-1A



**Off market**

Zestimate

# $237,400

3 beds   2 baths   **1,226** sqft

1404 S Vodges St, Philadelphia, PA 19143

Est. refi payment: $1,457/mo





Exhibit
B-2







Off market

Zestimate

# $193,900

3 beds · 2 baths · **1,110** sqft

5964 Trinity St, Philadelphia, PA 19143

**Est. refi payment:** $1,190/mo



Exhibit
B-31