## IN THE UNITED STATES BANKRUPTCY
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RE: | : | Bk. No.: 25-11778 AMC |
| J McCloud Realty LLC, | : | |
| Debtor | : | |

**ORDER**

AND NOW, this 25th day of July 2025, upon review of the Debtor's Motion for Reconsideration of the Order granting relief from the stay and any response thereto, it is hereby ORDERED and DECREED that said Motion is DENIED for the reasons stated on the record on July 23, 2025.

_____
Ashely M. Chan
Chief U.S. Bankruptcy Judge