# Kaplin Stewart
*Attorneys at Law*



William J. Levant
Direct Dial: (610) 941-2474
Direct Fax: (610) 684-2020
Email: wlevant@kaplaw.com
www.kaplaw.com

June 26, 2025

<u>VIA EMAIL PSORealAuctions@phila.gov and</u>
<u>FACSIMILE (215) 686-3971</u>
Sheriff of Philadelphia County
Attn: Real Estate Division
100 South Broad St., 5th Fl.
Philadelphia, PA 19110

Re: **PHILADELPHIA FEDERAL CREDIT UNION v. J. McCLOUD REALTY, LLC**
**Philadelphia County Court of Common Pleas, May Term 2024, No. 01883**
**Book 2503, Writ 370**
<u>**Property Address: 5909 Windsor Street, Philadelphia, PA ; and**</u>

Re: **PHILADELPHIA FEDERAL CREDIT UNION v. J. McCLOUD REALTY, LLC**
**Philadelphia County Court of Common Pleas, May Term 2024, No. 01886**
**Book 2503, Writ 369**
<u>**Property Address: 3125 N. Marston Street, Philadelphia, PA**</u>

Dear Sir/Madam:

I represent Philadelphia Federal Credit Union in the above matters, in which sheriff's sales are scheduled for July 1, 2025.

Please **POSTPONE** these sales to August 5, 2025, pursuant to the attached Court Order.

If you have any questions, please call.

Very truly yours,

KAPLIN STEWART MELOFF REITER & STEIN, P.C.

William J. Levant
WJL/lml

cc: Brad J. Sadek, Esquire (via email)
James P. McGarrity, Esquire (via email)

Kaplin Stewart
Union Meeting Corporate Center
910 Harvest Drive, P.O. Box 3037
Blue Bell, PA 19422-0765
610-260-6000 tel

*Offices in*
Pennsylvania
New Jersey

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                  :    CHAPTER 7
   **J. McCLOUD REALTY, LLC**             :
        Debtor                          :    No. 25-11778(amc)

**ORDER DIRECTING THE SHERIFF of PHILADELPHIA COUNTY
to POSTPONE SHERIFF'S SALES of the DEBTOR'S PROPERTIES**

AND NOW, this __26th__ day of June, 2025, upon the consent of the parties, it is hereby **ORDERED** that the Sheriff of Philadelphia County shall postpone the Sheriff's Sales of the Debtor's properties, 3125 North Marston Street and 5909 Windsor Avenue, to the August 5, 2025 sale date, with no advertising or other notice required beyond an announcement to the bidders assembled for the July 1, 2025 Sheriff's Sale.

BY THE COURT:

_____
Ashely M. Chan, Chief U.S. Bankruptcy Judge