# U.S. BANKRUPTCY COURT

## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                :            CHAPTER 7

J McCloud Realty LLC,   :       BANKRUPTCY NO. 25-11778 AMC

Debtor

## ORDER GRANTING EXPEDITED MOTION TO DISMISS CH 7 AND MOTION TO REINSTATE RELIEF OF AUTOMATIC STAY

AND NOW, this 30th day of July, 2025, upon consideration of the Motion to dismiss Ch 7 and Expedited Motion to Reinstate Relief of Automatic Stay, the request for an expedited hearing thereon, and sufficient cause being shown it is hereby ORDERED that:

1. The request for an EXPEDITED HEARING is GRANTED;
2. A hearing will be held on both above matters on Aug. 4, 2025 at 12 p.m. in xxxxxxxxx xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx or via Zoom audio by dialing 1-646-828-7666 Meeting ID 160 6807 8081.
3. Movant shall serve the Notice of the Motion and this Order to ALL relevant parties of interest via certified mail, email, or by immediate telephone notice if if the hearing is scheduled less than 48 hours after Movant receives this Order.

BY THE COURT:

*[signature]*

HONORABLE ASHLEY M. CHAN
U.S. BANKRUPTCY COURT JUDGE