<table>
<tr><td>MIKE ASSAD<br>215-545-0008<br>michael@sadeklaw.com</td><td>**Sadek Law Offices, LLC**<br>1500 JFK Boulevard, Suite 220<br>Philadelphia, PA 19102</td></tr>
</table>

July 31, 2025

**VIA CM/ECF**
Hon. Ashely M. Chan
United States Bankruptcy Court
900 Market Street
Philadelphia, PA 19107

Re:   *In re J McCloud Realty LLC*, Chapter 7 Case No. 25-11778-amc
      **Response to Pleading Filed at ECF No. 95**

Dear Chief Judge Chan:

    I submit this response to the above-referenced pleading on my own behalf, and on behalf of Brad J. Sadek and Sadek Law Offices LLC. We represented Debtor J McCloud Realty LLC until the Court, at our request, entered an order withdrawing our appearance on June 12, 2025.

    The Debtor's latest allegations of misconduct against us are unfounded. We regret that the Debtor continues to falsely assert that we failed to object to conversion, even though we did object on its behalf at the May 21, 2025, hearing.

    We continue to believe that conversion was inappropriate. Although our concerns about the Debtor's representations to us led us to withdraw as its attorney, no admissible evidence in the record establishes abuse of the Bankruptcy Code. Moreover, more than two months after conversion, no party alleging abuse has moved to examine the Debtor under Fed. R. Bankr. P. 2004 or taken any other action by motion practice to substantiate its allegations.

    The parties who sought conversion have had ample time to chart a course forward, yet the case remains exactly where it was when conversion was granted. Keeping the Debtor under the thumb of the Bankruptcy Code, with no apparent purpose, is prejudicial to the Debtor. It is also prejudicial to interested parties, like us, who wish to put this matter behind us.

    Please dismiss this case.

Sincerely,

**SADEK LAW OFFICES, LLC**

By: */s/ Michael I. Assad*