**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| J McCloud Realty LLC,<br><br>*Debtor*. | Case No. 25-11778-amc<br>Chapter 7 |

### Order Scheduling Hearing

**AND NOW**, it is hereby **ORDERED** that:

1. A hearing is scheduled to be held on **Wednesday, September 3, 2025, at 12:30 p.m.** to consider the fee application filed by Sadek Law Offices LLC and the Debtor's objection thereto.

2. The hearing on this contested matter will be an evidentiary hearing conducted in the following format:

    ☒ Telephonic via: 646-828-7666 or Zoom Meeting ID #160 6807 8081.

    ☒ In-Person participation is also available for this hearing in Courtroom No. 4 at U.S. Bankruptcy Court, Robert N.C. Nix Sr. Federal Courthouse, 900 Market Street, Suite 400 Philadelphia, PA 19107.

3. The Clerk must promptly cause the Bankruptcy Noticing Center to serve this order on the Debtor and all parties listed on the mailing matrix.

Date: Aug. 1, 2025

Ashely M. Chan
Chief U.S. Bankruptcy Judge