**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | CHAPTER 11 |
| J. MCCLOUD REALTY, LLC | : | |
| | : | Case No.  25-11778 (AMC) |

_____

**ENTRY OF APPEARANCE**

TO:  Clerk, the United States Bankruptcy Court for the Eastern District of Pennsylvania:

PLEASE TAKE NOTICE that Maggie S. Soboleski, Esquire hereby enters her appearance in the within proceeding on behalf of **J. MCCLOUD REALTY, LLC (the "DEBTOR"),** a party in interest in the within proceeding, and requests that she be added to the official mailing matrix in this case, and that copies of all pleadings and other papers, however designated, filed in this case and all notices given or required to be given in this case, be given to and served upon the undersigned party at the following address:

Maggie S. Soboleski, Esquire
Center City Law Offices, LLC
1632 Ellsworth Street
Philadelphia, PA  19146
215-620-2132
msoboles@yahoo.com

PLEASE TAKE FURTHER NOTICE that pursuant to Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure, the foregoing request includes without limitation, all orders and notices, including but not limited to applications, motions, petitions, pleadings, requests, complaints, demands, replies, answers, schedules of assets and liabilities, statements of financial affairs, operating reports and plans, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex, telecopier, fax or otherwise.

This appearance and request for notice is without prejudice to the rights, remedies and claims of the DEBTOR against other entities or any objection by the DEBTOR that may be made to the subject matter jurisdiction of the Court or the propriety of venue herein and shall not be deemed or construed to submit the DEBTOR to the jurisdiction of the Court, or the propriety of venue herein and shall not be deemed or construed to submit the DEBTOR to the jurisdiction of the Court.   All rights, remedies and claims are hereby expressly reserved including without limitation, the making of a motion seeking abstentions, withdrawal, dismissal or transfer of the case or a proceeding therein.

FURTHER, if any limited-service limits are used in these proceedings, the undersigned requests further inclusion thereon.

RESPECTFULLY SUBMITTED,

***By:  /s/ Maggie S. Soboleski***
CENTER CITY LAW OFFICES, LLC
1632 Ellsworth Street
Philadelphia, PA  19146
215-620-2132
msoboles@yahoo.com
PROPOSED COUNSEL TO THE DEBTOR

August 3, 2025