United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 25-11778-amc |
| J McCloud Realty LLC | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Aug 04, 2025 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 06, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | J McCloud Realty LLC, 4607 Miller Street, Wahiawa, HI 96786-7520 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 06, 2025               Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 3, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| BRAD J. SADEK | on behalf of Attorney Sadek Law Offices LLC brad@sadeklaw.com bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;documents@sadeklaw.com |
| HOLLY SMITH MILLER, ESQ. | on behalf of Trustee HOLLY SMITH MILLER  ESQ. hsmiller@gsbblaw.com, chsm11@trustesolutions.net |
| JOHN HENRY SCHANNE | on behalf of U.S. Trustee United States Trustee John.Schanne@usdoj.gov |
| MEGAN N. HARPER | on behalf of Creditor CITY OF PHILADELPHIA megan.harper@phila.gov  Edelyne.Jean-Baptiste@Phila.gov |
| ROBERT H. HOLBER | |

District/off: 0313-2 User: admin Page 2 of 2
Date Rcvd: Aug 04, 2025 Form ID: pdf900 Total Noticed: 1

trustee@holber.com rholber@ecf.axosfs.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

WILLIAM J LEVANT
on behalf of Creditor Philadelphia Federal Credit Union efile.wjl@kaplaw.com wlevant@gmail.com

TOTAL: 7

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

J McCloud Realty LLC,

*Debtor.*

Case No. 25-11778-amc
Chapter 7

### Order Scheduling Hearing

**AND NOW**, it is hereby **ORDERED** that:

1. A hearing is scheduled to be held on **Wednesday, September 3, 2025, at 12:30 p.m.** to consider the fee application filed by Sadek Law Offices LLC and the Debtor's objection thereto.

2. The hearing on this contested matter will be an evidentiary hearing conducted in the following format:

    ☒ Telephonic via: 646-828-7666 or Zoom Meeting ID #160 6807 8081.

    ☒ In-Person participation is also available for this hearing in Courtroom No. 4 at U.S. Bankruptcy Court, Robert N.C. Nix Sr. Federal Courthouse, 900 Market Street, Suite 400 Philadelphia, PA 19107.

3. The Clerk must promptly cause the Bankruptcy Noticing Center to serve this order on the Debtor and all parties listed on the mailing matrix.

Date:  Aug. 1, 2025

_____
Ashely M. Chan
Chief U.S. Bankruptcy Judge