# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 7 |
| | : | |
| **J McCLOUD REALTY, LLC,** | : | Case No. 25-11778 AMC |
| | : | |
| Debtor. | : | |

### ORDER DISMISSING BANKRUPTCY CASE

AND NOW this case having been filed on May 6, 2025;

AND a Motion to Dismiss having been filed by the Debtor (doc. #67) , and after a hearing and opportunity to be heard;

It is, hereby **ordered,** that the Debtor's bankruptcy case is hereby **dismissed**.

**Date:** Aug. 6, 2025

ASHELY M. CHAN
CHIEF U.S. BANKRUPTCYJUDGE