United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
J McCloud Realty LLC  
    Debtor

Case No. 25-11778-amc  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 3  
Date Rcvd: Aug 07, 2025     Form ID: pdf900     Total Noticed: 24

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 09, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | J McCloud Realty LLC, 4607 Miller Street, Wahiawa, HI 96786-7520 |
| aty | + | Sadek Law Offices LLC, 1500 JFK Boulevard, Suite 220, Philadelphia, PA 19102-1754 |
| 15035817 | + | J McCloud Realty LLC, c/o MAGGIE S SOBOLESKI, Maggie Soboleski, 1632 Ellsworth Street, Philadelphia, PA 19146-3010 |
| 15005498 | + | Kaplin Stewart, 910 Harvest Drive, Suite 200, Blue Bell, PA 19422-1916 |
| 15007487 | + | Katrina Case, 3125 North Marston Street, Philadelphia, PA 19132-1237 |
| 15007486 | + | Michael Walker, 5909 Windsor Street, Philadelphia, PA 19143-5221 |
| 15005830 | + | Philadelphia Federal Credit Union, c/o William J. Levant, Esquire, KAPLIN STEWART MELOFF REITER & STEIN, P., 910 Harvest Drive, Post Office Box 3037 Blue Bell, PA 19422-0765 |
| 15019142 | + | Sadek Law Offices LLC, c/o BRAD J. SADEK, Sadek Law Offices, LLC, 1500 JFK Boulevard, Ste 220 Philadelphia, PA 19102-1754 |
| 15007622 | + | The City of Philadelphia and/or, Water Revenue Bureau, c/o MEGAN N. HARPER, City of Philadelphia - Law/Revenue Dept., 1401 JFK Blvd., Room 580 Philadelphia, PA 19102-1640 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Aug 08 2025 00:14:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 08 2025 00:14:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | | Email/Text: megan.harper@phila.gov | Aug 08 2025 00:14:00 | CITY OF PHILADELPHIA, Tax & Revenue Unit, 1401 JOHN F. KENNEDY BLVD., 5TH FLOOR, Tax Litigation & Collections Unit, Philadelphia, PA 19102-1595, UNITED STATES |
| 15005496 | | Email/Text: megan.harper@phila.gov | Aug 08 2025 00:14:00 | City of Philadelphia, Tax & Revenue Unit, 1401 John F. Kennedy Blvd., Philadelphia, PA 19102 |
| 15007424 | | Email/Text: megan.harper@phila.gov | Aug 08 2025 00:14:00 | City of Philadelphia Law Department, Tax Litigation & Collections Unit, 1401 JFK Blvd., 5th Fl., Philadelphia, PA 19102 |
| 15005490 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 08 2025 00:14:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 15005499 | | Email/Text: bankruptcygroup@peco-energy.com | Aug 08 2025 00:14:00 | PECO, Attn: Bankruptcy, 2301 Market Street, Philadelphia, PA 19103-1380 |
| 15005493 | | Email/Text: fesbank@attorneygeneral.gov | Aug 08 2025 00:14:00 | Pennsylvania Office of Attorney General, Attn: |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Aug 07, 2025 | Form ID: pdf900 | Total Noticed: 24 |

