**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| J McCloud Realty LLC,<br><br>                                 *Debtor*. | Case No. 25-11778-amc<br>Chapter 7 |

**ORDER**

**AND NOW**, upon consideration of the First and Final Application for Compensation and Reimbursement of Expenses of Sadek Law Offices LLC (the "Applicant") as Debtor's Attorney for the Period of 05/06/2025 through 05/22/2025, the Debtor's objection thereto, and after notice and hearing, it is hereby **ORDERED** that:

1. The Application is **DENIED**.

2. On or before September 10, 2025, the Applicant must refund to the Debtor **$6,794.50**, which represents the unapplied balance of the Debtor's pre-petition retainer presently held in trust by the Applicant.

3. After transmitting the refund, the Applicant must promptly file a certification of service.

Date: Sept. 4, 2025

                                                        Ashely M. Chan
                                                        Chief U.S. Bankruptcy Judge