### UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: J McCloud Realty LLC,<br><br>                                  *Debtor*. | Case No. 25-11778-amc<br>Chapter 11 |

### Praecipe to Defer Closing of Case Pending Rule 9023(b) Deadline

To the Clerk of Court:

      Please do not close this case on or before September 18, 2025, which is the deadline to request relief under Fed. R. Bankr. P. 9023(b) with respect to the order entered by the Court on September 4, 2025, at ECF No. 113. Thank you.

Date: September 5, 2025

                                      Michael I. Assad
                                      Sadek Law Offices, LLC
                                      1500 JFK Boulevard, Suite 220
                                      Philadelphia, PA 19102
                                      215-545-0008
                                      michael@sadeklaw.com