𝔘𝔫𝔦𝔱𝔢𝔡 𝔖𝔱𝔞𝔱𝔢𝔰 𝔅𝔞𝔫𝔨𝔯𝔲𝔭𝔱𝔠𝔶 𝔠𝔬𝔲𝔯𝔱
𝔈𝔞𝔰𝔱𝔢𝔯𝔫 𝔇𝔦𝔰𝔱𝔯𝔦𝔠𝔱 𝔬𝔣 𝔓𝔢𝔫𝔫𝔰𝔶𝔩𝔳𝔞𝔫𝔦𝔞

In re:                                                                                 Case No. 25-11778-amc

    J McCloud Realty LLC,                                          Chapter 7

                                Debtor.

**ORDER**

    **AND NOW**, upon consideration of the Motion to Reconsider Order Denying Fee Application, or in the Alternative, Amend Findings filed by Movant Sadek Law Offices LLC, after notice and hearing, and for good cause shown, it is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The order denying the Movant's fee application (Doc. 113) is **VACATED.**

3. The court's findings stated on the record at the hearing of September 3, 2025, are **WITHDRAWN** in their entirety.


Date:                                                   _____
                                                      Ashely M. Chan
                                                      U.S. Bankruptcy Judge