Sadek Law Offices
701 East Gate Drive, Suite 129
Mt. Laurel, NJ 08054

(F)




Jamirah N. McCloud-Ford
J McCloud Realty LLC
4607 Miller Street
Wahiawa HI 96786

```
JMCC607   967861002-1525           10/08/25
           RETURN TO SENDER
:J MCCLOUD REALTY LLC
    MOVED LEFT NO ADDRESS
    UNABLE TO FORWARD
    RETURN TO SENDER

MCCL607   967861002-1525           10/08/25
           RETURN TO SENDER
MCCLOUD FORD
    MOVED LEFT NO ADDRESS
    UNABLE TO FORWARD
    RETURN TO SENDER
```