# United States Bankruptcy Court
## Eastern District of Pennsylvania

In re:                                                                    Case No. 25-11778-amc

    J McCloud Realty LLC,                                    Chapter 7

                                Debtor.

**Praecipe to Change Debtor's Address**

1. The Debtor's address on the clerk's service list is currently 4607 Miller Street, Wahiawa, HI 96786.

2. On September 19, 2025, I served a document on the Debtor at that address by first class mail, postage prepaid.

3. On October 14, 2025, that document was returned to me by the U.S. Postal Service marked "RETURN TO SENDER, MOVED LEFT NO ADDRESS, UNABLE TO FORWARD."

4. Upon reasonable investigation, I have learned that the Debtor's new address is 6111 Independence Way, Grovetown, GA 30813.

5. I declare under penalty of perjury that the above is true and correct to the best of my knowledge, information, and belief.


Date: October 29, 2025                    /s/ Michael I. Assad
                                            Michael I. Assad