United States Bankruptcy Court
Eastern District of Pennsylvania

In re:

J McCloud Realty LLC,

Debtor.

Case No. 25-11778-amc

Chapter 7

**ORDER**

**AND NOW**, upon consideration of the Motion to Reconsider Order Denying Fee Application, or in the Alternative, Amend Findings filed by Movant Sadek Law Offices LLC, after notice and hearing, and for good cause shown, it is hereby **ORDERED** that:

1. The Motion is **DENIED** for the reasons stated on the record in open Court..

**Date: October 30, 2025**

Ashely M. Chan
U.S. Bankruptcy Judge