Official Form 417A (12/23)

| Fill in this information to identify the case: | | | |
|---|---|---|---|
| Debtor 1 | **J McCloud Realty LLC** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | | | |
| | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF PENNSYLVANIA | | |
| Case number (if known) | **25-11778-amc** | Chapter | **7** |

# NOTICE OF APPEAL AND STATEMENT OF ELECTION

## Part 1: Identify the appellant(s)

1. Name(s) of appellant(s):
   **Sadek Law Offices LLC**

2. Position of appellant(s) in the adversary proceeding or bankruptcy case that is the subject of this appeal:

   For appeals in an adversary proceeding.
   - ☐ Plaintiff
   - ☐ Defendant
   - ☐ Other (describe) _____

   For appeals in a bankruptcy case and not in an adversary proceeding.
   - ☐ Debtor
   - ☐ Creditor
   - ☐ Trustee
   - ☒ Other (describe) **Debtor's Former Attorney**

## Part 2: Identify the subject of this appeal

1. Describe the judgment—or the appealable order or decree—from which the appeal is taken:
   **Order denying application for compensation and order denying reconsideration thereof.**

2. State the date on which the judgment—or the appealable order or decree—was entered:
   **Original Order: 09/04/2025; Reconsideration Order: 10/29/2025**

## Part 3: Identify the other parties to the appeal

List the names of all parties to the judgment—or the appealable order or decree—from which the appeal is taken and the names, addresses, and telephone numbers of their attorneys (attach additional pages if necessary):

1. Party: **J McCloud Realty LLC**     Attorney: **Pro Se**
   **4607 Miller St.**
   **Wahiawa, HI 96786**

Official Form 417A (12/23)

**Part 4: Optional election to have appeal heard by District Court (applicable only in certain districts)**

If a Bankruptcy Appellate Panel is available in this judicial district, the Bankruptcy Appellate Panel will hear this appeal unless, pursuant to 28 U.S.C. § 158(c)(1), a party elects to have the appeal heard by the United States District Court. If an appellant filing this notice wishes to have the appeal heard by the United States District Court, check below. Do not check the box if the appellant wishes the Bankruptcy Appellate Panel to hear the appeal.

☐   Appellant(s) elect to have the appeal heard by the United States District Court rather than by the Bankruptcy Appellate Panel.

**Part 5: Sign below**

/s/ Michael I. Assad

Signature of attorney for appellant(s) (or appellant(s) if not represented by an attorney)

Date: October 29, 2025

Name, address, and telephone number of attorney (or appellant(s) if not represented by an attorney):
Sadek Law Offices LLC
1500 JFK Blvd Ste 220
Philadelphia, PA 19102
215-545-0008

Fee waiver notice: If appellant is a child support creditor or its representative and appellant has filed the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.

[**Note to inmate filers:** If you are an inmate filer in an institution and you seek the timing benefit of Fed. R. Bankr. P. 8002(c)(1), complete Director's Form 4170 (Declaration of Inmate Filing) and file that declaration along with the Notice of Appeal.]