*Form 256* (3/23)–doc 132 – 113, 131

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:    )<br>   J McCloud Realty LLC    )<br>   )<br>   )<br>Debtor(s).    )<br>   )<br>   ) | Case No. 25–11778–amc<br><br>Chapter: 7 |

## Certificate of Service

The Clerk hereby certifies that a true and correct copy of the attached document Doc.# [113] Order on Application for Compensation, [131] Order on Motion To Reconsider as served on October 30, 2025 to the below parties by the method indicated:

| Party | Method of Service |
|---|---|
| Chief Judge Ashely M. Chan | Email |
| Office of the United States Trustee | CM/ECF |
| Case Trustee: ROBERT H. HOLBER | CM/ECF |
| U.S. District Court | Email |
| Debtor: J McCloud Realty LLC | Regular mail through the BNC |
| Debtor's Attorney:<br>MAGGIE S SOBOLESKI | CM/ECF |
| Other Parties:<br>Brad Sadek, Esquire, Cousel for Debtor<br>Michael Assad, Esquire, Counsel for Debtor<br>Maggie Soboleski, Esquire, Counsel for Debtor<br>Robert H. Holber, Esquire, Trustee | Email or CM/ECF |
| J. McCloud Realty LLC, Debtor | Regular mail or Bankruptcy Servicing Center (BNC) |

Date: October 30, 2025

For The Court

Mohung Wong
Clerk of Court