*Form PL239 (03/22)*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
|    J McCloud Realty LLC ) | Case No. 25−11778−amc |
| ) | |
| ) | |
|    Debtor(s). ) | Chapter: 7 |
| ) | |
| ) | Civil Case Number. |

## Transmission of Documents to the U.S. District Court

To Clerk of Court, U.S. District Court:

    We herewith transmit the following document(s) filed in the above matter(s), together with a copy of the docket entries:

☑ Certificate of appeal from order entered September 4, 2025 (#113) AND October 30, 2025 (#131) by the Honorable Ashely M. Chan

Notice of appeal filing fee ☑ paid     ☐ not paid

☐ Designation of Record on Appeal Filed
☐ Designation of Record on Appeal Not Filed

☐ Supplemental certificate of appeal

☐ Motion for leave to appeal filed
☐ Answer to motion filed

☐ Proposed findings of fact and conclusions of law entered by the Honorable Ashely M. Chan
☐ Report and recommendation entered by the Honorable Ashely M. Chan
☐ Other

    Kindly acknowledge receipt on the copy of the letter provided.

Date: October 30, 2025                                                    For The Court

                                                                                        Mohung Wong
                                                                                        Clerk of Court

_____

Received Above material or record tile this day: _____
Civil Action No. _____                    Signature: _____
Miscellaneous No._____                  Date: _____
Assigned to Judge _____