*Form PL239 (03/22)*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>   J McCloud Realty LLC<br><br>   Debtor(s). | Case No. 25–11778–amc<br><br>Chapter: 7<br><br>Civil Case Number. |

## Transmission of Documents to the U.S. District Court

To Clerk of Court, U.S. District Court:

    We herewith transmit the following document(s) filed in the above matter(s), together with a copy of the docket entries:

☑ Certificate of appeal from order entered September 4, 2025 (#113) AND October 30, 2025 (#131) by the Honorable Ashely M. Chan

Notice of appeal filing fee ☑ paid   ☐ not paid

☐ Designation of Record on Appeal Filed
☐ Designation of Record on Appeal Not Filed

☐ Supplemental certificate of appeal

☐ Motion for leave to appeal filed
☐ Answer to motion filed

☐ Proposed findings of fact and conclusions of law entered by the Honorable Ashely M. Chan
☐ Report and recommendation entered by the Honorable Ashely M. Chan
☐ Other

    Kindly acknowledge receipt on the copy of the letter provided.

Date: October 30, 2025                                                      For The Court

                                                                                                Mohung Wong
                                                                            Clerk of Court

---

Received Above material or record tile this day: October 30, 2025
Civil Action No. 25-cv-6214                                        Signature: */s/ Steve Tomas*
   Miscellaneous   No._____                    Date: 10/30/25
Assigned to Judge _Kelley Brisbon Hodge