# United States Bankruptcy Court
# Eastern District of Pennsylvania

In re:                                                          Case No. 25-11778-amc

    J McCloud Realty LLC,                            Chapter 7

                                  Debtor.

**Motion to Extend Time to File Designation and Statement Under Rule 8009**

**AND NOW**, Movant Sadek Law Offices LLC moves this Court as follows:

1. On October 29, 2025, the Movant filed a notice of appeal with respect to the Court's orders at ECF No. 113 and 131 denying its fee application and reconsideration thereof.

2. Under Fed R. Bankr. P. 8009(a)(1)(B), the Movant must file "a designation of the items to be included in the record on appeal and a statement of the issues to be presented . . ." (the "Designation and Statement") on or before November 12, 2025.

3. The Court may extend the time to file the Designation and Statement for good cause shown, without notice. Fed. R. Bankr. P. 9006(b).

4. On October 30, 2025, the Movant ordered a transcript of the Court's hearing of October 29, 2025, but it has not yet arrived.

5. Because the Movant needs the transcript to finish preparing the Designation and Statement, it respectfully requests an extension of time until December 1, 2025.

6. Because the notice of appeal would have been timely if filed as late as November 13, 2025, an extension until December 1 does not unreasonably extend the timeline intended by the rules.[1]

---

[1] Because a two-week extension from November 13 would run until the day after Thanksgiving, the Movant respectfully requests a deadline of December 1.

Date: November 11, 2025        **SADEK LAW OFFICES LLC**

By: /s/ Michael I. Assad
    Michael I. Assad (#330937)
    1500 JFK Blvd., Suite 220
    Philadelphia, PA 19102
    215-545-0008
    michael@sadeklaw.com