# United States Bankruptcy Court
## Eastern District of Pennsylvania

In re:                                                           Case No. 25-11778-amc

    J McCloud Realty LLC,                       Chapter 7

                  Debtor.

**Order Extending Time to File Designation and Statement Under Rule 8009**

**AND NOW**, upon consideration of the *Motion to Extend Time to File Designation and Statement Under Rule 8009* filed by Movant Sadek Law Offices LLC, and for good cause shown, it is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The Movant must a designation of the items to be included in the record on appeal and a statement of the issues to be presented on or before **December 1, 2025**.

Date: Nov. 13, 2025

_____
Ashely M. Chan
Chief U.S. Bankruptcy Judge