UNITED STATES DISTRICT COURT
Eastern District of Pennsylvania
United States Courthouse
601 Market Street, Room 2609
Philadelphia, PA   19106-1797

George Wylesol                                                                                     Clerk's Office
Clerk of Court                                                                                     215-597-7704

1/20/2026

Timothy McGrath
Clerk
U.S. Bankruptcy Court
900 Market Street
Suite 400
Philadelphia,   PA   19107-4299

RE:    J MCCLOUD REALTY LLC
CA No.   25-6214
Bky. No. 25-11778
Adv. No.

Dear Mr. McGrath:

Enclosed herewith is the original Bankruptcy Record, together with a copy of the Order which was filed in this office on 12/17/25.

Kindly acknowledge receipt on the copy of letter provided.   Please return to InterdistrictTransfer_PAED@paed.uscourts.gov

Sincerely,

George Wylesol
Clerk of Court

By:___*/s/Brian J. Weissman*_____
Brian J. Weissman, Deputy Clerk

Received above record this 20th day of  January, 2026.

/s/  Antoinette Stevenson

(Signature)

bankrec.frm