| Recip ID | | Bypass | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|---|
| | | | | | Financial Enforcement Section, Strawberry Square, 15th Floor, Harrisburg, PA 17120 |
| 15005500 | | | Email/Text: CollectionsDept@PFCU.COM | Aug 08 2025 00:14:00 | Philadelphia Federal Credit Union, 12800 Townsend Road, Philadelphia, PA 19154 |
| 15005491 | + | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 08 2025 00:14:00 | Pennsylvania Department of Revenue, Attn: Bankruptcy Division, Department 280946, Harrisburg, PA 17128-0001 |
| 15005494 | | ^ | MEBN | Aug 08 2025 00:05:32 | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 15005501 | | ^ | MEBN | Aug 08 2025 00:05:16 | Philadelphia Gas Works, 800 W. Montgomery Avenue, Philadelphia, PA 19122-2898 |
| 15005495 | + | | Email/Text: usapae.bankruptcynotices@usdoj.gov | Aug 08 2025 00:14:00 | U.S. Attorney's Office, 615 Chestnut Street, 12th Floor, Philadelphia, PA 19106-4404 |
| 15005492 | | ^ | MEBN | Aug 08 2025 00:05:21 | U.S. Department of Justice, 950 Pennsylvania Ave NW, Washington, DC 20530-0009 |
| 15007485 | | | Email/Text: bankruptcynotices@sba.gov | Aug 08 2025 00:14:00 | U.S. Small Business Administration, Office of General Counsel, 409 3rd St SW, Washington, DC 20416-0011 |

TOTAL: 15

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *P++ | PHILADELPHIA FEDERAL CREDIT UNION, ATTN BONNIE, 12800 TOWNSEND RD, PHILADELPHIA PA 19154-1095, address filed with court:, Philadelphia Federal Credit Union, 12800 Townsend Road, Philadelphia, PA 19154 |
| 15007625 | *+ | Katrina Case, 3125 North Marston Street, Philadelphia, PA 19132-1237 |
| 15007624 | *+ | Michael Walker, 5909 Windsor Street, Philadelphia, PA 19143-5221 |
| 15007623 | * | U.S. Small Business Administration, Office of General Counsel, 409 3rd St SW, Washington, DC 20416-0011 |
| 15005497 | ##+ | Jamirah N. McCloud-Ford, 4607 Miller Street, Wahiawa, HI 96786-7520 |

TOTAL: 0 Undeliverable, 4 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 09, 2025          Signature:          /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 7, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRAD J. SADEK | on behalf of Attorney Sadek Law Offices LLC brad@sadeklaw.com bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;documents@sadeklaw.com |
| HOLLY SMITH MILLER, ESQ. | |

District/off: 0313-2 | User: admin | Page 3 of 3
Date Rcvd: Aug 07, 2025 | Form ID: pdf900 | Total Noticed: 24

on behalf of Trustee HOLLY SMITH MILLER ESQ. hsmiller@gsbblaw.com, chsm11@trustesolutions.net

JOHN HENRY SCHANNE
on behalf of U.S. Trustee United States Trustee John.Schanne@usdoj.gov

MAGGIE S SOBOLESKI
on behalf of Debtor J McCloud Realty LLC msoboles@yahoo.com 3532@notices.nextchapterbk.com

MEGAN N. HARPER
on behalf of Creditor CITY OF PHILADELPHIA megan.harper@phila.gov Edelyne.Jean-Baptiste@Phila.gov

ROBERT H. HOLBER
trustee@holber.com rholber@ecf.axosfs.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

WILLIAM J LEVANT
on behalf of Creditor Philadelphia Federal Credit Union efile.wjl@kaplaw.com wlevant@gmail.com

TOTAL: 8

<u>UNITED STATES BANKRUPTCY COURT</u>
<u>FOR THE EASTERN DISTRICT OF PENNSYLVANIA</u>

| | | |
|---|---|---|
| In re: | : | Chapter 7 |
| | : | |
| J McCLOUD REALTY, LLC, | : | Case No. 25-11778 AMC |
| | : | |
| Debtor. | : | |

<u>ORDER DISMISSING BANKRUPTCY CASE</u>

AND NOW this case having been filed on May 6, 2025;

AND a Motion to Dismiss having been filed by the Debtor (<u>doc. #67</u>) , and after a hearing and opportunity to be heard;

It is, hereby **ordered,** that the Debtor's bankruptcy case is hereby **dismissed**.

Date: Aug. 6, 2025

_____
ASHELY M. CHAN
CHIEF U.S. BANKRUPTCYJUDGE